1  JEROME C. ROTH (State Bar No. 159483)
   ROSEMARIE T. RING (State Bar No. 220769)
2  JONATHAN H. BLAVIN (State Bar No. 230269)
   WILLIAM J. EDELMAN (State Bar No. 285177)
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, California 94105
   Tel:   (415) 512-4000
5  Fax:   (415) 512-4077
   Email: jerome.roth@mto.com
6
   *Attorneys for Defendant*
7  LINKEDIN CORPORATION

8

9                           **UNITED STATES DISTRICT COURT**

10                          **NORTHERN DISTRICT OF CALIFORNIA**

11                                   **SAN JOSE DIVISION**

12

13 | PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL; individually and on behalf of all others similarly situated, | CASE NO. 13-cv-04303-LHK |
14 | | |
15 | | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |
16 | Plaintiffs, | |
17 | v. | |
18 | LINKEDIN CORPORATION, | |
19 | Defendant. | |

Plaintiffs Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton, Jake Kushner, Natalie Richstone, Nicole Crosby, and Leslie Wall (collectively, "Plaintiffs") and Defendant LinkedIn Corporation (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendant's deadline to answer or otherwise respond to the First Amended Class Action Complaint ("FAC") is December 6, 2013 (Dkt. No. 10);

WHEREAS, Defendant intends to file a motion to dismiss the FAC and a motion to strike class allegations in the FAC;

WHEREAS, under the Court's Standing Orders and the Local Rules of the Northern District of California, Defendant would be entitled to file a motion to dismiss and a separate motion to strike class allegations in the FAC of up to 50 pages, collectively, Plaintiffs would be entitled to file two opposition briefs to those motions of up to 50 pages, collectively, and Defendant would be entitled to file two reply briefs of up to 30 pages, collectively;

WHEREAS, for the convenience of the Court and the Parties, the Parties have agreed that Defendant may file its motion to dismiss the FAC and motion to strike class allegations in the FAC in one brief of up to 35 pages, Plaintiffs may file one opposition brief of up to 35 pages, and Defendant may file one reply brief of up to 20 pages;

WHEREAS, the page counts set forth herein are exclusive of caption and title pages, indexes of cases, table of contents, summaries of argument, exhibits, declarations, and requests for judicial notice;

WHEREAS, the Parties have agreed that the briefing schedule agreed to in the Parties' October 17, 2013, Stipulation and [Proposed] Order Setting Briefing Schedule (Dkt. No. 11) shall apply as to Defendant's motion to dismiss the FAC and motion to strike class allegations in the FAC;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below that:

(1) Defendant shall be entitled to file a motion to dismiss the FAC and motion to strike class allegations in the FAC in one brief of up to 35 pages;

(2) Plaintiffs shall be entitled to file one opposition brief of up to 35 pages;

(3) Defendants shall be entitled to file one reply brief of up to 20 pages; and

(4) The briefing schedule contained in the Parties' Stipulation and [Proposed] Order Setting Briefing Schedule (Dkt. No. 11) shall apply to Defendant's motion to dismiss the FAC and motion to strike class allegations in the FAC.

DATED: December 4, 2013          MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Rosemarie T. Ring*_____
       ROSEMARIE T. RING

Attorneys for Defendant
LINKEDIN CORPORATION

DATED: December 4, 2013          RUSS AUGUST & KABAT


By: _____*/s/ Dorian S. Berger*_____
       DORIAN S. BERGER

Attorneys for Plaintiffs


**[PROPOSED]** ORDER

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.


DATED: December  6, 2013          By: _____*Lucy H. Koh*_____
                                       Hon. Lucy H. Koh
                                       United States District Judge