1   JEROME C. ROTH (State Bar No. 159483)
    jerome.roth@mto.com
2   ROSEMARIE T. RING (State Bar No. 220769)
    rose.ring@mto.com
3   JONATHAN H. BLAVIN (State Bar No. 230269)
    jonathan.blavin@mto.com
4   WILLIAM J. EDELMAN (State Bar No. 285177)
    william.edelman@mto.com
5   MUNGER, TOLLES & OLSON LLP
    560 Mission Street
6   Twenty-Seventh Floor
    San Francisco, California 94105-2907
7   Telephone:     (415) 512-4000
    Facsimile:     (415) 512-4077
8
    *Attorneys for Defendant*
9   LINKEDIN CORPORATION

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
    PAUL PERKINS, PENNIE SEMPELL, ANN          Case No. 13-CV-04303-LHK
14  BRANDWEIN, ERIN EGGERS, CLARE
    CONNAUGHTON, JAKE KUSHNER,                 **DECLARATION OF WILLIAM J.**
15  NATALIE RICHSTONE, NICOLE CROSBY,          **EDELMAN IN SUPPORT OF LINKEDIN**
    and LESLIE WALL, individually and on       **CORPORATION'S REQUEST FOR**
16  behalf of all others similarly situated,   **JUDICIAL NOTICE**

17                Plaintiffs,                   Judge:    Hon. Lucy H. Koh
                                                Date:     April 10, 2014
18         vs.                                  Time:     1:30 pm
                                                Location: Courtroom 8 – 4th Floor
19  LINKEDIN CORPORATION,

20                Defendant.

21

22

23

24

25

26

27

28

## <u>DECLARATION OF WILLIAM J. EDELMAN</u>

I, William J. Edelman, declare as follows:

1.      I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel for Defendant LinkedIn Corporation ("LinkedIn") in this action.  I have personal knowledge of the facts stated herein, and I could and would competently testify to them if called as a witness.

2.      Attached hereto as Exhibit A is a true and correct copy of a transcript of an interview with LinkedIn founder and former CEO Reid Hoffman from the URL address http://troyanosgroup.com/inside-the-brand/the-ceo-show/interview-archives/reid-hoffman-transcript/.

3.      Attached hereto as Exhibits B1-B9 are true and correct copies of the public LinkedIn profiles of each of the named Plaintiffs who have active LinkedIn accounts.  I was able to locate each profile using the publicly accessible search engine Google, located at http://www.google.com, by using a combination of search terms including the plaintiffs' names, the word "LinkedIn," and the plaintiffs' job titles or employers.  The profiles were printed from the following URL addresses:

- http://www.linkedin.com/pub/ann-brandwein/a/5a1/20 (Ann Brandwein)
- http://www.linkedin.com/pub/clare-connaughton/b/97a/81 (Clare Connaughton)
- http://www.linkedin.com/pub/clare-connaughton/24/64a/575 (Clare Connaughton #2)
- http://www.linkedin.com/pub/erin-eggers/6/34b/58a (Erin Eggers)
- http://www.linkedin.com/pub/jake-kushner/64/746/268 (Jake Kushner)
- http://www.linkedin.com/pub/natalie-richstone/10/757/596 (Natalie Richstone)
- http://www.linkedin.com/pub/nicole-cranberg/2b/7a2/64 (Nicole Cranberg, also known as Nicole Crosby)
- http://www.linkedin.com/in/penniesempell (Pennie Sempell)
- http://www.linkedin.com/in/leslielong (Leslie Wall, also known as Leslie Long)

4.      Attached hereto as Exhibit C is a true and correct copy of an Internet webpage entitled "InMail," which contains a description of the LinkedIn InMail tool, from the URL address http://www.linkedin.com/static?key=pop/pop_more_inmail.

5.      Attached hereto as Exhibit D is a true and correct copy of an Internet webpage entitled "Creating Contacts – Gmail Help," which contains a description of Gmail's "Google Contacts" feature, from the URL address https://support.google.com/mail/answer/8933.

6.      Attached hereto as Exhibit E is a true and correct copy of an Internet webpage

1  entitled "Invitation Reminders," which contains a description of the LinkedIn Invitation

2  Reminders feature, from the URL address http://help.linkedin.com/app/answers/detail/a_id/3882.

3      7.      Attached hereto as Exhibit F is a true and correct copy of an example of the

4  permission screen that appears for LinkedIn members using the Add Connections tool between

5  Figures 4 and 5 of Plaintiffs' First Amended Class Action Complaint.  This screen was taken from

6  LinkedIn's website, located at the URL address http://www.linkedin.com/.

7

8      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th

9  day of December, 2013 at San Francisco, California.

10

11      _____/s/ William J. Edelman_____

12      WILLIAM J. EDELMAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28