United States District Court
For the Northern District of California

1
2
3
4
5
6
7

8       UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10      SAN JOSE DIVISION

11  PAUL PERKINS, et. al.,                  )   Case No.: 13-CV-04303-LHK
                                            )
12          Plaintiffs,                     )   ORDER ON PROPOSED SCHEDULE
                                            )
13      v.                                  )
                                            )
14  LINKEDIN CORPORATION,                   )
                                            )
15          Defendant,                      )
                                            )
16  _____)

17      In light of the parties' September 3, 2014 joint case management statement (ECF No. 56),

18  the Court proposes the following schedule:

19      The current deadlines remain as previously set (ECF No. 50):

20  DEFENDANT'S MOTION TO DISMISS OR ANSWER: September 18, 2014

21  PLAINTIFFS' OPPOSITION, IF NECESSARY: October 9, 2014

22  DEFENDANT'S REPLY, IF NECESSARY: October 23, 2014

23  HEARING ON MOTION TO DISMISS, IF NECESSARY: November 13, 2014, at 1:30 p.m.

24      The Court proposes the following new dates:

25  CLASS CERTIFICATION:

26      Plaintiffs' motion for class certification: April 24, 2015

27      Defendant's opposition: June 5, 2015

28      Plaintiff's reply: June 26, 2015

1

Case No.: 11-CV-02509-LHK
ORDER ON PROPOSED TRIAL SCHEDULE

1    Hearing on class certification: July 23, 2015, at 1:30 P.M.

2    FACT DISCOVERY CUTOFF: November 20, 2015

3    By 4:00 P.M. on September 9, 2014, the parties shall file a joint statement with their

4    respective positions regarding the proposed schedule above.

5    **IT IS SO ORDERED.**

6    Dated: September 8, 2014

       *Lucy H. Koh*
       LUCY H. KOH
       United States District Judge