UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, et. al., ) | Case No.: 13-CV-04303-LHK |
| Plaintiffs, ) | |
| ) | CASE MANAGEMENT ORDER |
| v. ) | |
| ) | |
| LINKEDIN CORPORATION, ) | |
| ) | |
| Defendant, ) | |

In light of the parties' September 3, 2014 and September 8, 2014 joint case management statements (ECF Nos. 56, 58) the Court sets the following schedule:

DEFENDANT'S MOTION TO DISMISS OR ANSWER: September 18, 2014

PLAINTIFFS' OPPOSITION, IF NECESSARY: October 9, 2014

DEFENDANT'S REPLY, IF NECESSARY: October 23, 2014

HEARING ON MOTION TO DISMISS, IF NECESSARY: November 13, 2014, at 1:30 p.m.

CLASS CERTIFICATION:

    Plaintiffs' motion for class certification: April 24, 2015

    Defendant's opposition: June 5, 2015

    Plaintiff's reply: June 26, 2015

    Hearing on class certification: July 23, 2015, at 1:30 P.M.

FACT DISCOVERY CUTOFF: November 20, 2015

1  The case management conference set for September 10, 2014 is hereby CONTINUED to
2  November 13, 2014 at 1:30 p.m.
3  **IT IS SO ORDERED.**
4  Dated: September 9, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge