UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al., | ) Case No.: 13-CV-04303-LHK |
| Plaintiffs, | ) |
| v. | ) ORDER VACATING MOTION HEARING |
| | ) AND CONTINUING CASE MANAGEMENT |
| LINKEDIN CORPORATION, | ) CONFERENCE |
| Defendant. | ) |

Pursuant to Civil Local Rule 7-1(b), the Court hereby VACATES the motion hearing set for November 13, 2014, at 1:30 p.m. and CONTINUES the Case Management Conference set for that date to February 11, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 12, 2014

_____
LUCY H. KOH
United States District Judge