1  JEROME C. ROTH (SBN 159483)
   jerome.roth@mto.com
2  ROSEMARIE T. RING (SBN 220769)
   rose.ring@mto.com
3  JONATHAN H. BLAVIN (SBN 230269)
   jonathan.blavin@mto.com
4  WILLIAM J. EDELMAN (SBN 285177)
   william.edelman@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
8
   Attorneys for Defendant
9  LINKEDIN CORPORATION

   LARRY C. RUSS (SBN 82760)
   lruss@raklaw.com
   DORIAN S. BERGER (SBN 264424)
   dberger@raklaw.com
   DANIEL P. HIPSKIND (SBN 266763)
   dhipskind@raklaw.com
   RUSS AUGUST & KABAT
   12424 Wilshire Boulevard, 12th Floor
   Los Angeles, California 90025
   Telephone: (310) 826-7424
   Facsimile: (310) 826-6991

   MICHAEL W. SOBOL (SBN 194857)
   msobol@lchb.com
   NICHOLAS R. DIAMAND (*Pro Hac Vice*)
   ndiamand@lchb.com
   MELISSA GARDNER (SBN 289096)
   mgardner@lchb.com
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
   San Francisco, CA 94111
   Telephone: (415) 956-1000
   Facsimile: (415) 956-1008

   Attorneys for Plaintiffs
   PAUL PERKINS ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**JOINT STIPULATION REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Lucy H. Koh |

**STIPULATION**

Plaintiffs Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton, Jake Kushner, Natalie Richstone, Nicole Crosby, and Leslie Wall (collectively, "Plaintiffs") and Defendant LinkedIn Corporation (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed and served their Third Amended Complaint (ECF No. 70) on December 15, 2014;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), LinkedIn's response to the Third Amended Complaint is due December 29, 2014;

WHEREAS, because the closure of LinkedIn's corporate offices from Christmas through New Year's Day in observance of the holidays and holiday vacation schedules will make it difficult for LinkedIn to timely gather information necessary to formulate an accurate and complete response, the Parties have agreed, subject to the Court's approval, that LinkedIn's response deadline should be extended until January 9, 2015;

WHEREAS, the Parties' proposed stipulation does not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, that, pursuant to Civil Local Rule 6-1(a), Defendant's deadline to respond to the Third Amended Complaint shall be **January 9, 2015.**

DATED: December 18, 2014     Respectfully submitted,

                                              MUNGER, TOLLES & OLSON LLP
                                                 JEROME C. ROTH
                                                 ROSEMARIE T. RING
                                                 JONATHAN H. BLAVIN
                                                 WILLIAM J. EDELMAN

                                       By:  */s/ Jerome C. Roth*
                                                     JEROME C. ROTH

*Attorneys for Defendant*
*LinkedIn Corporation*


DATED: December 18, 2014

                                              RUSS AUGUST & KABAT
                                                 LARRY C. RUSS
                                                 DORIAN S. BERGER
                                                 DANIEL P. HIPSKIND

                                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                                 MICHAEL W. SOBOL
                                                 NICHOLAS R. DIAMAND
                                                 MELISSA GARDNER

                                       By:  */s/ Larry C. Russ*
                                                     LARRY C. RUSS

*Attorneys for Plaintffs*
*Paul Perkins et al.*

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation set forth above, IT IS SO ORDERED.

DATED: December ___, 2014     By: _____

                                                          Hon. Lucy H. Koh
                                                          United States District Judge

**Filer's Attestation**

I, Jerome C. Roth, am the ECF user whose identification and password are being used to file this STIPULATION.  I hereby attest that the other above-named signatories concur in this filing.

DATED:  December 18, 2014                By:  */s/ Jerome C. Roth*
                                                                    JEROME C. ROTH