1  JEROME C. ROTH (SBN 159483)
   jerome.roth@mto.com
2  ROSEMARIE T. RING (SBN 220769)
   rose.ring@mto.com
3  JONATHAN H. BLAVIN (SBN 230269)
   jonathan.blavin@mto.com
4  WILLIAM J. EDELMAN (SBN 285177)
   william.edelman@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
8
   Attorneys for Defendant
9  LINKEDIN CORPORATION

LARRY C. RUSS (SBN 82760)
lruss@raklaw.com
DORIAN S. BERGER (SBN 264424)
dberger@raklaw.com
DANIEL P. HIPSKIND (SBN 266763)
dhipskind@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     (310) 826-7424
Facsimile:     (310) 826-6991

MICHAEL W. SOBOL (SBN 194857)
msobol@lchb.com
NICHOLAS R. DIAMAND (*Pro Hac Vice*)
ndiamand@lchb.com
MELISSA GARDNER (SBN 289096)
mgardner@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008

Attorneys for Plaintiffs
PAUL PERKINS ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 13-CV-04303-LHK <br><br> **JOINT STIPULATION REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> Judge:      Hon. Lucy H. Koh |

1

**STIPULATION**

2    Plaintiffs Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton,

3  Jake Kushner, Natalie Richstone, Nicole Crosby, and Leslie Wall (collectively, "Plaintiffs") and

4  Defendant LinkedIn Corporation (collectively, the "Parties"), by and through their respective

5  counsel, hereby stipulate as follows:

6    WHEREAS, Plaintiffs filed and served their Third Amended Complaint (ECF No. 70) on

7  December 15, 2014;

8    WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), LinkedIn's response to the

9  Third Amended Complaint is due December 29, 2014;

10    WHEREAS, because the closure of LinkedIn's corporate offices from Christmas through

11  New Year's Day in observance of the holidays and holiday vacation schedules will make it

12  difficult for LinkedIn to timely gather information necessary to formulate an accurate and

13  complete response, the Parties have agreed, subject to the Court's approval, that LinkedIn's

14  response deadline should be extended until January 9, 2015;

15    WHEREAS, the Parties' proposed stipulation does not alter the date of any event or any

16  deadline already fixed by Court order.

17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

18  among the respective Parties hereto, that, pursuant to Civil Local Rule 6-1(a), Defendant's

19  deadline to respond to the Third Amended Complaint shall be **January 9, 2015.**

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING COMPLAINT RESPONSE DEADLINE
13-CV-04303-LHK

1   DATED:  December 18, 2014          Respectfully submitted,

2                                      MUNGER, TOLLES & OLSON LLP

3                                          JEROME C. ROTH
                                           ROSEMARIE T. RING
4                                          JONATHAN H. BLAVIN
                                           WILLIAM J. EDELMAN
5

6                                      By:  /s/ Jerome C. Roth

7                                          JEROME C. ROTH

8                                      Attorneys for Defendant
                                       LinkedIn Corporation
9

10
     DATED:  December 18, 2014
11
                                       RUSS AUGUST & KABAT
12                                         LARRY C. RUSS
                                           DORIAN S. BERGER
                                           DANIEL P. HIPSKIND
13

14                                     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                           MICHAEL W. SOBOL
15                                         NICHOLAS R. DIAMAND
                                           MELISSA GARDNER
16

17                                     By:  /s/ Larry C. Russ

18                                         LARRY C. RUSS

19                                     Attorneys for Plaintffs
                                       Paul Perkins et al.
20

21                                     **[PROPOSED]** ORDER

22          Pursuant to the Parties' stipulation set forth above, IT IS SO ORDERED.

23

24   DATED: December  19 , 2014          By:            *Lucy H. Koh*

25                                             Hon. Lucy H. Koh
                                               United States District Judge
26

27

28

                                       -3-