UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al., | ) Case No.: 13-CV-04303-LHK |
| Plaintiffs, | ) ORDER CONTINUING CASE |
| v. | ) MANAGEMENT CONFERENCE |
| LINKEDIN CORPORATION, | ) |
| Defendant. | ) |

In light of the parties' joint case management statement, ECF No. 74, the Court hereby CONTINUES the case management conference set for February 11, 2015, at 2:00 p.m. to March 4, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-04303-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE