UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| PAUL PERKINS et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　　Defendant. | Case No.: 13-CV-04303-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

In light of the parties' joint case management statement, ECF No. 76, the Court hereby CONTINUES the case management conference set for March 4, 2015, at 2:00 p.m. to April 1, 2015, at 2:00 p.m.  The case schedule, including the April 24, 2015 deadline to file a motion for class certification, remains as set.  *See* ECF No. 59.

**IT IS SO ORDERED.**

Dated: February 26, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-04303-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE