| | |
|---|---|
| JEROME C. ROTH (SBN 159483) | LARRY C. RUSS (SBN 82760) |
| jerome.roth@mto.com | lruss@raklaw.com |
| ROSEMARIE T. RING (SBN 220769) | DORIAN S. BERGER (SBN 264424) |
| rose.ring@mto.com | dberger@raklaw.com |
| JONATHAN H. BLAVIN (SBN 230269) | DANIEL P. HIPSKIND (SBN 266763) |
| jonathan.blavin@mto.com | dhipskind@raklaw.com |
| WILLIAM J. EDELMAN (SBN 285177) | RUSS AUGUST & KABAT |
| william.edelman@mto.com | 12424 Wilshire Boulevard, 12th Floor |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90025 |
| 560 Mission Street | Telephone: (310) 826-7424 |
| Twenty-Seventh Floor | Facsimile: (310) 826-6991 |
| San Francisco, California 94105-2907 | |
| Telephone: (415) 512-4000 | MICHAEL W. SOBOL (SBN 194857) |
| Facsimile: (415) 512-4077 | msobol@lchb.com |
| | NICHOLAS R. DIAMAND (*Pro Hac Vice*) |
| Attorneys for Defendant | ndiamand@lchb.com |
| LINKEDIN CORPORATION | MELISSA GARDNER (SBN 289096) |
| | mgardner@lchb.com |
| | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | |
| | Attorneys for Plaintiffs |
| | PAUL PERKINS ET AL. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Lucy H. Koh<br>Date: April 1, 2015<br>Time: 2:00 p.m.<br>Courtroom: 8 |

26111352.1

1    Plaintiffs Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton,
2 Jake Kushner, Natalie Richstone, Nicole Crosby, Leslie Wall ("Plaintiffs") and Defendant
3 LinkedIn Corporation ("LinkedIn") (collectively, the "Parties") respectfully submit this Joint Case
4 Management Statement in advance of the Case Management Conference set for April 1, 2015.

5    On February 26, 2015, the Parties notified the Court that, after accepting a mediator's
6 proposal for a class action settlement in January, they were continuing to negotiate certain material
7 terms and requested a continuance of the Case Management Conference set for March 4, 2015 to
8 allow additional time to complete their negotiations.  *See* ECF No. 76.  The Court granted the
9 Parties' request and continued the Case Management Conference to April 1, 2015, stating that the
10 current case schedule, including the April 24, 2015 deadline to file a motion for class certification,
11 remain as set.  *See* ECF No. 77 (*citing* Case Management Order, ECF No. 59).

12    The Parties are pleased to inform the court that they have now reached an agreement in
13 principle and are preparing a motion for preliminary approval.  Because plaintiffs' counsel have a
14 long-standing international travel commitment in April and May, they plan to file the preliminary
15 approval motion on May 20, 2015.  Accordingly, the Parties respectfully request that the Case
16 Management Conference set for April 1, 2015 be continued to a date on which a hearing on the
17 preliminary approval motion to be filed on May 20, 2015 may also be held, and that the class
18 certification deadlines be vacated to allow the Parties to focus on the settlement approval process.

| | |
|---|---|
| DATED: March 25, 2015 | MUNGER, TOLLES & OLSON LLP<br>    JEROME C. ROTH<br>    ROSEMARIE T. RING<br>    JONATHAN H. BLAVIN<br>    WILLIAM J. EDELMAN<br><br>By:   */s/ Rosemarie T. Ring*<br>       ROSEMARIE T. RING<br><br>*Attorneys for Defendant*<br>*LinkedIn Corporation* |
| DATED: March 25, 2015 | RUSS AUGUST & KABAT<br>    LARRY C. RUSS<br>    DORIAN S. BERGER<br>    DANIEL P. HIPSKIND<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>    MICHAEL W. SOBOL<br>    NICHOLAS R. DIAMAND<br>    MELISSA GARDNER<br><br>By:   */s/ Nicholas R. Diamand*<br>       NICHOLAS R. DIAMAND<br><br>*Attorneys for Plaintffs*<br>*Paul Perkins et al.* |

<u>Filer's Attestation</u>

I, Dorian S. Berger am the ECF user whose identification and password are being used to file this **FURTHER JOINT CASE MANAGEMENT STATEMENT**. In compliance with General Order 45.X.B, I hereby attest that Nicholas R. Diamand concurs in this filing.

DATED: March 25, 2015                       /s/Dorian S. Berger