**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al., | ) Case No.: 13-CV-04303-LHK |
| Plaintiffs, | ) ORDER CONTINUING CASE |
| v. | ) MANAGEMENT CONFERENCE, |
| | ) VACATING CLASS CERTIFICATION |
| LINKEDIN CORPORATION, | ) BRIEFING SCHEDULE AND HEARING, |
| | ) AND SETTING PRELIMINARY |
| Defendant. | ) APPROVAL HEARING |
| | ) |

In the parties' joint case management statement, ECF No. 78, the parties indicate that they will be filing a motion for preliminary approval on May 20, 2015. Accordingly, the Court hereby VACATES the class certification briefing schedule and the July 23, 2015 hearing date on class certification. The November 20, 2015 fact discovery cutoff date remains as set. *See* ECF No. 59. The Court also SETS a hearing on Plaintiffs' anticipated preliminary approval motion for August 27, 2015, at 1:30 p.m. The Court CONTINUES the case management conference set for April 1, 2015, at 2:00 p.m. to June 3, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 26, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-04303-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE, VACATING CLASS CERTIFICATION
BRIEFING SCHEDULE AND HEARING, AND SETTING PRELIMINARY APPROVAL HEARING