UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>LINKEDIN CORPORATION,<br><br>             Defendant. | Case No. 13-CV-04303-LHK<br><br>**ORDER RE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

Having reviewed the parties' joint case management statement, ECF No. 87, the Court hereby CONTINUES the deadline to file the motion for preliminary approval to June 5, 2015. The case management conference scheduled for June 10, 2015, at 2:00 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: June 1, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 13-CV-04303-LHK
ORDER RE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL