UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>LINKEDIN CORPORATION,<br><br>            Defendant. | Case No. 13-CV-04303-LHK<br><br>**ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

On February 4, 2015, the parties filed a joint case management statement indicating that they had "accepted a mediator's proposal for a class action settlement subject to reaching agreement on remaining material terms and execution of a written settlement agreement." ECF No. 74 at 2. The parties indicated further that they "will notify the Court of their progress on February 25, 2015 and, if they have reached agreement on all material terms by that date, will file a motion for preliminary approval on or before March 24, 2015." *Id.* The parties could not reach an agreement by February 25, 2015, asking the Court instead to continue "the date for submission of the motion for preliminary approval of the settlement." ECF No. 76 at 2. To accommodate the parties' request, the Court continued the March 4, 2015 case management conference to April 1, 2015. ECF No. 77.

1   On March 25, 2015, the parties informed the Court that "they have now reached an
2   agreement in principle and are preparing a motion for preliminary approval." ECF No. 78 at 2.
3   The parties requested a deadline of May 20, 2015, for Plaintiffs to file a motion for preliminary
4   approval, *id.*, which the Court approved, ECF No. 79.  A hearing on Plaintiffs' anticipated motion
5   for preliminary approval was set for August 27, 2015.  ECF No. 79.  Based on the parties'
6   representation that a settlement had been reached, the Court also vacated the class certification
7   briefing schedule and July 23, 2015 hearing date on class certification.  *Id.*
8   On May 19, 2015, the parties asked for a one-week extension for Plaintiffs to file their
9   motion for preliminary approval.  ECF No. 85.  Reluctantly, the Court continued the deadline to
10  May 27, 2015.  ECF No. 86.  The August 27, 2015 hearing date for preliminary approval remained
11  as set.  *Id.*  Then, on May 27, 2015, the parties asked for yet another extension, asking the Court
12  this time to continue the deadline for Plaintiffs to file their motion for preliminary approval to
13  June 17, 2015—i.e., three additional weeks.  ECF No. 87.  The Court gave the parties until June 5,
14  2015, for Plaintiffs to file their motion.  ECF No. 88.
15  Lastly, on June 5, 2015, the parties asked to extend the deadline for filing Plaintiffs'
16  motion for preliminary approval to June 10, 2015, citing the need to hold an in-person meeting on
17  June 9, 2015, to resolve any outstanding issues.  ECF No. 89.  In sum, after several months of
18  negotiations and despite the Court having granted multiple extension requests, Plaintiffs still have
19  not filed their motion for preliminary approval.
20  As a result, the Court hereby ORDERS the parties to file a supplemental joint case
21  management statement by June 9, 2015, at 5:00 p.m.  That statement should contain a briefing
22  schedule on class certification, as well as a proposed case schedule through trial.  The Court
23  hereby sets a hearing on class certification for August 27, 2015, at 1:30 p.m., with Plaintiffs' reply
24  brief due no later than August 13, 2015.  The fact discovery cutoff of November 20, 2015, remains
25  as set.  *See* ECF No. 59.
26  **IT IS SO ORDERED.**

2
Case No. 13-CV-04303-LHK
ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

Dated: June 8, 2015

_____
LUCY H. KOH
United States District Judge

3
Case No. 13-CV-04303-LHK
ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT