United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 13-CV-04303-LHK<br><br>**CASE MANAGEMENT ORDER** |

Attorneys for Plaintiffs Perkins, Sempell & Connaughton:
**Larry Russ, Michael Sobol, Nicholas Diamand**
Attorneys for Plaintiffs Brandwein, Eggers, Crosby, Kushner, Richstone & Wall:
**Dorian Berger, Daniel Hipskind**
Defendant's Attorney:
**Rosemarie Ring**

    A case management conference was held on June 10, 2015. Further case management conferences are hereby set for June 17, June 24, July 1, July 8, and July 15, all at 2:00 p.m. The parties shall file a joint case management statement seven days prior to each scheduled case management conference. All lead trial counsel shall appear in person at each case management conference. The Court will not permit telephonic appearances.

    In addition, the Court set the following case schedule:

Case No. 13-CV-04303-LHK
CASE MANAGEMENT ORDER

1

CLASS CERTIFICATION:
    Motion: July 1, 2015
    Opposition: July 22, 2015
    Reply: August 5, 2015
    Hearing: August 27, 2015, at 1:30 p.m.

FACT DISCOVERY CUTOFF: October 9, 2015

EXPERT DISCOVERY:
    Opening Reports: October 30, 2015
    Rebuttal Reports: November 20, 2015
    Close of Expert Discovery: December 18, 2015

DISPOSITIVE MOTIONS shall be filed by January 8, 2016, and set for hearing no later than March 3, 2016, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 5, 2016, at 1:30 p.m.

JURY TRIAL: May 16, 2016, at 9:00 a.m.  Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 13-CV-04303-LHK
CASE MANAGEMENT ORDER

2