LARRY C. RUSS (SBN 82760)
lruss@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7424
Facsimile: (310) 826-6991

MICHAEL W. SOBOL (SBN 194857)
msobol@lchb.com
NICHOLAS R. DIAMAND (*Pro Hac Vice*)
ndiamand@lchb.com
MELISSA GARDNER (SBN 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Paul Perkins, Pennie Sempell, and Clare Connaughton*

DORIAN S. BERGER (SBN 264424)
dberger@olavidunne.com
DANIEL P. HIPSKIND (SBN 266763)
dhipskind@olavidunne.com
OLAVI DUNNE LLP
445 S. Figueroa St., Ste. 3170
Los Angeles, California 90071
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

*Attorneys for Plaintiffs Ann Brandwein, Erin Eggers, Nicole Crosby, Jake Kushner, Leslie Wall, and Natalie Richstone*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**DECLARATION OF NICHOLAS R. DIAMAND IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Lucy H. Koh |

- 1 -

DIAMAND DECL.IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 13-CV-04303-LHK

I, Nicholas R. Diamand, hereby declare:

1. I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser"), which together with Russ August & Kabat PC, ("RAK") and Olavi Dunne LLP, ("Olavi Dunne") (collectively "Plaintiffs' Counsel") represents the plaintiffs in this action. I am admitted *pro hac vice* to practice before this Court, and I am a member in good standing of the New York State Bar. I submit this Declaration in support of the Plaintiffs' Motion for Preliminary Approval of the Settlement reached with Defendant, LinkedIn Corporation ("LinkedIn"). I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the Class Action Settlement Agreement (the "Settlement Agreement") entered into by lead plaintiffs Paul Perkins, Pennie Sempell, Clare Connaughton Ann Brandwein, Erin Eggers, Nicole Crosby, Jake Kushner, Leslie Wall, and Natalie Richstone ("Lead Plaintiffs") on behalf of themselves and the Settlement Class (as defined in the Settlement Agreement), and LinkedIn.

3. Attached as Exhibit A to the Settlement Agreement is a true and correct copy of the parties' proposed Claim Form.

4. Attached as Exhibit B to the Settlement Agreement is a true and correct copy of the parties' proposed Email Notice of Class Action and Proposed Settlement.

5. Attached as Exhibit C to the Settlement Agreement is a true and correct copy of the parties' proposed Website Notice of Class Action and Proposed Settlement.

6. Attached to Plaintiffs' Motion for Preliminary Approval is a true and correct copy of a [Proposed] Order Granting Preliminary Approval of Proposed Settlement, Directing Notice to Class, and Setting Final Approval Hearing which reflects the terms of the Settlement Agreement negotiated between the parties.

7. In support of Lieff Cabraser's request for appointment – together with the law firms of RAK and Olavi Dunne – to serve as counsel for the Settlement Class in accordance with Federal Rule of Civil Procedure 23(g), I further declare:

- 2 -

DIAMAND DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 13-CV-04303-LHK

**Lieff Cabraser's Qualifications to Serve as Class Counsel**

8. Founded in 1972, Lieff Cabraser is one of the oldest, largest and most successful law firms in the country representing plaintiffs in class actions. A detailed firm profile, which includes a description of cases in which Lieff Cabraser has served, or currently serves, in a leadership role is attached as Exhibit 2 to this Declaration.

**Lieff Cabraser's Efforts in This Litigation**

9. Lieff Cabraser first entered an appearance in this litigation on August 8, 2014 (Dkt. 51). Lieff Cabraser, along with RAK, researched and drafted the Plaintiffs' Second and Third Amended Complaints (Dkt. 55, 70), as well as Plaintiffs' Opposition to LinkedIn's motion to dismiss the Second Amended Complaint (Dkt. 65). At the time this Settlement was achieved, Plaintiffs' Counsel was preparing to notice the depositions of eight senior LinkedIn employees and to propound discovery in support of Plaintiffs' class certification motion.

10. The Settlement is the product of extensive, arms-length negotiations between the parties. Plaintiffs and LinkedIn first engaged in formal mediated negotiations on August 26, 2014, with the Honorable A. Howard Matz (ret.) in Los Angeles, California. After a full day of mediation, the matter was not resolved.

11. The parties met again in a good faith attempt to resolve the dispute on January 13, 2015, with Mr. Antonio Piazza of Mediated Negotiations in San Francisco, California. After a day-long mediation, which continued well into the evening, the parties accepted a mediator's proposal for a class action settlement subject to reaching agreement on remaining material terms and execution of the Settlement Agreement. The Declaration of Antonio Piazza in Support of Motion for Preliminary Approval of Settlement is attached as Exhibit 3 to this Declaration.

12. Subsequent to the mediation, the parties worked diligently together to finalize the tentative agreement reached during the mediation, culminating in a lengthy in-person meeting on June 9, 2015. The parties exchanged several drafts of the final Settlement Agreement and related settlement documents before reaching final agreement as to each.

- 3 -

DIAMAND DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 13-CV-04303-LHK

13. Based on extensive discussions with and representations from counsel for LinkedIn, I understand that as of June 9, 2015, the Settlement Class includes an estimated 20.8 million current and former LinkedIn users.

14. At all times during the negotiation process, Plaintiffs' Counsel and Counsel for LinkedIn bargained vigorously and at arm's length on behalf of their clients.

15. In consultation with LinkedIn, subject to this Court's approval, Plaintiffs' Counsel has agreed to retain Gilardi & Co., LLC ("Gilardi") as the Settlement Administrator with responsibility to implement the Notice Plan and administer the claims. The Declaration of Alan Vasquez Regarding Dissemination of Notice is attached as <u>Exhibit 4</u> to this Declaration.

16. The parties have worked closely with the proposed Settlement Administrator to design an effective and successful Notice Plan.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was signed in New York, New York on June 11, 2015.

*Nicholas R. Diamand*

- 4 -

DIAMAND DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 13-CV-04303-LHK