# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**DECLARATION OF ANTONIO PIAZZA IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge:   The Honorable Lucy H. Koh |

**DECLARATION OF ANTONIO PIAZZA IN SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, Antonio Piazza, declare as follows:

1. I submit this declaration in support of the motion for preliminary approval of the proposed class settlement of the above-captioned action pending in the United States District Court for the Northern District of California, entitled *Perkins, et al. v. LinkedIn Corporation*, Case No. 13-cv-04303-LHK ("Perkins").

2. Plaintiffs Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton, Jake Kushner, Natalie Richstone, Nicole Crosby, and Leslie Wall ("Plaintiffs") and Defendant LinkedIn Corporation ("LinkedIn") (collectively, the "Parties") retained me to serve as mediator in Perkins. Plaintiffs were represented by Lieff, Cabraser, Heimann & Bernstein, LLP and Russ August & Kabat. LinkedIn was represented by Munger, Tolles & Olson LLP.

3. On January 13, 2015, the Parties and their respective counsel participated in an all-day mediation session at my offices in San Francisco, California. Prior to the mediation session, LinkedIn responded to formal discovery requests from Plaintiffs, as well as informal information requests for use during the mediation. The Parties also prepared and exchanged

briefs addressing the merits of their respective claims and defenses, which they submitted to me along with relevant pleadings, motions, court rulings, and other documents that framed both the factual and legal issues in dispute.

4. During the mediation session, I met separately with the Parties and their counsel, and with all of them together, to understand the range of issues that needed to be addressed and to discern areas of common ground in order to accomplish a settlement. I had candid discussions regarding the risks associated with the Parties' respective positions.

5. Negotiations continued late into the night. Based on my discussions with the Parties and their counsel throughout the day, I made a mediator's proposal to settle the case on a classwide basis for a $13 million common fund and injunctive relief. The Parties accepted the mediator's proposal, subject to reaching agreement on remaining material terms and execution of a written settlement agreement.

6. Following the January 13, 2015 mediation session, the Parties and their counsel kept me informed me of their negotiations. I am informed that the Parties reached an agreement in principle on remaining material terms, as reflected in a term sheet finalized in late March 2015, and during April and May negotiated a written settlement agreement the terms of which were finalized during an in-person meeting on June 9, 2015.

7. I have reviewed the written settlement agreement. I believe that it represents a reasonable resolution of the highly uncertain litigation, and recommend it without reservation.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 11, 2015

*Antonio Piazza*
Antonio Piazza