| | |
|---|---|
| LARRY C. RUSS (SBN 82760)<br>lruss@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7424<br>Facsimile: (310) 826-6991<br><br>MICHAEL W. SOBOL (SBN 194857)<br>msobol@lchb.com<br>NICHOLAS R. DIAMAND (*Pro Hac Vice*)<br>ndiamand@lchb.com<br>MELISSA GARDNER (SBN 289096)<br>mgardner@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>*Attorneys for Plaintiffs Paul Perkins, Pennie Sempell, and Clare Connaughton* | DORIAN S. BERGER (SBN 264424)<br>dberger@olavidunne.com<br>DANIEL P. HIPSKIND (SBN 266763)<br>dhipskind@olavidunne.com<br>OLAVI DUNNE LLP<br>445 S. Figueroa St., Ste. 3170<br>Los Angeles, California 90071<br>Telephone: (213) 516-7900<br>Facsimile: (213) 516-7910<br><br>*Attorneys for Plaintiffs Ann Brandwein, Erin Eggers, Nicole Crosby, Jake Kushner, Leslie Wall, and Natalie Richstone* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**DECLARATION OF LARRY C. RUSS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Lucy H. Koh |

I, Larry C. Russ, declare as follows:

1. I am an attorney duly admitted to practice before all the courts of the State of California. I am a partner with the law firm Russ August and Kabat ("RAK"), and I am one of the attorneys of record for Plaintiffs Paul Perkins, Pennie Sempell, and Clare Connaughton ("Plaintiffs"). This Declaration is based upon my personal knowledge and is made in support of Preliminary Approval of the Settlement reached with Defendant, LinkedIn Corporation. If called as a witness to this matter, I could truthfully and competently testify as to all matters stated herein.

2. My firm has substantial experience in litigating complex intellectual property, antitrust, unfair competition, and similarly complex matters, which includes serving in numerous leadership positions and securing tens of millions of dollars in benefits for plaintiffs. Two representative matters include (a) *Ocean Mission Park v. Taheripour*, No. SC 104571 (Cal. Super.), RAK achieved an eight figure actual damages, treble damages and punitive damages fraud and conspiracy judgment for plaintiffs who were defrauded into purchasing certain improved and leased commercial real property, and (b) In *Clear With Computers LLC v. Hyundai Motor America Inc.*, No. 09-00479 (E.D. Tex.), RAK along with co-counsel, represented the plaintiff in a case alleging patent infringement, achieving a favorable jury verdict of $11.5 million.

3. Prior to filing the initial Complaint in this Action, Dorian Berger and Daniel Hipskind, who at the time were associates at RAK under my supervision, conducted a detailed investigation, including reviewing and analyzing LinkedIn's website, LinkedIn's marketing materials, LinkedIn financial statements, and LinkedIn's terms of service including the LinkedIn privacy policy and user agreement. In addition, we conducted testing of the LinkedIn website to analyze how LinkedIn's "Add Connections" feature was implemented on the website. We investigated how LinkedIn communicated with LinkedIn members using its mechanisms for collecting email addresses from its users' third-party email accounts. We spoke with numerous LinkedIn users about their experiences with LinkedIn's website and reviewed publicly-available reports by users regarding their experience. Our analysis of the LinkedIn website formed the basis of the initial complaint in this Action.

4. Prior to the appearance of Lieff Cabraser Heimann & Bernstein ("LCHB") as co-counsel in August, 2014, we successfully briefed and argued the Plaintiffs' opposition to LinkedIn's first motion to dismiss, and actively sought, and obtained, relevant discovery from Defendant. Following LCHB's appearance, my firm continued to play a critical role in briefing and arguing in opposition to LinkedIn's second motion to dismiss, in drafting the Second and Third Amended Complaints, continuing the discovery process, and in mediating a favorable resolution to this case.

5. In sum, as reflected by RAK's relevant experience and our efforts to date in this action, RAK consists of attorneys who are well-versed, experienced, and dedicated to prosecuting the claims alleged against Defendant in the best interests of all Plaintiffs and the proposed Class.

6. I believe the settlement reached in this case represents a fair, adequate and reasonable result for the Class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 11th day of June, 2015 in Los Angeles, California.

_____
Larry C. Russ, Esq.