1  LARRY C. RUSS (SBN 82760)
   lruss@raklaw.com
2  RUSS AUGUST & KABAT
   12424 Wilshire Boulevard, 12th Floor
3  Los Angeles, California 90025
   Telephone: (310) 826-7424
4  Facsimile: (310) 826-6991

5  MICHAEL W. SOBOL (SBN 194857)
   msobol@lchb.com
6  NICHOLAS R. DIAMAND (*Pro Hac Vice*)
   ndiamand@lchb.com
7  MELISSA GARDNER (SBN 289096)
   mgardner@lchb.com
8  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
9  San Francisco, CA 94111
   Telephone: (415) 956-1000
10 Facsimile: (415) 956-1008

11 *Attorneys for Plaintiffs Paul Perkins, Clare*
   *Connaughton and Pennie Sempell*
12

DORIAN S. BERGER (SBN 264424)
dberger@olavidunne.com
DANIEL P. HIPSKIND (SBN 266763)
dhipskind@olavidunne.com
OLAVI DUNNE LLP
445 S. Figueroa St., Ste. 3170
Los Angeles, California 90071
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

*Attorneys for Plaintiffs Ann Brandwein,*
*Erin Eggers, Nicole Crosby, Jake*
*Kushner, Leslie Wall, and Natalie*
*Richstone*

13

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18 PAUL PERKINS, PENNIE SEMPELL, ANN
   BRANDWEIN, ERIN EGGERS, CLARE
19 CONNAUGHTON, JAKE KUSHNER,
   NATALIE RICHSTONE, NICOLE
20 CROSBY, and LESLIE WALL, individually
   and on behalf of all other similarly situated,
21
                        Plaintiffs,
22
             v.
23
   LINKEDIN CORPORATION,
24
                        Defendant.
25

Case No. 13-CV-04303-LHK

**DECLARATION OF DORIAN S.
BERGER IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

Judge: Hon. Lucy H. Koh

26

27

28

1    I, Dorian S. Berger, declare as follows:

2        1.      I am an attorney duly admitted to practice before all the courts of the State of

3    California.  I am a partner with the law firm Olavi Dunne LLP ("Olavi Dunne"), and I am one of

4    the attorneys of record for Plaintiffs Ann Brandwein, Erin Eggers, Nicole Crosby, Jake Kushner,

5    Leslie Wall, and Natalie Richstone ("Plaintiffs").  This Declaration is based upon my personal

6    knowledge and is made in support of Preliminary Approval of the Settlement reached with

7    Defendant, LinkedIn Corporation.  If called as a witness to this matter, I could truthfully and

8    competently testify as to all matters stated herein.

9        2.      I have been actively and personally involved in every aspect of this litigation since

10   its inception.

11       3.      My firm has substantial experience in intellectual property litigation, unfair

12   competition litigation, data privacy litigation and similarly complex matters.  The attorneys at

13   Olavi Dunne have degrees in physics, mechanical engineering, and other areas.  The firm's case

14   inventory, which includes patent, trademark, and copyright litigation matters in addition to class

15   action cases, is a perfect mixture of inspiring cases that creates a well-funded firm that allows us

16   to fulfill our fiduciary duties to our clients with the highest standard of care.

17       4.      Prior to filing suit against LinkedIn, Daniel P. Hipskind and I conducted a detailed

18   investigation, including reviewing and analyzing LinkedIn's website, LinkedIn's marketing

19   materials, LinkedIn financial statements, LinkedIn's purported terms of service including the

20   LinkedIn privacy policy and user agreement.  In addition, we conducted testing of the LinkedIn

21   website to analyze how LinkedIn's "Add Connections" feature was implemented on the website.

22   Mr. Hispkind and I investigated how LinkedIn communicated with LinkedIn members using its

23   mechanisms for collecting email addresses from its users' third-party email accounts.  Mr.

24   Hipskind and I spoke with numerous LinkedIn users about their experiences with LinkedIn's

25   website and we reviewed publicly-available reports by users regarding their experience.  Our

26   analysis of the LinkedIn website formed the basis of the initial complaint against LinkedIn.

27       5.      Attorneys at Olavi Dunne, including me, have conducted ongoing factual

28   investigations of LinkedIn's Add Connections feature.  Our ongoing investigation has included

- 2 -

1    continued testing of the LinkedIn website, monitoring changes to LinkedIn's terms of service

2    (*e.g.*, LinkedIn's privacy policy), financial statements from LinkedIn germane the Add

3    Connections feature, modifications to LinkedIn's disclosures relating to the Add Connections

4    feature, including disclosures relating to LinkedIn's harvesting of email addresses from the third-

5    party email accounts of LinkedIn members, and LinkedIn's practice of sending reminder emails

6    to its members.

7         6.      Although the parties were able to reach a tentative settlement in January 2015,

8    there was significant work in finalizing the agreement. Our firm conducted extensive factual

9    analysis relating to the impact of the proposed injunctive relief on LinkedIn users and the efficacy

10    of the proposed settlement fund. In addition, I have worked with the proposed settlement

11    administrator, Gilardi & Co. LLC, to design an effective notice plan that will result in a fair,

12    adequate and reasonable outcome to the class.

13         7.      As counsel for a majority of the plaintiffs we worked closely with our clients to

14    finalize a settlement that was fair, adequate and reasonable. Plaintiffs Ann Brandwein, Erin

15    Eggers, Nicole Crosby, Jake Kushner, Leslie Wall, and Natalie Richstone support the settlement.

16         8.      As attorneys that are now at Olavi Dunne drafted the initial complaint, have been

17    involved in all aspects of the case to the present time, and have extensive experience in the

18    practices of Linked and related technology, Olavi Dunne is well qualified to represent the

19    Settlement Class.

20         9.      As reflected by Olavi Dunne's background and efforts to date in this action, Olavi

21    Dunne consists of attorneys who are well-versed in the facts of this case, the legal issues at hand,

22    and are dedicated to prosecuting the claims alleged against LinkedIn in the best interests of all

23    plaintiffs and the proposed Class.

24         10.      I believe the settlement reached in this case represents a fair, adequate and

25    reasonable result for the Class.

26         I declare under the penalty of perjury under the laws of the United States of America that

27    the foregoing is true and accurate.

28

1       Executed this 11th day of June, 2015 in Los Angeles, California.

2                                     /s/ Dorian S. Berger

3                                     Dorian S. Berger, Esq.