UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 13-CV-04303-LHK<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCES, VACATING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING, AND SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

On June 11, 2015, Plaintiffs filed their motion for preliminary approval of class action settlement. ECF No. 95. Accordingly, the Court hereby VACATES the case management conferences set for June 17, June 24, July 1, July 8, and July 15, 2015, at 2:00 p.m. The Court also VACATES the class certification briefing schedule and the August 27, 2015 hearing date on class certification. A hearing on Plaintiffs' motion for preliminary approval of class action settlement shall be held on August 27, 2015, at 1:30 p.m. The case schedule otherwise remains as set. *See* ECF No. 93.

**IT IS SO ORDERED.**

1

Case No. 13-CV-04303-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCES, VACATING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING, AND SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL

1  Dated: June 16, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge