United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 13-CV-04303-LHK <br><br> **ORDER CONTINUING PRELIMINARY APPROVAL HEARING** |

On August 27, 2015, the Court held a hearing on Plaintiffs' motion for preliminary approval. ECF No. 100. Consistent with what was discussed and agreed to on the record at that hearing, the parties shall file a revised Settlement Agreement, Claim Form, and Notices no later than September 10, 2015. To the extent any of those revisions require the parties to amend their proposed order granting preliminary approval, the parties shall file a revised proposed order no later than September 10, 2015. The Court hereby CONTINUES the preliminary approval hearing to September 16, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No. 13-CV-04303-LHK
ORDER CONTINUING PRELIMINARY APPROVAL HEARING