# EXHIBIT A

## CLAIM FORM

*Perkins v. LinkedIn Corp*. Settlement
c/o Gilardi & Co. LLC
P.O. Box 35009
Seattle, WA  98124-1009


Claim No:1234567                    Control No: 1234567890

### *PERKINS V. LINKEDIN CORP*. CLAIM FORM
United States District Court for the Northern District of California
Case No. 13-CV-04303-LHK


Settlement Website: www.[xxx].com
Questions about completing the Claim Form?  Contact [settlementadministrator@website.com]

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOU MAY BE ENTITLED TO A PAYMENT UNDER THE SETTLEMENT. YOU MUST SUBMIT THIS CLAIM FORM, ELECTRONICALLY, OR BY MAIL, TO SEEK SUCH BENEFITS.  FAILURE TO FILL OUT THIS CLAIM FORM COMPLETELY AND SUBMIT IT OR MAIL IT TO THE SETTLEMENT ADMINISTRATOR ON OR BEFORE [CLAIMS DEADLINE] MAY RESULT IN THE REJECTION OF YOUR CLAIM**.

**What is the Action about?**  The Action challenges LinkedIn's use of a service called Add Connections to grow its member base.  Add Connections allows LinkedIn members to import contacts from their external email accounts and email connection invitations to one or more of those contacts inviting them to connect on LinkedIn.  If a connection invitation is not accepted within a certain period of time, up to two "reminder emails" are sent reminding the recipient that the connection invitation is pending.  The Court found that members consented to importing their contacts and sending the connection invitation, but did not find that members consented to LinkedIn sending the two reminder emails.  The Plaintiffs contend that LinkedIn members did not consent to the use of their names and likenesses in those reminder emails.  LinkedIn denies these allegations and any and all wrongdoing or liability.  No court or other entity has made a judgment or other determination of any liability.

**What relief does the Settlement provide?**  LinkedIn has revised disclosures, clarifying that up to two reminders are sent for each connection invitation so members can make fully-informed decisions before sending a connection invitation.  In addition, by the end of 2015, LinkedIn will implement new functionality allowing members to stop reminders from being sent by canceling the connection invitation.  LinkedIn has also agreed to pay $13 million into a fund that can be used, in part, to make payments to members of the Settlement Class who file approved claims.  Attorneys representing the Settlement Class will petition the Court for payment of the following from the fund: (1) reasonable attorneys' fees, expenses, and costs up to a maximum of $3,250,000, and (2) service awards for the Plaintiffs up to a maximum of $1,500 each.  The payment amount for members of the Settlement Class who file approved claims will be calculated on a *pro rata* basis, which means it will depend on the total number of approved claims.  If the number of approved claims results in a payment amount of less than $10, LinkedIn will pay an additional amount up to $750,000 into the fund.  If the payment amount is so small that it cannot be distributed in a way that is economically feasible, payments will be made, instead, to *Cy Pres* Recipients selected by the Parties and approved by the Court.  <u>No one knows in advance whether or in what amount payments will be made to claimants</u>.

1

**Who is in the Settlement Class?**  All current and former LinkedIn members who used Add Connections to import information from external email accounts and to send emails to persons who were non-members in which the member's name, photograph, likeness and/or identity was displayed between September 17, 2011 and October 31, 2014.  Excluded from the Settlement Class are the following: (1) defendant, its subsidiaries, and affiliates and their respective officers, directors and employees, (2) class counsel and defendant's counsel, and (3) any judicial officer to whom the action is assigned.

You cannot submit both a Claim Form and a request for exclusion from the Settlement Class because only members of the Settlement Class are entitled to any monetary payment under the Settlement.  For any person who files both a Claim Form and a request for exclusion, only the last one filed will be effective.  For example, if a person files a Claim Form and then files a request for exclusion, he or she will be excluded from the Settlement Class and the Claim Form will be ignored.

**1.    CONTACT INFORMATION**

Name (first, middle, and last):

Email Address:

Mailing Address:

City:                                                                                          State:         Zip:

Telephone Number (optional):
(      )      -

Your contact information will be used by the administrator of this Settlement, Gilardi & Co. LLC ("Gilardi" or "Settlement Administrator") to contact you, if necessary, about your claim. Providing your telephone number is optional.  By providing contact information, you agree that Gilardi may contact you about your claim.

