WELLS

October 2, 2015

United States Courthouse
Attn: Judge Koh's Case System Administrator
280 South 1st Street, Room 2112
San Jose, CA 95113

RE: Notice of Pending Class Action: PERKINS V. LINKEDIN CORP.
Claim ID: QXTRT-VJGJX-MDUSI

I received an email regarding the subject class action claim.

I object to any monetary Settlement and think none should be approved.

This is a frivolous case but if it goes forward the fine should be an order to cease the offending action -- period. The harm claimed may be a nuisance but has no financial value whatsoever.

Sincerely,

Frederick Wells

RECEIVED
OCT 06 2015
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Wells



United States Courthouse
Attn: Judge Koh's Case System Administrator
280 South 1st Street, Room 2112
San Jose, CA 95113

10-3-15

RECEIVED

OCT 06 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To Whom it May Concern,

I believe the complaint for sending emails to my contacts and storing my contacts for future emails sent to them albeit non pertainant information is uncalled for.

I'm glad I can have LinkedIn to use for professional use only.

Please count me in on the complaint case #13-CV-04303-HRL.

Thank you
Scarlet Pruitt

V Pruitt

DALLAS TX 75D
08 OCT 2015 PM 6 L

Judge Koh's Case
System Administrator @ the United States
Courthouse
280 S. 1st St. Rm. 2112
San Jose, CA 95113

9511330837