| | |
|---|---|
| LARRY C. RUSS (SBN 82760)<br>lruss@raklaw.com<br>NATHAN MEYER (SBN 239850)<br>nmeyer@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7424<br>Facsimile: (310) 826-6991 | DORIAN S. BERGER (SBN 264424)<br>dberger@olavidunne.com<br>DANIEL P. HIPSKIND (SBN 266763)<br>dhipskind@olavidunne.com<br>OLAVI DUNNE LLP<br>1880 Century Park East, Ste. 815<br>Los Angeles, California 90067<br>Telephone: (213) 516-7900<br>Facsimile: (213) 516-7910 |

MICHAEL W. SOBOL (SBN 194857)
msobol@lchb.com
NICHOLAS R. DIAMAND (*Pro Hac Vice*)
ndiamand@lchb.com
MELISSA GARDNER (SBN 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**DECLARATION OF DANIEL P. HIPSKIND IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>**HEARING**<br>Judge:     Hon. Lucy H. Koh<br>Date:       February 11, 2016<br>Time:      1:30 p.m.<br>Location: Courtroom 8 – 4th Floor |

I, Daniel P. Hipskind, hereby declare:

1. I am a partner in the law firm of Olavi Dunne LLP ("Olavi Dunne"), which has been appointed, together with Russ August & Kabat and Lieff, Cabraser, Heimann & Bernstein, LLP, Class Counsel in this action. I am admitted to practice before this Court, and I am a member in good standing of the California State Bar. I submit this Declaration in support of the Plaintiffs' Motion for Attorneys' Fees, Litigation Costs, and Incentive Awards. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

I.  **Qualifications and Assignments of LCHB Attorneys and Staff**

2. Olavi Dunne LLP is a law firm with offices in Austin, Texas and Los Angeles, California that focuses on complex civil litigation. Olavi Dunne LLP's work consists almost exclusively of litigation in the fields of complex, multi-party intellectual property cases and consumer class action cases.

3. The attorneys at Olavi Dunne LLP have received law degrees from the University of Chicago Law School, Columbia Law School, the University of Texas School of Law, the University of Michigan Law School, and Harvard University Law School. Each attorney at Olavi Dunne LLP has previously worked for one of Irell & Manella LLP or Quinn Emanuel Urquhart & Sullivan LLP.

4. The primary Olavi Dunne attorneys who have worked on this matter are Dorian Berger and myself.

5. I am admitted to practice in the following courts: U.S. District Court, Central and Northern Districts of California and the Eastern District of Texas, and U.S. Court of Appeals, Fifth, Ninth, and Federal Circuits. I received my J.D. from the University of Michigan Law School and a Bachelor's of Science in Mechanical Engineering from Rose-Hulman Institute of Technology. From 2009-2012, I was an Associate in the Los Angeles office of Irell & Manella LLP. From 2012-2015, I was an Associate at Russ August & Kabat, which is also Class Counsel

in this litigation. In April 2015, I left Russ August & Kabat to join Olavi Dunne where I continue to represent Plaintiffs in complex civil litigation and consumer class actions.

6. Dorian Berger is admitted to practice in the following courts: U.S. District Court, Central and Northern Districts of California and the Eastern District of Texas, and U.S. Court of Appeals, Ninth and Federal Circuits. Mr. Berger received his J.D. from Columbia Law School and a Bachelor's of Arts from Harvard College. From 2008-2009, Mr. Berger served as a law clerk to the Honorable Lawrence M. McKenna, Senior District Judge, U.S. District Court for the Southern District of New York. From 2009-2012, Mr. Berger was an Associate in the Los Angeles office of Irell & Manella LLP. From 2012-2013, Mr. Berger was an Associate at Kendall Brill & Klieger LLP. From 2013-2015, Mr. Berger was an Associate at Russ August & Kabat, which is also Class Counsel in this litigation. In April 2015, Mr. Berger left Russ August & Kabat to join Olavi Dunne where he continues to represent parties in complex civil litigation and consumer class actions.

7. Both Dorian Berger and I were primarily involved in the following aspects of this litigation: representing plaintiffs at hearings and at case management conferences, developing case strategy and discovery strategy, drafting, reviewing and editing pleadings, conducting extensive class certification analysis, conducting extensive analysis of potential damages, conducting necessary legal research, preparing for mediations, and negotiating the settlement and settlement papers.

## II. <u>Overview of Olavi Dunne's Efforts in this Litigation</u>

### A. <u>Contingent Nature of Action</u>

8. This matter has required Olavi Dunne to spend time on this litigation that could have been spent on other matters. This matter has utilized a substantial percentage of my time and Dorian Berger's time that could have otherwise been spent on other fee-generating work.

9. The time that Olavi Dunne has spent on this litigation has been completely contingent on the outcome. Olavi Dunne has not been paid for any of its time spent on this litigation, nor has it been reimbursed for any of its expenses incurred in this litigation.

1    10.     Because Olavi Dunne undertook representation of this matter on a contingency-fee
2  basis, Olavi Dunne shouldered the risk of expending substantial costs and time in litigating the
3  action without any monetary gain in the event of an adverse judgment.

4    **B.    Olavi Dunne's Lodestar**

5    11.     Olavi Dunne has maintained ongoing time records since joining this litigation.
6  Through the date of this declaration, Olavi Dunne has worked a total of 391.90 hours, as of
7  November 30, 2015, with a total lodestar of $215,545.00.

