KIN WAH KUNG
4411 Elaiso Common
Fremont, CA 94536-5626
Phone: 415-637-8146
Email: garykung@prodigy.net

*Class Member In Pro Per*

FILED
DEC 14 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

B/C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS ET AL., | Case Number: 5:13-cv-04303-LHK |
| Plaintiff, | **CLASS MEMBER KIN WAH KUNG'S OBJECTION TO THE PROPOSED SETTLEMENT** |
| vs. | |
| LINKEDIN CORPORATION, | Judge: Honorable Lucy K. Koh |
| Defendant. | Hearing Date: February 11, 2016<br>Time: 1:30 p.m. |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Per this Court's permission, Class Member Kin Wah Kung ("Kung") respectfully submits this Objection to the Proposed Settlement (ECF Document No. 150).

## INTRODUCTION

On or about October 2015, Kung has received an email from Gilardi & Co. LLC, the Settlement Administrator of this case, regarding this case's proposed settlement. Upon reviewing the proposed settlement, Kung believes that such proposed settlement is not in the best interest of the class. Therefore, on October 27, 2015, Kung has filed his claim for the proposed settlement. *See* Exhibit 1. This objection follows.

# ARGUMENT

## I. THE PROPOSED SETTLEMENT IS NOT IN THE BEST INTEREST OF THE SETTLEMENT CLASS.

The proposed settlement provides a sum of $13,000,000, which include payments to qualified class members, any attorneys' fees and costs awarded by the Court to Class Counsel ($3,250,000 maximum), any service awards paid to the Class Representatives ($1,500 maximum each), and any costs incurred by the Settlement Administrator (Undisclosed). *See* Website Notice.

Per Kung's estimate, even with the contingency fund of $750,000 provided by Defendant LinkedIn Corporation ("Defendant"), the estimated settlement available to class members will still be less than $10,000,000. Although the actual payment depends on the number of valid claims received, as stated in Third Amended Complaint, Class Counsel has alleged that the putative class can easily reach millions. *See* ¶121, ECF Document No. 70. On that basis, it is reasonable for this Court to foresee that, if Class Counsel's allegations are taken to be true, each of the class member will receive a payment of settlement fund in less than $10. It is also reasonable for this Court to further foresee that, given the minority of the settlement payment, it will not be economically feasible to distribute to the settlement fund, which the settlement fund will be eventually distributed to the *Cy Pres* Recipients.

Kung expresses no comment regarding the amount of the proposed settlement. However, if the Settlement Class is required to waive all rights and release all liabilities against Defendant associated with this case, then the Settlement Class should be entitled for a more definite benefit from the proposed settlement, which either the net settlement fund will be distributed evenly among class members, or the net settlement fund will be distributed among the *Cy Pres* Recipients, but not both in the form of contingency. The current proposed settlement has created a "Catch-22" that a class member must file a claim in order to be eligible for the settlement, while at the same time, a class member will not know if he/she will be entitled to anything at all

Kung's Objection to Proposed Settlement
(5:13-cv-04303-LHK)

2

and ultimately waived his/her rights.

On that basis, the proposed settlement is not in the best interest of the Settlement Class.

## APPEARANCE OF FINAL APPROVAL HEARING

In light of Kung's objection speaks for itself, Kung does not wish to appear at the Final Approval Meeting. If this Court wishes to receive additional briefing or hear arguments in this matter, Kung will comply accordingly.

## CONCLUSION

For the foregoing reasons, Kung respectfully requests this Court to deny the final approval of the proposed settlement.

DATED: December 14, 2015					Respectfully submitted,


*[signature]*

KIN WAH KUNG
*Class Member In Pro Per*

**EXHIBIT 1 –**

Proof of Claim

| | |
|---|---|
| **Subject:** | Confirmation of receipt of your online Perkins v. LinkedIn Claim |
| **From:** | donotreply@addconnectionssettlement.com (donotreply@addconnectionssettlement.com) |
| **To:** | garykung@prodigy.net; |
| **Date:** | Tuesday, October 27, 2015 5:04 AM |

SUBJECT: Confirmation of receipt of your online Perkins v. LinkedIn Claim

Thank you for filing your claim online on 10/27/2015 5:04:08 AM.

**Your Submission ID is: LNKD1-107119879-3**

Please retain this information in your records and use the Submission ID in any communications with Gilardi & Co., LLC regarding this case.

You must keep us informed if your address changes. You may use the case specific website at: www.addconnectionssettlement.com to contact us or to obtain further updates 24 hours a day.

Gilardi & Co. LLC

www.gilardi.com