LARRY C. RUSS (SBN 82760)
lruss@raklaw.com
NATHAN MEYER (SBN 239850)
nmeyer@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7424
Facsimile: (310) 826-6991

DORIAN S. BERGER (SBN 264424)
dberger@olavidunne.com
DANIEL P. HIPSKIND (SBN 266763)
dhipskind@olavidunne.com
OLAVI DUNNE LLP
1880 Century Park East, Ste. 815
Los Angeles, California 90067
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

MICHAEL W. SOBOL (SBN 194857)
msobol@lchb.com
NICHOLAS R. DIAMAND (*Pro Hac Vice*)
ndiamand@lchb.com
MELISSA GARDNER (SBN 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

LINKEDIN CORPORATION,

Defendant.

Case No. 13-CV-04303-LHK

**DECLARATION OF DORIAN S. BERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**HEARING**

Judge: Hon. Lucy H. Koh
Date: February 11, 2016
Time: 1:30 p.m.
Location: Courtroom 8 – 4th Floor

I, Dorian S. Berger, hereby declare:

1. I am an attorney with the law firm of Olavi Dunne LLP. I am admitted to practice before this Court, and I am a member in good standing of the California State Bar. I submit this Declaration in support of the Plaintiffs' Motion for Final Approval of Class Action Settlement. I have personal knowledge of the facts stated herein, and I could and would competently testify to them if called as a witness. I submit this declaration to offer evidence that Defendant LinkedIn has complied with Section 2.2.4 of the Settlement Agreement. (Dkt. No. 105-2, at 14.) Specifically, I have visited and tested the LinkedIn.com website to verify that LinkedIn has implemented functionality (on the LinkedIn Website) allowing uers who invite contacts to connect through Add Connections to withdraw those invitations. Although the initial Add Connection invitation cannot be recalled or removed from the recipient's inbox, the withdrawal functionality will stop reminders from being sent.

2. On January 7, 2016, I visited the LinkedIn.com website and accessed the "Sent Invitation Manager" page. A true and correct screenshot of the "Sent Invitation Manager" page I viewed is shown below.




*Sent Invitation Manager*, LINKEDIN.COM WEBSITE (last visited January 7, 2016), available at: https://www.linkedin.com/people/invites?trk=success_message_m2g_abi_manage_invitations_sent (the screenshot has email addresses of contacts to whom I sent invitations redacted).

3. I was able to access the Sent Invitation Manager web page through three different paths on the LinkedIn website. ***First***, a link to the Sent Invitation Manager appears on the top of

the LinkedIn page after a user sends an invitation to join LinkedIn to another person. On January 7, 2016, to test the functionality of the Sent Invitation Manager, I sent five invitations to my contacts. Immediately following the sending of the invitations, a message popped up at the top of the screen stating, "Great! Your invitations have been sent. Manage your invitations." The "Manage your invitations" phrase was a hyperlink that, if clicked, took me to the "Sent Invitation Manager" page. *See supra* ¶ 2.

4. ***Second***, I accessed the "Sent Invitation Manager" page from my home LinkedIn.com landing page by hovering my mouse over the "Grow My Network" icon in the top right-hand toolbar of my LinkedIn.com user homepage and selecting the first link, which was entitled "Pending Invitations." The following image is a true and correct screenshot of the Grow My Network icon showing the "Pending Invitations" link.




*LinkedIn User Homepage*, LINKEDIN.COM WEBSITE (last visited January 7, 2016), available at: https://www.linkedin.com/ (The red arrow has been added to indicate the link to the "Pending Invitations" tool accessible from the user homepage. In addition, third party information has been redacted).

5. After arriving at the "Pending Invitations" page, I selected the "Sent Invitations" link under the "Manage invitations" dropdown menu. The below image is a true and correct screenshot of the "Manage invitations" dropdown menu on the "Pending Invitations" page. After

selecting the "Sent invitations" link, I was taken to the same Sent Invitations Manager webpage shown *supra* ¶ 2.




*LinkedIn Pending Invitations Page*, LINKEDIN.COM WEBSITE (last visited January 7, 2016), available at: https://www.linkedin.com/people/pymk/hub?ref=global-nav&trk=nav_utilities_invites_header (The red arrow has been added to indicate the link to the "Sent Invitations Manager." In addition, third party information has been redacted).

