1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12  PAUL PERKINS, PENNIE SEMPELL,
ANN BRANDWEIN, ERIN EGGERS,
13  CLARE CONNAUGHTON, JAKE
KUSHNER, NATALIE RICHSTONE,
14  NICOLE CROSBY, and LESLIE WALL;
individually and on behalf of all others
15  similarly situated,

16                 Plaintiffs,

17        v.

18  LINKEDIN CORPORATION,

19                 Defendant.

Case No. 11-CV-04303-LHK

**DECLARATION OF DANIEL BURKE, ON
BEHALF OF SETTLEMENT
ADMINISTRATOR GILARDI & CO. LLC
REGARDING COMPLIANCE WITH
NOTICE REQUIREMENTS**

**HEARING**
Judge:      Hon. Lucy H. Koh
Date:        February 11, 2016
Time:        1:30 p.m.
Location: Courtroom 8 – 4th Floor

20  I, DANIEL BURKE, declare:

21        1.       I am employed as Executive Vice President, Consumer, by Gilardi & Co., a KCC

22  Company ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California.  Pursuant to the

23  Court's September 15, 2015 Preliminary Approval Order Granting Preliminary Approval Of

24  Proposed Settlement, Directing Notice To Class, And Setting Final Approval Hearing (Dkt. 106),

25  Gilardi was appointed the Settlement Administrator of the settlement in this matter with

26  Defendant LinkedIn Corporation, as set forth in the Settlement Agreement (the "Settlement").

27  Along with Kenneth Jue, the senior project manager on this litigation at Gilardi, and Tricia

28  Solorzano, a Director assigned to this litigation at Gilardi, I oversaw the administrative services

1   provided.  I have personal knowledge of the facts set forth herein and, if called as a witness, could

2   and would testify competently thereto.

3          2.        In its Preliminary Approval Order, the Court approved a settlement website,

4   www.addconnectionssettlement.com, in order to provide notice to the Class and the ability to

5   submit Claim Forms electronically.  From September 18, 2015 to October 2, 2015, Gilardi

6   developed and created the www.addconnectionssettlement.com website, which went live on

7   October 2, 2015.  On the Settlement Website, Class Members can view and print copies of the

8   Long-Form Notice ("Notice"), Settlement Agreement, Preliminary Approval Order, the Court's

9   Orders on LinkedIn's First and Second Motion to Dismiss, Complaint, Motion for Attorneys'

10  Fees, Costs, and Incentive Awards, and related documents, and consult Frequently Asked

11  Questions.

12         3.        The e-mail address and mailing address for administration of this case are posted

13  on the Settlement Website through a "Contact Us" link.  To date, there have been a total of

14  2,028,251 web visitors to the settlement website.

15         4.        At approximately 3:00 p.m. Pacific Time on October 2, 2015 the E-mail Notice

16  was sent by LinkedIn to approximately 20,890,903 LinkedIn Class Members.

17         5.        The Class response to the E-mail Notice was extremely positive.  Shortly after the

18  E-mail Notice was disseminated, traffic on the Settlement Website was so significant that that

19  server resources were strained which slowed processing.  Gilardi immediately worked to resolve

20  the issue by transferring server resources and recoding queries, which restored normal processing.

21         6.        LinkedIn caused a limited second dissemination of the E-mail Notice to occur on

22  October 15, 2015 as an attempt to reach those Class Members whose e-mail in the first

23  dissemination was returned as undeliverable.

24         7.        Since September 25, 2015, the e-mail address,

25  info@addconnectionssettlement.com, has been available for Class Members for inquiries or to

26  request a Notice and Claim Form to be mailed to them.  As of January 12, 2016, Gilardi has

27  received 12,194 e-mails to the e-mail address, and has responded appropriately to each inquiry.

28

DECLARATION OF DANIEL BURKE
Master Docket No. 11-CV-04303-LHK

8.       The most common subjects of e-mails from Class Members were 1) requests to update a Class Member's mailing address, 2) inquiries on where to file a claim, and 3) the status of the Settlement.

