JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
william.edelman@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant*
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 13-CV-04303-LHK<br><br>**DECLARATION OF KURT ANDERSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**<br><br>Judge:       Hon. Lucy H. Koh<br>Date:         February 11, 2016<br>Time:        1:30 p.m.<br>Courtroom: 8 |

**DECLARATION OF KURT ANDERSEN**

I, Kurt Andersen, declare as follows:

1. I am a Senior Staff Engineer for Site Reliability at LinkedIn Corporation ("LinkedIn"). In this role, I am responsible for ensuring a positive member experience on the LinkedIn platform, particularly as it relates to sending e-mail correspondence to our members.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement to provide information regarding dissemination of the Email Notice to Persons in the Settlement Class by LinkedIn in accordance with the Order Granting Preliminary Approval of Proposed Settlement, Directing Notice of Class, and Setting Final Approval Hearing entered on September 15, 2015.

3. Except where indicated below, I have personal knowledge of the facts stated herein. If called upon as a witness to testify as to the contents of this declaration, I could and would competently do so.

4. I received a dataset of approximately 20,890,903 US LinkedIn members, which I understand were identified by LinkedIn employee, Adam Weinstein, as Persons in the Settlement Class ("Settlement Class List").

5. On October 2, 2015, I caused the Email Notice (attached hereto as Exhibit A) to be sent to Persons on the Settlement Class List using their primary email addresses that LinkedIn had on file for their LinkedIn accounts.

6. For Email Notices that resulted in a bounce-back or were otherwise undeliverable, LinkedIn attempted to re-send the Email Notice on October 15, 2015. For temporary failures to deliver, LinkedIn attempted to re-deliver to the same e-mail addresses for those members, and for permanent failures to deliver, LinkedIn attempted to re-deliver to alternate e-mail addresses if available. In total, 19,822,281 Email Notices were successfully delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January 2016 at Kootenai County, Idaho.

_____
KURT ANDERSEN

-1-
ANDERSEN DECL. ISO PLS.' MOT. FOR FINAL APPROVAL
13-CV-04303-LHK