1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10
11

PAUL PERKINS, PENNIE SEMPELL, ANN
BRANDWEIN, ERIN EGGERS, CLARE
CONNAUGHTON, JAKE KUSHNER,
NATALIE RICHSTONE, NICOLE CROSBY,
and LESLIE WALL, individually and on
behalf of all other similarly situated,

Plaintiffs,

v.

LINKEDIN CORPORATION,

Defendant.

Case No. 13-CV-04303-LHK

**DECLARATION OF KENNETH JUE,
ON BEHALF OF SETTLEMENT
ADMINISTRATOR GILARDI & CO.
LLC ATTACHING OBJECTIONS**

**HEARING**
Judge:      Hon. Lucy H. Koh
Date:       February 11, 2016
Time:       1:30 p.m.
Location:   Courtroom 8 – 4th Floor

12
13
14
15
16
17
18
19
20

I, Kenneth Jue, hereby declare:

21

1.      I am employed as a senior project manager by Gilardi & Co., a KCC Company

22

("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California.  Gilardi was appointed by the

23

Court to serve as the Settlement Administrator in this case, and as the project manager, I, along

24

with Daniel Burke, Executive Vice President, Consumer, at Gilardi, and Tricia Solorzano, a

25

Director assigned to this litigation at Gilardi, oversaw the administrative services provided.  I

26

have personal knowledge of the facts set forth herein and, if called as a witness, could and would

27

testify competently thereto.

28

2.      This Declaration attaches the eighty-five pieces of correspondence submitted to Class Counsel, the Settlement Administrator, and to the Court, and stating an objection in some form related to the Settlement.  The personally identifiable information of each objector will be redacted in the public filing.  Unredacted versions will be provided with Chambers copies to the Court.  For the Court's convenience, the objections are listed in table form in paragraph 88 of this Declaration.

3.      Correspondence styled as an objection received from Jamie Anderson-Stewart (Dkt No. 125, at 11-12) is attached hereto as **Exhibit 1.**

4.      Correspondence styled as an objection received from June P. Barrett (Dkt No. 124, at 9-10) is attached hereto as **Exhibit 2.**

5.      Correspondence styled as an objection received from Claude Baudoin (Dkt No. 108, at 25-26) is attached hereto as **Exhibit 3.**

6.      Correspondence styled as an objection received from Erich J. Berg (Dkt No. 124, at 33-36) is attached hereto as **Exhibit 4.**

7.      Correspondence styled as an objection received from G. Paul Berning (Dkt No. 125, at 9-10) is attached hereto as **Exhibit 5.**

8.      Correspondence styled as an objection received from Shataia Denise Blocker (Dkt No. 113, at 1-2) is attached hereto as **Exhibit 6.**

9.      Correspondence styled as an objection received from Antuan Booker (Dkt No. 113, at 3-4) is attached hereto as **Exhibit 7.**

10.     Correspondence styled as an objection received from Boyan Boyanov (Dkt No. 111, at 1-2) is attached hereto as **Exhibit 8.**

11.     Correspondence styled as an objection received from Daniel Brown and Jenny Hill (Dkt No. 121) is attached hereto as **Exhibit 9.**

12.     Correspondence styled as an objection received from Anne Butman (not filed with the Court) is attached hereto as **Exhibit 10.**

13.     Correspondence styled as an objection received from William B. Calderwood (not filed with the court) is attached hereto as **Exhibit 11.**

14.    Correspondence styled as an objection received from Rustin Coburn (not filed with the Court) is attached hereto as **Exhibit 12.**

15.    Correspondence styled as an objection received from Nora Cordero (Dkt No. 111, at 3-4) is attached hereto as **Exhibit 13.**

16.    Correspondence styled as an objection received from Ian B. Cornell (Dkt No. 108, at 6-7) is attached hereto as **Exhibit 14.**

17.    Correspondence styled as an objection received from BC Crothers (Dkt No. 124, at 23-24) is attached hereto as **Exhibit 15.**

18.    Correspondence styled as an objection received from Leanna Denham (Dkt No. 125, at 1-3) is attached hereto as **Exhibit 16.**

19.    Correspondence styled as an objection received from Mary C. Don (Dkt No. 108, at 8-10) is attached hereto as **Exhibit 17.**

20.    Correspondence styled as an objection received from Susan Entin (not filed with the Court) is attached hereto as **Exhibit 18.**

21.    Correspondence styled as an objection received from Lindsay Finnie (not filed with the Court) is attached hereto as **Exhibit 19.**

22.    Correspondence styled as an objection received from Stephen H. Foerster (not filed with the Court) is attached hereto as **Exhibit 20.**

23.    Correspondence styled as an objection received from Melodie Kate Ford (Dkt No. 109, at 11-13) is attached hereto as **Exhibit 21.**

