# EXHIBIT 10

**Anne Butman**

▶ **Larry C. Russ, Esq., Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor, Los
Angeles, CA 90025

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To whom it may concern:**

I am writing this letter to in reference to claim VXIZJ-XDZSA-YQQBS, Perkins v. LinkedIn Corp. I am not happy with LinkedIn's decision to send the two follow p emails to contacts listed in my mail account. The auto send feature, I believe, is a violation of my right to decide who gets mail from me, when they get it and what that mail references. I see this feature as a violation of my right to privacy as well as my contacts right to privacy. I further believe that the messages can be viewed by my contact as harassment on my part despite me having nothing to do with send the messages, my consent is not even implied with the way things are done now, and rather it is pirated. It is for these reasons that I object to the settlement.

Anne Butman

12/8/2015



Larry C. Russ Esq.
Russ August + Kabat
12424 Wilshire Blvd 12th floor
Los Angeles, CA
90025

900251031 00



DW DANIELS NJ 070
10 DEC 2005 PM 10 1
1 OF 1

# EXHIBIT 11

William B. Calderwood

9002510310.00

Larry C. Russ, Esq.
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

90025

BIRMINGHAM AL 350

09 OCT 2015 PM 2 L



10/2/2015

District Judge Lucy H. Koe

San Jose Courthouse, Courtroom 8

280 South 1ˢᵗ Street

San Jose, ca  95113


Dear Judge Koe:

I, William B. Calderwood, today received an email stating that I am eligible to participate in the proposed settlement of the Class Action law suit *PERKINS V. LINKEDIN CORP.*  As I understand it, each of us, if we all stand together, may receive at least $10.00 if the proposed settlement is approved by your Court.


I am hereby exercising my right to (strenuously) object to your approval of this frivolous waste of the Court's valuable time.  I'm sure the LinkedIn Corp. could find a much better use of $13 million than to pay each of us $10 and the lawyers $3,250,000!  In this day and age of instant communication, I can't imagine anyone being upset at receiving a couple of reminder emails.


Sincerely yours,

William B. Calderwood

CC: (1)  Larry C. Russ, Esq., Russ, August, and Kabat,  Class Counsel

(2)  Jerome C. Roth, Esq., Munger, Tolles, and Olson, LLP,  LinkedIn,s Counsel

# EXHIBIT 12

Larry C. Russ, Esq.,
Russ August & Kabat
12424 Wilshire Blvd.
12ᵗʰ Floor
Los Angeles, CA 90025



Claim: H22IK-VXOUQ-CEMXN

Perkins V. Linkedin Corp.

I object and seriously do not like that LinkedIn used the "Add Connections" service to import contacts from external email accounts. This is unethical and hopefully illegal.
The settlement should NOT be approved.

Feel free to reach me direct.

Rustin Coburn,



# EXHIBIT 13

Nora Cordero, RN



███████████████████████

FILED

2015 OCT 15 A 11: 05

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Date: 10/11/15

Judge Koh's Case
System Administrator
The United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

Dear Judge Koh:

Recently, I received an email about what Linkdin has been doing with my contacts I trusted it with. They have been misusing the the "Add Connections" to grow it's member base. Linkdin has not been given my consent to remind my contacts twice to connect with me. I think it is annoying and pesters people who I respect professionally. This awareness that I now have of Linkdin has given me reason to stop using Linkdin as a professional source to connect with other professionals. I am a Registered Nurse and there is no way that I would want my connections to be irritated with reminders to connect with me. I object the Settlement and think it shouldn't be approved.

Sincerely,

Nora Cordero, RN



Nora Cordero

Judge Koh's Case
System Administrator
280 South 1st St, Rm 2112
San Jose, CA 95113

# EXHIBIT 14

**CORNELL**GROUP



RECEIVED

OCT 08 2015

October 2, 2015

Judge Koh's Case System Administrator
United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

Re:  Perkins v. LinkedIn Corp.

To whom it may concern:

I received notice of the class-action settlement in the above mentioned case.  I have a LinkedIn account, but otherwise have no known business or personal connections to the company nor the counsel for either party.

From what I read of the documents provided, this suit sounds like a frivolous abuse of the judicial system.  Nobody with the mental capacity to use a service such as LinkedIn should have been surprised by the Add Connections feature.  Moreover, anybody who claims they were harmed by it needs to get out and experience the rigors of a real life.

At a minimum, I request to be excluded from the class.  At best, I would like Judge Koh to dismiss the judgement against LinkedIn Corp.