**2.    CLAIM INFORMATION**

**Email address associated with your LinkedIn account:**

**The name associated with your LinkedIn account:**

**Class Member Number listed on the Notice you received:**

If you did not receive a Notice about this Settlement or no longer have access to that document, you may leave blank the item immediately above calling for your Class Member Number.

**YOUR PERSONAL INFORMATION WILL BE USED ONLY IN CONNECTION WITH THIS SETTLEMENT ADMINISTRATION AND IN ORDER TO PROCESS YOUR CLAIM.  YOUR INFORMATION WILL NOT BE USED FOR ANY OTHER PURPOSE.**

3.   **DIRECT DEPOSIT OR CHECK: CHOOSE ONE OF THE OPTIONS BELOW**

**OPTION 1**: Payment by Direct Deposit

☐ If any payment is made, I wish to receive it electronically, by ACH (Automated Clearing House).

Please provide:

Bank Routing Number: ☐☐☐☐☐☐☐☐☐

Bank Account Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Banking Institution: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Name on Account (if different from above): ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

The illustration below is to help you identify your Routing and Account Number. If you still are unsure which number on your check is which, please contact your financial institution.



**OPTION 2**: Payment by Check

☐ If any payment is made, instead of receiving payment electronically by ACH, I wish to receive payment by a paper check sent to the name listed above at the address listed above.

4.   **ATTESTATIONS**

**IN ORDER TO QUALIFY FOR POSSIBLE PAYMENT, YOU MUST ATTEST TO THE FOLLOWING:**

   **(a)**   I used Add Connections to import information from one or more external email accounts and send emails to one or more persons who were not LinkedIn members between September 17, 2011 and October 31, 2014.

   **(b)**   I did not agree to the use of my name or profile picture in reminder emails.

   **(c)**   I believe I was injured by any such use of my name or name and profile picture.

   **(d)**   I am submitting only one Claim Form, regardless of how many LinkedIn accounts I have.

4

**(e)** I understand that I am releasing all Released Claims against LinkedIn and the other Released Parties as set forth in Section 4 of the Settlement Agreement (available at www.[xxxxxxxxxxxx].com/court_docs/settlement_agreement).

**5. SIGN AND SUBMIT THE CLAIM FORM.**

I have received notice of the Settlement, and I submit this Claim Form under the terms of the Settlement. I also submit to the jurisdiction of the United States District Court for the Northern District of California with regard to my claim and for purposes of enforcing the release of claims in the Settlement Agreement. I further acknowledge that I am bound by the terms of any Court judgment that may be entered in this Action and may not bring or continue pursuing any of the Released Claims against LinkedIn and/or the other Released Parties in a separate action. I agree to furnish additional information to support this claim if required to do so.

IF SUBMITTED ELECTRONICALLY:

**By clicking this box, which constitutes my electronic signature, I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing attestations and all other information I have provided in support of my claim are true and correct.**

IF SUBMITTED BY U.S. MAIL:

**I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing attestations and all other information I have provided in support of my claim are true and correct.**

Dated: _____    Signature: _____

\* \* \* \*

IF SUBMITTED BY MAIL, PLEASE SEND THIS CLAIM FORM TO:

*Perkins v. LinkedIn Corp.*, Settlement, c/o Gilardi & Co. LLC
P.O. Box [NUMBER]
[CITY], [STATE] [ZIP CODE]

**THIS FORM MUST BE COMPLETED AND SUBMITTED ELECTRONICALLY TO THE SETTLEMENT ADMINISTRATOR AT OR BEFORE 11:59 P.M. PACIFIC TIME ON [MONTH] [DAY], [YEAR]. IF YOU ARE SUBMITTING THIS FORM BY U.S. MAIL, IT MUST BE POSTMARKED BY [MONTH] [DAY], [YEAR].**

**6. AFTER SUBMISSION OF FORM.**

Any payments will be provided to claimants only if the Court gives final approval to the Settlement and, if there are any appeals, after the appeals are resolved in favor of the Settlement. Please be aware that the amount, if any, paid to each member of the Settlement Class who files an approved claim depends on the total number of approved claims. No one knows in advance how much each claimant's payment will be, and claimants may be paid nothing at all. Please be patient. If, after you submit a Claim Form, you change your postal or email address, it is your

responsibility to inform the Settlement Administrator of your updated information. You may do so by mail or email at the addresses above.