8    12.     Attached hereto as **Exhibit A** is a summary listing the hours by task Dorian Berger
9  and I have expended as of November 30, 2015, and the hourly rate at which compensation is
10  sought for each of us.  Should the Court request, Olavi Dunne LLP is prepared to file *in camera*,
11  pursuant to Local Rule 54-5(b)(2), a true and correct copy of Olavi Dunne LLP's detailed billing
12  records reflecting the tasks completed and the time spent on each task by each timekeeper.

13    13.     Dorian Berger and I maintained ongoing time records reflecting the time spent on
14  this matter.  These time records describe the tasks performed and is tracked in 0.1 hour
15  increments.  I have reviewed and audited the time on a regular basis.

16    14.     Olavi Dunne's lodestar will grow as we continue to finalize the settlement process
17  and close the litigation.  The claims period will last for several months, and Olavi Dunne's
18  commitment of time and labor to this case will continue until (and likely beyond) that date.  Olavi
19  Dunne will likely assist Class Members with individual inquiries, will oversee aspects of the
20  claims resolution process, and will help resolve Class Member challenges to the result of their
21  claims submissions, if any.

22    15.     The expended by Olavi Dunne in connection with this litigation was reasonable in
23  amount and contributed to the ultimate result achieved for the class.

24    **C.    Overview of Work Performed**

25    16.     Dorian Berger and I worked on this litigation from the very outset, including the
26  pre-filing investigation, retention of the named Plaintiffs, legal research, drafting the initial
27  Complaint, the First Amended Complaint, the Second Amended Complaint, the Third Amended
28

1  Complaint, drafting Oppositions to Linkedin's Motion to Dismiss the First Amended Complaint
2  argued the hearing on LinkedIn's Motion to dismiss, drafted the opposition to the Motion to
3  Dismiss the Second Amended Complaint, and participated in two mediation sessions.

4       17.    In April 2015, Dorian Berger and I left Russ August & Kabat to join Olavi Dunne.
5  Shortly after joining Russ August & Kabat we entered an appearance on behalf of ourselves and
6  Olavi Dunne. Olavi Dunne first entered an appearance in this litigation on April 17, 2015 (Dkt.
7  No. 80). Olavi Dunne, along with Russ August & Kabat and Lieff, Cabraser, Heimann &
8  Bernstein, LLP, engaged in settlement negotiations with Defendant LinkedIn Corporation,
9  prepared the Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 95) and the
10 Joint Statement regarding Supplemental Filing in Support of the Motion for Preliminary Approval
11 of Class Action Settlement (Dkt. No. 105). At the time this Settlement was achieved, Plaintiffs'
12 Counsel was preparing to notice the depositions of eight senior LinkedIn employees, to propound
13 discovery in support of Plaintiffs' class certification motion, and had begun drafting Plaintiffs'
14 class certification motion.

15     **D.**    **Careful Assignment of Work**

16      18.    Tasks were delegated appropriately among attorneys to ensure the efficient yet
17 careful and thorough completion of each task. I and other Class Counsel made every effort to
18 litigate this efficiently by reducing duplication of effort and assigning work to the lowest billing
19 timekeepers where feasible.

20      19.    I worked closely with co-counsel to divide tasks, ensure efficient case
21 management, and prevent duplication of efforts. By assigning specific tasks among firms, we
22 were able to avoid replicating work.

23     **E.**    **Olavi Dunne's Costs**

24      20.    Olavi Dunne maintains all books and records regarding costs expended on each
25 case in the ordinary course of business, which books and records are prepared from expense
26 vouchers and check records. I have reviewed the records of costs expended in this matter.

27
28

21. Olavi Dunne has incurred $5,168.82 in expenses. Such costs include Olavi Dunne's travel costs including airfare, hotels, parking, taxis, and meals associated with hearings and meetings among counsel ($1,824.22); and other hard costs such as research on LEXIS, Westlaw, and PACER ($3,344.60). A summary listing and chart itemizing Olavi Dunne's expenses incurred in connection with this litigation is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was signed in Los Angeles, California on November 30, 2015.

*/s/ Daniel P. Hipskind*
Daniel P. Hipskind

# Exhibit A

# OLAVI DUNNE LLP

Report Created On: 11/30/2015                    Range: Inception to 11/30/2015

Billing Code: 22055-001-LinkedIn Class Action

### PARTNER

| Name | Hours | Rate | Total |
|---|---|---|---|
| Dorian S. Berger | 218.2 | $550.00 | $120,010.00 |
| Daniel P. Hipskind | 173.7 | $550.00 | $95,535.00 |
| **Total** | **391.9** |  | **$215,545.00** |

Total Hours: 391.9
Total Fees: $215,545.00

### APPROXIMATE HOURS BREAKDOWN BY CATEGORY

| Description | Dorian S. Berger | Daniel P. Hipskind | Total |
|---|---|---|---|
| Continuing Case Investigation and Development | 33.0 | 27.1 | 60.1 |
| Motion Practice | 44.2 | 45.7 | 89.9 |
| Settlement Negotiation and Administration | 67.3 | 49.2 | 116.5 |
| Client Communications and Case Management | 41.2 | 33.5 | 74.7 |
| Communications and Meetings with Co-Counsel and/or Opposing Counsel | 32.5 | 18.2 | 50.7 |

# Exhibit B

**Olavi Dunne LLP**

**Case Costs: LinkedIn Class Action (22055-001)**

**Inception Through November 30, 2015**

| | |
|---|---|
| **Travel** | $1,824.22 |
| **Research Costs – Westlaw** | $2,884.00 |
| **Research Costs – PACER Charges** | $460.6 |
| | |
| **Total Costs** | $5,168.82 |