6. ***Third***, I accessed the Sent Invitations Manager through the LinkedIn Help Center. In the LinkedIn Help Center, I searched the phrase, "cancel an invitation," and the first link returned was entitled "Canceling an Invitation." I clicked on that link and was taken to a webpage providing step by step directions to access the Sent Invitation Manager. A true and correct screenshot of that LinkedIn Help Center webpage with information on the "Sent Invitations Manager" and links to the tool is shown below.

in Help Center

Language

Support Home Help Forum Safety Center Support History Contact Us

We've been working on better ways to help you. Come take a look at the new Help Center!

Enter question or topic Search

Want input from the community? Start a discussion

Canceling an Invitation

How do I cancel an invitation to connect?

Last Reviewed: 10/07/2015

In many cases, you can cancel an invitation to connect if the recipient has not yet taken any action on the request:

1. Hover your cursor over the **Add Connections** icon at the top right of your homepage.
2. Click **See all** under Invitations in the top right of the drop down menu.

Add Connections

Invitations (5) See all

Stephanie Smith Systems, Network Technologist at Company XYZ Aug 27

James Smith Systems, Network Technologist at Company XYZ Aug 27

Amy Smith Systems, Network Technologist at Company XYZ Aug 27

3. To view your Sent Invitations, click on the **People** icon in the upper right and select **Sent invitations**. Only Sent Invitations that are still waiting for a response will be displayed.
4. Click on the circle to the left of the thumbnail photo for the invitations(s) you want to cancel.
5. Click **Cancel requests** on the upper right of the page.

Want tips on using LinkedIn?

Check out our free learning opportunities

Related Answers

Clearing Unsent Invitations

Inviting or Connecting with People on LinkedIn

Expiration of Invitations

Building Your Professional Network

Invitations - Overview

*LinkedIn Help Center – Canceling an Invitation*, LINKEDIN.COM HELP CENTER WEBSITE (last visited January 7, 2016), available at: https://help.linkedin.com/app/answers/detail/a_id/26/.

7. After accessing the Sent Invitations Manager webpage, I was able to select all five invitations I had just sent by clicking on the "Select 5" button right above the list of all five email addresses where I had just sent invitations. A true and correct screenshot of the Sent Invitations Manager tool is shown below. The red arrow has been added to indicate the "Select 5" button which allows a user to withdraw his or her invitations and stop reminders from being sent. Additional testing also found that the text on the "Select 5" button changed to reflect the number of invitations that had been sent on a given day. Thus, if a user had sent 150 invitations, all 150 invitations could be withdrawn by clicking "Select 150."




*Sent Invitation Manager*, LINKEDIN.COM WEBSITE (last visited January 7, 2016), available at: https://www.linkedin.com/people/invites?trk=success_message_m2g_abi_manage_invitations_sent (The red arrow has been added to show the "Select 5" button. Additionally, the screenshot has email addresses of contacts to whom I sent invitations redacted).

8. After selecting the "Select 5" button, a checkmark in a blue circle appeared next to each email address, indicating that each email address had been selected, and the "Cancel requests (5)" button at the top-right of the page that had previously been grayed out turned blue, showing that I could now select the "Cancel requests (5)" button to cancel all five invitations at once. After selecting the "Select 5" button, I took a screenshot of the Sent Invitation Manager page and redacted the email addresses of the contacts to whom I sent invitations. The below screenshot is a true and correct copy of the redacted Sent Invitation Manager page immediately after selecting the "Select 5" button.




*Sent Invitation Manager*, LINKEDIN.COM WEBSITE (last visited January 7, 2016), available at: https://www.linkedin.com/people/invites?trk=success_message_m2g_abi_manage_invitations_sent (The red boxes have been added to indicate that by clicking the "Select 5" button, all the invitations sent are selected. The screenshot has email addresses of contacts to whom I sent invitations redacted).

9. I then selected the "Cancel requests (5)" button and a pop-up notification appeared, stating "Are you sure you want to cancel these requests?" with two buttons – one that says "Continue" and another that says "Cancel." After selecting the "Continue" button, a pop-up notification alerted me that I had successfully deleted the five invitations I had just sent. The below screenshot is a true and correct copy of the page after I deleted the five invitations I had just sent.




*Sent Invitation Manager*, LINKEDIN.COM WEBSITE (last visited January 7, 2016), available at: https://www.linkedin.com/people/invites?trk=success_message_m2g_abi_manage_invitations_sent (The red arrow has been added to identify the confirmation message shown to a user after cancelling reminder emails. The screenshot has email addresses of contacts to whom I sent invitations redacted.).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was signed in Los Angeles, California on January 14, 2016.

*/s/ Dorian S. Berger*
Dorian S. Berger