9.       In response to Class Member inquiries regarding updating their mailing address, Gilardi asked for the claimant's Claim ID, old address, and new address.  When sufficient information was received to identify the Class Member's record, Gilardi updated the claimant's address.

10.       In response to Class Member inquiries on where to file a claim, Gilardi directed claimants to the claim filing section of the Settlement website and provided additional instructions when necessary.

11.       In response to Class Member inquiries regarding the status of the Settlement, Gilardi explained the current status of the Settlement at the time of the response.  E-mails responded to prior to the claim deadline were told that the administrator was still accepting claims.  E-mails responded to after the claims deadline were told that the claim filing deadline had passed and that distribution of Settlement benefits was pending Final Approval and evaluation of the claims received.

12.       To date, Gilardi has received 143 requests for a mailed copy of the Notice over the phone, by e-mail, and by mail.  Gilardi sent a copy of the Notice whenever one was requested.

13.       In addition, starting on October 2, 2015 and throughout the claims period, Class Counsel forwarded to Gilardi 909 voice-mail messages which had been left with Class Counsel between October 2, 2015 and January 4, 2016.  Phillip Carvejal, a Contact Center Representative at Gilardi responded to each of these calls between October 4, 2015 and January 6, 2016.

14.       Class Members have been able to access the Claim Form on the Settlement website in two ways: by logging in with the Claim ID located on their e-mailed Notice, or by clicking on a link to access the Claim Form without providing such a Claim ID.

15.       Class Members who provided a Claim ID to access the Claim were asked to provide their address, current e-mail address, telephone number, e-mail address associated with their LinkedIn account, full name associated with their LinkedIn account, method of payment to

DECLARATION OF DANIEL BURKE
Master Docket No. 11-CV-04303-LHK

1   receive compensation, and to provide the attestations identified on the Long Form Notice that was

2   filed with this Court, in order to submit a claim.  If the ACH payment option was selected,

3   claimants were asked for their bank routing number, bank account number, banking institution,

4   and full name on the bank account.

5          16.     All website submissions, regardless of the payment option selected, were

6   conducted over an encrypted connection.  Through Gilardi's work for the United States

7   government, Gilardi has received an independent certification and accreditation ("NIST

8   certification") with regard to our information technology infrastructure and security requirements

9   and has been independently determined to be in compliance with the Federal Information Security

10  Management Act ("FISMA").

11         17.     In total, 377,104 claims were submitted through the settlement website using a

12  Claim ID.  188,738 claimants submitted claims through the settlement website without using a

13  Claim ID.  Claimants who did not provide a Claim ID to access the Claim Form were asked to

14  provide the same information as those Claimants who did provide a Claim ID.

15         18.     1,974 Claimants submitted claims by mail, email, or fax.  Of those, 1,420 were

16  submitted with a Claim ID, and 554 were submitted without a Claim ID.

17         19.     The total number of submitted claims was 567,816 comprised of 377,104 and

18  188,738 claims (referenced in ¶17 above) and 1,974 claims (referenced in ¶18 above).

19         20.     From November 15 to December 15, 2015, Gilardi compiled the e-mail addresses

20  that Claimants who submitted claim forms in any manner without a Claim ID represented were

21  the e-mail addresses they had used to open an account with LinkedIn.  In total, after a partial

22  analysis for duplication in which 6,637 exact duplicate Claims were identified and removed,

23  182,101 individual Claimants remained who had provided such e-mail addresses.

24         21.     On December 15, 2015, Gilardi submitted those e-mail addresses to LinkedIn,

25  which had responsibility under the Settlement Agreement for verifying, based upon LinkedIn's

26  records, whether such e-mail addresses belonged to accounts of members of the Class.  Gilardi

27  also sent LinkedIn 377,109 e-mail addresses of claims submitted by Claimants who submitted

28

DECLARATION OF DANIEL BURKE
Master Docket No. 11-CV-04303-LHK

claim forms through the Settlement Website with a Claim ID so that LinkedIn could cross check the 182,101 e-mail addresses to prevent multiple submissions by the same Class Member.