24.    Correspondence styled as an objection received from Elizabeth Garcia (not filed with the Court) is attached hereto as **Exhibit 22.**

25.    Correspondence styled as an objection received from Gary W. Gill (Dkt No. 109, at 3-4) is attached hereto as **Exhibit 23.**

26.    Correspondence styled as an objection received from Julius Gonzala (not filed with the Court) is attached hereto as **Exhibit 24.**

27.    Correspondence styled as an objection received from Julie H. Gordon (Dkt No. 124, at 13-14) is attached hereto as **Exhibit 25.**

28.     Correspondence styled as an objection received from Johnnie D. Graham (Dkt No. 114, at 7-8) is attached hereto as **Exhibit 26.**

29.     Correspondence styled as an objection received from Kevin Grell (not filed with the Court) is attached hereto as **Exhibit 27.**

30.     Correspondence styled as an objection received from Kira Harris (Dkt No. 112, at 13-15) is attached hereto as **Exhibit 28.**

31.     Correspondence styled as an objection received from Susan House (Dkt No. 122) is attached hereto as **Exhibit 29.**

32.     Correspondence styled as an objection received from Ashley Houston (not filed with the Court) is attached hereto as **Exhibit 30.**

33.     Correspondence styled as an objection received from Mark Howard (Dkt No. 124, at 7-8) is attached hereto as **Exhibit 31.**

34.     Correspondence styled as an objection received from Michael Hughes (not filed with the Court) is attached hereto as **Exhibit 32.**

35.     Correspondence styled as an objection received from Dylan Jacobs (Dkt No. 125, at 15-19) is attached hereto as **Exhibit 33.**

36.     Correspondence styled as an objection received from Cassandra Jones (not filed with the Court) is attached hereto as **Exhibit 34.**

37.     Correspondence styled as an objection received from Roland Klose (Dkt No. 111, at 3-4) is attached hereto as **Exhibit 35.**

38.     Correspondence styled as an objection received from Shirley A. Kollenberg (Dkt No. 124, at 21-22) is attached hereto as **Exhibit 36.**

39.     Correspondence styled as an objection received from Chinmay Kommuru (Dkt No. 109, at 1-2) is attached hereto as **Exhibit 37.**

40.     Correspondence styled as an objection received from Anthony Lee Krauch (Dkt No. 108, at 19-20) is attached hereto as **Exhibit 38.**

41.     Correspondence styled as an objection received from Kin Wah Kung (Dkt No. 123) is attached hereto as **Exhibit 39.**

42.     Correspondence styled as an objection received from Diane Kushmer (not filed with the Court) is attached hereto as **Exhibit 40.**

43.     Correspondence styled as an objection received from Gloria Larravide (Dkt No. 110) is attached hereto as **Exhibit 41.**

44.     Correspondence styled as an objection received from August E. Lasseter (not filed with the Court) is attached hereto as **Exhibit 42.**

45.     Correspondence styled as an objection received from Timothy R. Lezon (Dkt No. 109, at 9-10) is attached hereto as **Exhibit 43.**

46.     Correspondence styled as an objection received from Tom Lucas (Dkt No. 114, at 3-4) is attached hereto as **Exhibit 44.**

47.     Correspondence styled as an objection received from Timothy McDonald (Dkt No. 124, at 15-16) is attached hereto as **Exhibit 45.**

48.     Correspondence styled as an objection received from William F. McNamara (Dkt No. 108, at 17-18) is attached hereto as **Exhibit 46.**

49.     Correspondence styled as an objection received from Mary Means (Dkt No. 118) is attached hereto as **Exhibit 47.**

50.     Correspondence styled as an objection received from Keith Miller (Dkt No. 112, at 11-12) is attached hereto as **Exhibit 48.**

51.     Correspondence styled as an objection received from Gerald Monge (not filed with the Court) is attached hereto as **Exhibit 49.**

52.     Correspondence styled as an objection received from Donald Muldoon (not filed with the Court) is attached hereto as **Exhibit 50.**

53.     Correspondence styled as an objection received from Caleb Nelson (not filed with the Court) is attached hereto as **Exhibit 51.**

54.     Correspondence styled as an objection received from Jorge Pardo (not filed with the Court) is attached hereto as **Exhibit 52.**

55.     Correspondence styled as an objection received from Christopher H. Peters (Dkt No. 108, at 11-12) is attached hereto as **Exhibit 53.**

56.     Correspondence styled as an objection received from Robert A. Petersen (not filed with the Court) is attached hereto as **Exhibit 54.**

57.     Correspondence styled as an objection received from Lyle Polyak (not filed with the Court) is attached hereto as **Exhibit 55.**

58.     Correspondence styled as an objection received from Daniel Pratt (Dkt No. 124, at 11-12) is attached hereto as **Exhibit 56.**