Sincerely,

Ian B. Cornell

cc:

Larry C. Russ, Esq.
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

Jerome C. Roth, Esq.
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

03 OCT 2015 PM 11

**CORNELL**GROUP

Judge Koh's Case System Administrator
United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA  95113

95113300837

# EXHIBIT 15

LinkedIn Counsel Jerome C. Roth, Esq.
Murnger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco CA 94105

RECEIVED

NOV 27 2015

CLERK, US. DISTRICT
NORTHERN DISTRICT CALIFORNIA
SAN JOSE CALIFORNIA

Copy of this letter sent to:
Judge Koh's Case System Administrator
United States Courthouse
280 South 1st Street, Room 2112
San Jose CA 95113

Copy of this letter sent to:
Class Counsel Larry C. Russ, Esq.
Russ, August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles CA 90025

RE: Legal Notice of Settlement of Class Action, Perkins v. LinkedIn Corp.,
    ID NFUXH-AURFA-KXRNV                              November 14, 2015

As a member of LinkedIn for over three years, my company, Soul Care Books LLC, and I
personally, have grown both in business and contacts from around the world. I am very pleased
with the professionalism of LinkedIn, and their willingness to help with problems, questions. I
have never felt pressured to connect with anyone. And I really don't care how many times
LinkedIn uses my name or Soul Care Books name, as exposure is the name of the game; the
reason for joining LinkedIn in the first place.

To all concerned:   PLEASE see this as the frivolous suit it is. Somewhere along the line,
businesses and lawyers and our court system needs to say, "Enough is enough."  Thank you.

BC Crothers
Soul Care Books, LLC





TAMPA FL 335

14 NOV 2015 PM 4 L

Soul Care Books, LLC

Judge Koh's Case System Administrator
United States Courthouse
280 South 1st Street, Room 2112
San Jose CA 95113

95113300637

# EXHIBIT 16

**RECEIVED**

DEC 2 2 2015

12/12/15

To whom this may concern;

My name is Leanna Denham, i do not believe that any settlement should be approved for Linkedin Corp

Thank you,
Leanna Denham
Leanna Denham

Leanna Denham

12 DEC. 2015 PM 7 L

Judge Koh's case system Administrator
United States Courthouse
280 S. 1st Street rm# 2112
San Jose, CA  95113

95113300887

# EXHIBIT 17

September 10, 2015



Case System Administrator
Judge Lucy H. Koh
U.S. Courthouse
280 S. 1st Street
San Jose, CA 95113

RECEIVED

OCT 08 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Sir/Madam:

I am part of the "class" injured by LinkedIn's pestering of people I know through gmail.  I did not realize that by punching a single key I had allowed LinkedIn to contact everyone I know; that made me damned angry.  The two followups made me even angrier.  Also embarrassed.

So, yes, I am pretty steamed at LinkedIn, and I think for good reason.

If LinkedIn had agreed to send abject apologies to every one of my friends it pestered against my wishes, maybe we could talk. But no.  The whole case is about money -- $10 for me and, more important, over $3 million for the wonderful lawyers who negotiated a settlement, ostensibly on my behalf.

This lawsuit is only the latest stinking pile of excrement designed exclusively to benefit bottom-feeding members of the bar.  There are too many of these cases.  The faux tort bonanza needs to stop.

Count me out.  Please also tell the judge that I am disappointed that she rolled over for a deal that does nothing to reverse the damage LinkedIn caused.

My wish would be for the entire settlement to be rejected. Actions like these diminish the credibility of our justice system by revealing what a money-grubbing con game it has become.   We deserve better.

Mary C. Don

Gc:  Larry C. Russ, Esq.
      Russ August & Kabat
      12424 Wilshire Boulevard
          12th Floor
      Los Angeles, CA 90025.

      Jerome C. Roth, Esq.
      Munger, Tolles & Olson LLP
      560 Mission Street
          27th Floor
      San Francisco, CA 94105.



05 OCT 2015 PM 9 L

Case System Administrator
Judge Lucy H. Koh
US Courthouse
280 S. 1st Street
San Jose, CA 95113

9541330899

# EXHIBIT 18

10-28-15
Escalated
Sh

Settlement Administrator
@Perkins vs. LinkedIn Corp                                    Oct 5, 2015
c/o Gilardi & Co, LLC
P.O. Box 808012
Petaluma CA 94975-8012

Dear Sir or Madame:

I was persuaded by fellow students at graduate studies at Boston University to add pictures to what they
said was a temporary account with LinkedIn for a class in the Spring of 2013. Later I got add connections
from people who objected to working with me as student teacher or other things like an accusation of a
non-ethical behavior which was a lie. I tried to unsubscribe and was offered publicity with hundreds of
thousands of BU alumni who I didn't know. BU Career Center insisted LinkedIn was the only way to get
an art teaching job even though I got a teaching license and the BU Masters in Art Education. I tried to
unsubscribe to LinkedIn twice and they added my brother in Ohio without my permission just because
he does college teaching. Then I heard nothing but my pictures from the temporary account popped up
on Windows 10 which Best Buy installed forcefully, insisting when I objected. I don't think the
settlement share is enough to ask for money. How do I unsubscribe? How do I erase whatever is in all
these peoples email or wherever they read about me, even lies? Does LinkedIn assume that I have
consented to join if I try to sign on and see what the gossip is? How do I unsubscribe and is the lack of an
account really explain my lack of employment? I am doing an unpaid post-graduate internship after a
year of no results from job searching. I not only am complaining about being unable to unsubscribe, but
also I want to say the second and third requests terrify me.

Sincerely

Susan Entin