22.     On December 21, 2015 and January 4, 2016, LinkedIn informed Gilardi that, of the 182,101 claims submitted without a Claim ID, 65,943 had been verified as belonging to members of the Class, and the remainder were either duplicates or did not appear to belong to members of the Class, and thus represented potentially invalid claims.  Ultimately, LinkedIn identified 115,147 claims submitted without a Claim ID as potentially invalid.  I understand from Class Counsel that the media reported inaccurate information regarding the terms of the Settlement, including that Class Members may be entitled to payments of $1,500 pursuant to the Settlement, and that individuals who received Add Connections Emails are members of the Class.  Such articles may explain the number of claims submitted by claimants who may not be members of the Class.

23.     Gilardi processed the contact email addresses provided in connection with these 115,147 claims through a validation service to identify false or otherwise invalid e-mail addresses.  3,125 such e-mail addresses were identified.

24.     On January 6, 2016, Gilardi sent an e-mail to the 112,022 claimants whose claims had been identified as potentially invalid and who had entered a valid contact e-mail address, substantially in the form attached as **Exhibit 1** to this Declaration.  The e-mail provided each recipient a unique Deficiency ID and a link to a website, https://gilardigateway.com/addconnectionssettlement_DEF/Claimant, which Gilardi established on January 4, 2015 for the purpose of providing a second opportunity for the Claimants to demonstrate their membership in the class.

25.     Specifically, the website https://gilardigateway.com/addconnectionssettlement_DEF/Claimant provided an opportunity for claimants with a Deficiency ID to correct the e-mail address associated with their claim, and to accurately report the e-mail address they had used when signing up for LinkedIn.  A screen shot of the webpage where Claimants could re-submit the email address associated with their LinkedIn account is attached hereto as **Exhibit 2**.

26.     The deadline for claimants to provide that information was set as January 20, 2016.  When this process is complete and the data has been collected and studied, I or one of my colleagues at Gilardi will submit a declaration updating the Court with this additional information.

27.     In total, eight objectors (Daniel Brown and Jenny Hill, jointly, Susan House, Dylan Jacobs, Kin Wah Kung, Timothy R Lezon, Mary Means, Carol A Tomczyk, and Olen York) submitted objections to the Settlement that complied with the procedures for filing valid objections described in the settlement agreement, this Court's Preliminary Approval Order, and the Notice.  Attached hereto as **Exhibit 3** is a table identifying each objector and denoting as Yes or No whether such individual objection complied with the requirements that the objection include (1) the name of the Action; (2) the case number; (3) the objector's name; (4) the objector's address; (5) the email address associated with his, her, or its LinkedIn account; (6) the objector's contact phone number; (7) an explanation of the basis upon which the objector claims to be a member of the Settlement Class; (8) the grounds for the objection, including any supporting law or evidence, if any; (9) the name and contact information of any and all attorneys representing, advising, or in any way assisting the objector in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection; (10) a statement indicating whether the objector intends to appear at the Final Approval Hearing; and (11) be submitted to the Court prior to the Objection/Exclusion deadline.  (Dkt. 106, at ¶ 16-17).

28.     77 individuals submitted objections to the settlement that failed to comply with all of these procedural requirements.  Of those, 50 submitted their objections to the Court.

29.     Including the procedurally-deficient objections, in total, eighty-five potential objections to the settlement were received.  These objections are attached as Exhibits 1-85 to the Declaration of Kenneth Jue, of Gilardi & Co., also filed today in support of Plaintiff's motion.

30.     145 individuals submitted requests for exclusion from the Class.  A list of such individuals is attached hereto as **Exhibit 4**.

31.     Gilardi has continued to update the Settlement website with additional documentation:  On November 30, 2015, Gilardi posted Class Counsel's Motion for Attorneys'

DECLARATION OF DANIEL BURKE
Master Docket No. 11-CV-04303-LHK

1  Fees, Litigation Costs, and Incentive Awards to the Settlement Website.  On January 6, 2016,

2  Gilardi posted Class Counsel's Motion for Preliminary Approval to the settlement website.  On

3  January 14, 2016, Gilardi will post Class Counsel's Motion for final approval of class action

4  settlement to the settlement website.

5       I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct and that this declaration was executed this 14th day of January,

7  2016, at San Rafael, California.