59.     Correspondence styled as an objection received from Donata J. Ray (Dkt No. 124, at 5-6) is attached hereto as **Exhibit 57.**

60.     Correspondence styled as an objection received from Philip Reinemann (not filed with the Court) is attached hereto as **Exhibit 58.**

61.     Correspondence styled as an objection received from Karrie Reuter (Dkt No. 108, at 1-2) is attached hereto as **Exhibit 59.**

62.     Correspondence styled as an objection received from Youssef Rifai (Dkt No. 125, at 15-16) is attached hereto as **Exhibit 60.**

63.     Correspondence styled as an objection received from Talita Robinson (Dkt No. 112, at 7-8) is attached hereto as **Exhibit 61.**

64.     Correspondence styled as an objection received from John Rollinson (Dkt No. 109, at 7-8) is attached hereto as **Exhibit 62.**

65.     Correspondence styled as an objection received from Christine Ryan (not filed with the Court) is attached hereto as **Exhibit 63.**

66.     Correspondence styled as an objection received from Doug Smith (not filed with the Court) is attached hereto as **Exhibit 64.**

67.     Correspondence styled as an objection received from Gabriel Levine Smith (Dkt No. 124, at 17-18) is attached hereto as **Exhibit 65.**

68.     Correspondence styled as an objection received from Darline S. Spencer (Dkt No. 112, at 16-26) is attached hereto as **Exhibit 66.**

69.     Correspondence styled as an objection received from Gessica Jane Still Knoester (Dkt No. 125, at 5-7) is attached hereto as **Exhibit 67.**

70.     Correspondence styled as an objection received from Carol Stocks (Dkt No. 112, at 9-10) is attached hereto as **Exhibit 68.**

71.     Correspondence styled as an objection received from Ken Stucznski (not filed with the Court) is attached hereto as **Exhibit 69.**

72.     Correspondence styled as an objection received from Hannah Tanner (Dkt No. 117) is attached hereto as **Exhibit 70.**

73.     Correspondence styled as an objection received from Scott L. Teague (Dkt No. 124, at 27-28) is attached hereto as **Exhibit 71.**

74.     Correspondence styled as an objection received from Jeanine Thompson (Dkt No. 113, at 9-10) is attached hereto as **Exhibit 72.**

75.     Correspondence styled as an objection received from Nozima Tojimatova (Dkt No. 113, at 7-8) is attached hereto as **Exhibit 73.**

76.     Correspondence styled as an objection received from Carol A. Tomczyk (Dkt No. 124, at 37-38) is attached hereto as **Exhibit 74.**

77.     Correspondence styled as an objection received from Efrain Valdez (not filed with the Court) is attached hereto as **Exhibit 75.**

78.     Correspondence styled as an objection received from Domenic Vitanza (Dkt No. 113, at 5-6) is attached hereto as **Exhibit 76.**

79.     Correspondence styled as an objection received from K. Weeks (not filed with the Court) is attached hereto as **Exhibit 77.**

80.     Correspondence styled as an objection received from Frederick Wells (Dkt No. 107, at 1-2) is attached hereto as **Exhibit 78.**

81.     Correspondence styled as an objection received from Steven White (not filed with the Court) is attached hereto as **Exhibit 79.**

82.     Correspondence styled as an objection received from Daniel R. Whitinger (Dkt No. 108, at 13-14) is attached hereto as **Exhibit 80.**

83.     Correspondence styled as an objection received from Melanie Wobig (Dkt No. 124, at 19-20) is attached hereto as **Exhibit 81.**

84.     Correspondence styled as an objection received from Quintena M. Woodward (Dkt No. 112, at 5-6) is attached hereto as **Exhibit 82.**

85.     Correspondence styled as an objection received from Philip Wrona (Dkt No. 108, at 15-16) is attached hereto as **Exhibit 83.**

86.     Correspondence styled as an objection received from Olen York (Dkt No. 125, at 22-23) is attached hereto as **Exhibit 84.**

87.     Correspondence styled as an objection received from Farage Yusupov (Dkt No. 125, at 13-14) is attached hereto as **Exhibit 85.**