8

9                                              _____
                                               Daniel Burke

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANIEL BURKE
                                               Master Docket No. 11-CV-04303-LHK

# EXHIBIT 1

**From:** Claims Administrator <donotreply@classactmail.com>
**Sent:** Wednesday, January 06, 2016 2:28 PM
**To:**
**Subject:** Perkins v. LinkedIn Claim - Notice of Deficiency

Dear Claimant,

According to LinkedIn's records, the email address you provided did not match any LinkedIn member eligible to file a claim under the *Perkins* settlement (For more information about the *Perkins* settlement, please visit: www.addconnectionssettlement.com).

The Settlement Class is defined as:

All current and former LinkedIn members who used Add Connections to import information from external email accounts and to send emails to persons who were non-members in which the member's name, photograph, likeness and/or identity was displayed between September 17, 2011 and October 31, 2014. Excluded from the Settlement Class are the following: (1) defendant, its subsidiaries, and affiliates and their respective officers, directors and employees, (2) class counsel and defendant's counsel, and (3) any judicial officer to whom the action is assigned.

If you continue to believe you are a Settlement Class member, you may resubmit the correct email address associated with your LinkedIn account by visiting https://gilardigateway.com/addconnectionssettlement_DEF/Claimant and log on with the following credentials:

Submission ID: 4000
Deficiency Access Code: 559176

You must respond by January 20, 2016.  Please note that if you do not respond, or you respond with an email address that does not match any LinkedIn member eligible to file claims under the *Perkins* settlement, there will be no further opportunity to cure the deficiency and your claim will be rejected.

Sincerely,
Gilardi & Co. LLC, Settlement Administrator
www.addconnectionssettlement.com
310-979-8244
info@addconnectionssettlement.com

This message was intended for:
You were added to the system January 5, 2016.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email



# EXHIBIT 2

## Perkins v. LinkedIn

## Notice of Deficiency Response

**Please Log In**

Please enter your Submission ID and Deficiency Access Code from the Email Notice you received:

*Submission ID:

*Deficiency Access Code:

Log In

*Required

# Perkins v. LinkedIn

## Notice of Deficiency Response

███████████

The email address you provided that was found to be ineligible is: ███████████

**\*If you wish to resubmit the correct email address associated with your LinkedIn account, please enter it here:**

[                              ]

You must respond by January 20, 2016. Please note that if you do not respond, or you respond with an email address that does not match any LinkedIn member eligible to file claims under the Perkins settlement, there will be no further opportunity to cure the deficiency and your claim will be rejected.

For more information about the Perkins settlement, please visit www.addconnectionssettlement.com