88.     For the Court's convenience, the information above is summarized in the following table:

| Exhibit No. | Last Name | First Name | Docket No. |
|---|---|---|---|
| 1. | Anderson-Stewart | Jamie | 125, at 11-12 |
| 2. | Barrett | June P. | 124, at 9-10 |
| 3. | Baudoin | Claude | 108, at 25-26 |
| 4. | Berg | Erich J. | 124, at 33-36 |
| 5. | Berning | G. Paul | 125, at 9-10 |
| 6. | Blocker | Shataia Denise | 113, at 1-2 |
| 7. | Booker | Antuan | 113, at 3-4 |
| 8. | Boyanov | Boyan | 111, at 1-2 |
| 9. | Brown | Daniel (and Jenny Hill) | 121 |
| 10. | Butman | Anne | n/a |
| 11. | Calderwood | William B. | n/a |
| 12. | Coburn | Rustin | n/a |
| 13. | Cordero | Nora | 111, at 3-4 |
| 14. | Cornell | Ian B. | 108, at 6-7 |
| 15. | Crothers | BC | 124, at 23-24 |
| 16. | Denham | Leanna | 125, at 1-3 |
| 17. | Don | Mary C. | 108, at 8-10 |
| 18. | Entin | Susan | n/a |
| 19. | Finnie | Lindsay | n/a |
| 20. | Foerster | Stephen H. | n/a |
| 21. | Ford | Melodie Kate | 109, at 11-13 |
| 22. | Garcia | Elizabeth | n/a |
| 23. | Gill | Gary W. | 109, at 3-4 |
| 24. | Gonzala | Julius | n/a |
| 25. | Gordon | Julie H. | 124, at 13-14 |
| 26. | Graham | Johnnie D. | 114, at 7-8 |
| 27. | Grell | Kevin | n/a |
| 28. | Harris | Kira | 112, at 13-15 |

- 8 -

| Exhibit No. | Last Name | First Name | Docket No. |
|---|---|---|---|
| 29. | House | Susan | 122 |
| 30. | Houston | Ashley | n/a |
| 31. | Howard | Mark | 124, at 7-8 |
| 32. | Hughes | Michael | n/a |
| 33. | Jacobs | Dylan | 125, at 15-19 |
| 34. | Jones | Cassandra | n/a |
| 35. | Klose | Roland | 111, at 3-4 |
| 36. | Kollenberg | Shirley A. | 124, at 21-22 |
| 37. | Kommuru | Chinmay | 109, at 1-2 |
| 38. | Krauch | Anthony Lee | 108, at 19-20 |
| 39. | Kung | Kin Wah | 123 |
| 40. | Kushmer | Diane | n/a |
| 41. | Larravide | Gloria | 110 |
| 42. | Lasseter | August E. | n/a |
| 43. | Lezon | Timothy R. | 109, at 9-10 |
| 44. | Lucas | Tom | 114, at 3-4 |
| 45. | McDonald | Timothy | 124, at 15-16 |
| 46. | McNamara | William F. | 108, at 17-18 |
| 47. | Means | Mary | 118 |
| 48. | Miller | Keith | 112, at 11-12 |
| 49. | Monge | Gerald | n/a |
| 50. | Muldoon | Donald | n/a |
| 51. | Nelson | Caleb | n/a |
| 52. | Pardo | Jorge | n/a |
| 53. | Peters | Christopher H. | 108, at 11-12 |
| 54. | Petersen | Robert A. | n/a |
| 55. | Polyak | Lyle | n/a |
| 56. | Pratt | Daniel | 124, at 11-12 |
| 57. | Ray | Donata J. | 124, at 5-6 |
| 58. | Reinemann | Philip | n/a |
| 59. | Reuter | Karrie | 108, at 1-2 |
| 60. | Rifai | Youssef | 125, at 15-16 |
| 61. | Robinson | Talita | 112, at 7-8 |
| 62. | Rollinson | John | 109, at 7-8 |
| 63. | Ryan | Christine | n/a |
| 64. | Smith | Doug | n/a |
| 65. | Smith | Gabriel Levine | 124, at 17-18 |
| 66. | Spencer | Darline S. | 112, at 16-26 |
| 67. | Still Knoester | Gessica Jane | 125, at 5-7 |
| 68. | Stocks | Carol | 112, at 9-10 |
| 69. | Stucznski | Ken | n/a |
| 70. | Tanner | Hannah | 117 |
| 71. | Teague | Scott L. | 124, at 27-28 |
| 72. | Thompson | Jeanine | 113, at 9-10 |
| 73. | Tojimatova | Nozima | 113, at 7-8 |

| Exhibit No. | Last Name | First Name | Docket No. |
|---|---|---|---|
| 74. | Tomczyk | Carol A | 124, at 37-38 |
| 75. | Valdez | Efrain | n/a |
| 76. | Vitanza | Domenic | 113, at 5-6 |
| 77. | Weeks | K. | n/a |
| 78. | Wells | Frederick | 107, at 1-2 |
| 79. | White | Steven | n/a |
| 80. | Whitinger | Daniel R | 108, at 13-14 |
| 81. | Wobig | Melanie | 124, at 19-20 |
| 82. | Woodward | Quintena M. | 112, at 5-6 |
| 83. | Wrona | Philip | 108, at 15-16 |
| 84. | York | Olen | 125, at 22-23 |
| 85. | Yusupov | Farage | 125, at 13-14 |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was signed in San Rafael, CA on January 14, 2016.

_____
Kenneth Jue