**Submit**

**\*Required**

# EXHIBIT 3

| Name (3) | Valid | Name of Action (1) | Case Number (2) | Address (4) | Email Address (5) | Contact Phone Number (6) | Class Member Basis (7) | Grounds for Objection (8) | Attorney Information (9) | Statement of Intention to Appear (10) | Objection Submitted to the Court (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Anderson-Stewart, Jamie | No | Yes | No | Yes | Yes | No | No | Yes | No | No | Yes |
| Barrett, June P | No | No | No | Yes | No | No | No | No | No | No | Yes |
| Baudoin, Claude | No | Yes | No | Yes | Yes | Yes | No | Yes | No | No | Yes |
| Berg, Erich J | No | Yes | No | Yes | Yes | Yes | No | Yes | No | No | Yes |
| Berning, G. Paul | No | Yes | No | Yes | Yes | No | Yes | Yes | No | No | Yes |
| Blocker, Shataia Denise | No | Yes | No | Yes | Yes | No | Yes | Yes | No | No | Yes |
| Booker, Antuan | No | No | No | Yes | No | No | No | No | No | No | Yes |
| Boyanov, Boyan | No | Yes | Yes | Yes | Yes | Yes | No | No | No | No | Yes |
| Brown, Daniel (and Hill, Jenny) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Butman, Anne | No | Yes | No | Yes | No | Yes | No | No | No | No | No |
| Calderwood, William B | No | Yes | No | Yes | No | No | Yes | Yes | No | No | No |
| Coburn, Rustin | No | Yes | No | Yes | Yes | Yes | Yes | No | No | No | No |
| Cordero, Nora | No | No | No | Yes | Yes | Yes | Yes | No | No | No | No |
| Cornell, Ian B | No | Yes | No | Yes | Yes | No | No | No | No | No | Yes |
| Crothers, BC | No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| Denham, Leanna | No | No | No | Yes | No | No | No | No | No | No | Yes |
| Don, Mary C | No | No | No | Yes | No | No | No | Yes | No | No | Yes |
| Entin, Susan | No | Yes | No | Yes | Yes | No | Yes | Yes | No | No | No |
| Finnie, Lindsay | No | Yes | No | Yes | No | Yes | Yes | No | No | Yes | No |
| Foerster, Stephen H | No | Yes | Yes | Yes | Yes | No | Yes | No | No | Yes | No |
| Ford, Melodie Kate | No | Yes | No | Yes | No | No | No | No | No | No | Yes |
| Garcia, Elizabeth | No | No | No | Yes | No | No | No | No | No | No | No |
| Gill, Gary W | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| Gonzala, Julius | No | No | No | Yes | Yes | No | No | No | No | No | No |
| Gordon, Julie H | No | Yes | No | Yes | No | No | Yes | No | No | No | Yes |
| Graham, Johnnie D | No | No | No | Yes | Yes | Yes | No | Yes | No | No | Yes |
| Grell, Kevin | No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Harris, Kira | No | Yes | No | Yes | No | No | Yes | No | No | No | Yes |
| House, Susan | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Houston, Ashley | No | Yes | No | Yes | No | No | Yes | Yes | No | No | No |
| Howard, Mark | No | Yes | No | Yes | Yes | No | Yes | Yes | No | No | Yes |
| Hughes, Michael | No | Yes | No | Yes | No | No | Yes | Yes | No | No | No |
| Jacobs, Dylan | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Jones, Cassandra | No | Yes | No | Yes | No | No | Yes | Yes | No | No | No |
| Klose, Roland | No | Yes | No | Yes | No | No | Yes | No | No | No | Yes |
| Kollenberg, Shirley A | No | No | No | Yes | Yes | Yes | No | No | No | No | Yes |
| Kommuru, Chinmay | No | Yes | No | Yes | Yes | Yes | Yes | No | No | No | Yes |
| Krauch, Anthony Lee | No | Yes | No | Yes | Yes | No | No | Yes | No | No | Yes |
| Kung, Kin Wah | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Kushmer, Diane | No | No | No | Yes | Yes | No | No | No | No | No | No |

| Name (3) | Valid | Name of Action (1) | Case Number (2) | Address (4) | Email Address (5) | Contact Phone Number (6) | Class Member Basis (7) | Grounds for Objection (8) | Attorney Information (9) | Statement of Intention to Appear (10) | Objection Submitted to the Court (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lasseter, August E | No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| Lezon, Timothy R | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes |
| Lucas, Tom | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| McDonald, Timothy | No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| McNamara, William F | No | No | No | Yes | No | No | Yes | Yes | No | No | Yes |
| Means, Mary | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Miller, Keith | No | No | No | Yes | Yes | Yes | No | Yes | No | No | Yes |
| Monge, Gerald | No | No | Yes | Yes | No | No | No | No | No | No | No |
| Muldoon, Donald | No | Yes | No | Yes | No | No | Yes | Yes | No | No | No |
| Nelson, Caleb | No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Pardo, Jorge | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | No |
| Peters, Christopher H | No | No | No | Yes | No | Yes | Yes | Yes | No | No | Yes |
| Petersen, Robert A | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| Polyak, Lyle | No | Yes | No | Yes | Yes | No | Yes | Yes | No | No | No |
| Pratt, Daniel | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| Ray, Donata J | No | No | Yes | Yes | Yes | No | Yes | No | No | No | Yes |
| Reinemann, Philip | No | Yes | No | Yes | No | No | No | No | No | No | No |
| Reuter, Karrie | No | No | No | Yes | No | No | No | Yes | No | No | Yes |
| Rifai, Youssef | No | No | Yes | Yes | Yes | No | Yes | No | No | No | Yes |
| Robinson, Talita | No | No | No | Yes | No | No | No | No | No | No | Yes |
| Rollinson, John | No | Yes | No | Yes | No | Yes | No | Yes | No | No | Yes |
| Ryan, Christine | No | No | No | Yes | No | Yes | No | No | No | No | No |
| Smith, Gabriel levine | No | Yes | No | Yes | Yes | Yes | No | Yes | No | No | Yes |
| Smith, Doug | No | Yes | No | Yes | No | Yes | No | Yes | No | No | No |
| Spencer, Darline S | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| Still Knoester, Gessica Jane | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| Stocks, Carol | No | No | No | Yes | Yes | Yes | Yes | No | No | No | Yes |
| Stucznski, Ken | No | Yes | No | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Tanner, Hannah | No | Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Teague, Scott L | No | Yes | No | Yes | Yes | Yes | No | No | No | No | Yes |
| Thompson, Jeanine | No | No | No | Yes | No | No | No | No | No | No | Yes |
| Tojimatova, Nozima | No | Yes | No | Yes | Yes | No | Yes | Yes | No | No | Yes |
| Tomczyk, Carol A | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes |
| Valdez, Efrain | No | Yes | No | Yes | Yes | Yes | Yes | No | No | No | No |
| Vitanza, Domenic | No | No | No | Yes | No | Yes | No | No | No | No | Yes |
| Weeks, K. | No | No | No | Yes | No | No | Yes | Yes | No | Yes | No |
| Wells, Frederick | No | Yes | No | Yes | No | Yes | Yes | Yes | No | No | Yes |
| White, Steven | No | No | No | Yes | No | No | No | No | No | No | No |
| Whitinger, Daniel R | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| Wobig, Melanie | No | No | No | Yes | No | No | Yes | No | No | Yes | Yes |

Objectors Compliance List

| Name (3) | Valid | Name of Action (1) | Case Number (2) | Address (4) | Email Address (5) | Contact Phone Number (6) | Class Member Basis (7) | Grounds for Objection (8) | Attorney Information (9) | Statement of Intention to Appear (10) | Objection Submitted to the Court (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Woodward, Quintena M | No | No | No | Yes | Yes | Yes | Yes | No | No | No | Yes |
| Wrona, Philip | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| York, Olen | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes |
| Yusupov, Farage | No | Yes | No | Yes | No | No | Yes | Yes | No | No | Yes |
| Larravide, Gloria | No | Yes | No | No | Yes | No | Yes | Yes | No | No | Yes |

# EXHIBIT 4

*Perkins v. LinkedIn*
Exclusion Request List

| FIRST NAME | LAST NAME |
| --- | --- |
| LISA M | ADAMO |
| JAIME | ALCOBA |
| JASON | ANDERSON |
| AMY | ANDERSON |
| ROLAND | ANTHONY MINA |
| DOUGLAS | ARCHER |
| BLANCA | ARGUELLO |
| DANIEL JAY | ARTHUR |
| ADIL | ASHRAFF |
| STEPHEN | AUERBACH |
| CHRISTOPHER | BENDANA |
| PAUL | BERNING |
| CRISTINA | BEWLEY |
| BOYAN | BOYANOV |
| JOHN R | BREVIS |
| KATHRYN | BRUGIONI |
| SONIA | BRUUN |
| TOM J | BYRNE |
| CHRISTOPHER | CALABRO |
| JOHN E | CAMPBELL |
| GERALD | CARNEY |
| DAVID | CARPE |
| YOUNG REY | CHA |
| JASON TODD | CHAMPION |
| ANDREW | CHAN |
| PHILLIP M | CHERNYAK |
| SPENCER | CHRISTOFF |
| LAWRENCE | CIARALLO |
| CARMEN A | CISNADEAR |
| PAULETTE | COLLINS |
| IAN B | CORNELL |
| KATHLEEN M | CUSH |
| AMY | DANA |
| CASSIE | DEALY |
| SARAH | DEANE |
| SALVATORE | D'ELIA |
| BRIAN | DIVITO |
| MARY C | DON |
| DAVID | DUBROW |
| RUTH | DURBIN |

| | |
|---|---|
| ERIC MICHAEL | DURBIN |
| JONATHAN | ECK |
| ELIZABETH | ENGEBRETSON |
| ERIK | ERICKSON |
| SANTIAGO | FERNANDEZ GOMEZ |
| STEPHEN | FOLEY |
| ADAM | FORMAL |
| JASON | FOURIER |
| RAYMOND | FRENCH |
| KRISTEN M | FRITZ ESQ |
| WILLIAM R | FULLS |
| NICHOLAS ROBERT | GARCIA |
| MICHAEL | GARVEY |
| ROBERT LEE | GILCHRIEST |
| TADDEO VON | GLEICHEN |
| ROQUE | GONZALES RS |
| JON R | GRABOWSKI |
| CHRISTOPHER L | GRAESER |
| SARAH | GREER |
| ALAN W | GRISSOM |
| BRENNA E | GUARNEROS |
| VAIDA | GULBINSKAITE |
| THOMAS F | HANKINSON |
| NATHAN | HEMMING PE |
| KYLE | HESS-LOCQUIAO |
| MATTHEW J | HILL |
| CHET J | HOLT |
| CAMERON G | HOOD |
| TIINA JIE | HUAN XU |
| JUSTIN D | HULTMAN |
| WILLISHA | JOHNSON |
| JEFF | JOHNSON |
| JUDITH | KAMA DAVIS |
| MARY ALICE | KEYES |
| DOREEN | KING |
| MARK | KNAPP |
| TIMOTHY | KRAMER |
| CHRIS | LACHANCE |
| YVETTE P | LADD |
| EDWARD | LAWTON SACK |
| BECKI A | LEAL |
| SIMON | LI |
| MICHAEL | LUBY |
| KJELLBY | MARTEL |
| IDDYA | MATOS |
| TIMOTHY N | MATTHEWS |
| SCOTT L | MCCARTHY |

| | |
|---|---|
| EDWARD | MELTON |
| CHRISTOPHER C | MILLER |
| COURTNEY LAMONT | MINCY |
| ANKITA | MISHRA |
| HEATHER | MITCHELL |
| FRANK | MOLINA |
| JAMES R | MOREY |
| MELINDA J | MORRELL |
| MATTHEW D | MOWER |
| ARPA | MUKHERJEE |
| KEVIN P | MURPHY |
| SEAN | NADEAU |
| REX | NO LAST NAME |
| ANNA | OLIN |
| TRAVIS | OOSTMEYER |
| PETER D | PARK |
| ZACHARY | PLATA |
| JOSEPH CATHAN | POTTER |
| JOE | PRICE |
| JEFFREY | PRIEBE |
| DANIEL THOMAS | PRYOR |
| JULIE | RADACHY |
| CARLOS | RAMOS |
| BRIAN | REDMOND |
| VERNON | REED |
| THOMAS STEPHEN | REID |
| KELLEY | RELLER |
| RYAN | RODRIGUEZ |
| JOHN | ROLLINSON |
| BRUCE D | SARSFIELD |
| BART M | SCHWARTZ |
| DANIEL M | SIVILICH |
| MATTHEW | SMITH |
| GABRIEL L | SMITH |
| BRENT | STACKHOUSE |
| GESSICA | STILL |
| JOHN | STOESSER |
| FERNANDO | STRIEDER SCHNEIDER |
| HANJAE | SUNG |
| XIAO JUN | TANG |
| SUSAN | THORBURN |
| BEATRICE I | TILLIT |
| TRACY | TORGERSON |
| CHRIS | TUNGET |
| DANIEL | TUTTLE |
| STEPHEN R | URBANIAK |
| VALENTINA I | VALENTINI |

| | |
|---|---|
| HENRY | VILLADIEGO |
| JOVENA | WHATMOOR |
| SARAH | WHITE |
| MICHAEL | WILCOX |
| VANESSA | WINIGER |
| HUGO KA FAI | WONG |
| ZHONGKUN | XIANG |
| SAMANTHA | YARMIS |
| KEVIN | YOUNG |
| QI | ZHANG |
| YIYI | ZHANG |