1  LARRY C. RUSS (SBN 82760)
   lruss@raklaw.com
2  NATHAN D. MEYER (SBN 239850)
   nmeyer@raklaw.com
3  RUSS AUGUST & KABAT
   12424 Wilshire Boulevard, 12th Floor
4  Los Angeles, California 90025
   Telephone: (310) 826-7424
5  Facsimile: (310) 826-6991

   DORIAN S. BERGER (SBN 264424)
   dberger@olavidunne.com
   DANIEL P. HIPSKIND (SBN 266763)
   dhipskind@olavidunne.com
   OLAVI DUNNE LLP
   1880 Century Park East, Ste. 815
   Los Angeles, California 90067
   Telephone: (213) 516-7900
   Facsimile: (213) 516-7910

6  MICHAEL W. SOBOL (SBN 194857)
   msobol@lchb.com
7  NICHOLAS R. DIAMAND (*Pro Hac Vice*)
   ndiamand@lchb.com
8  MELISSA GARDNER (SBN 289096)
   mgardner@lchb.com
9  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
10 San Francisco, CA 94111
   Telephone: (415) 956-1000
11 Facsimile: (415) 956-1008

12 *Class Counsel*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17 PAUL PERKINS, PENNIE SEMPELL, ANN      Case No. 13-CV-04303-LHK
   BRANDWEIN, ERIN EGGERS, CLARE
18 CONNAUGHTON, JAKE KUSHNER,             **SUPPLEMENTAL DECLARATION
   NATALIE RICHSTONE, NICOLE CROSBY,      OF NICHOLAS DIAMAND IN
19 and LESLIE WALL, individually and on   SUPPORT OF PLAINTIFFS'
   behalf of all other similarly situated, MOTION FOR ATTORNEYS' FEES,
20                                         LITIGATION COSTS, AND
            Plaintiffs,                    INCENTIVE AWARDS**
21
        v.                                **HEARING**
22                                        Judge:     Hon. Lucy H. Koh
   LINKEDIN CORPORATION,                  Date:      February 11, 2016
23                                        Time:      1:30 p.m.
            Defendant.                     Location:  Courtroom 8 – 4th Floor
24

25

26

27

28

I, Nicholas Diamand, hereby declare:

1. I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), and, together with counsel at Russ August & Kabat PC, and Olavi Dunne LLP, serve as Class Counsel in this action. I am admitted *pro hac vice* to practice before this Court, and I am a member in good standing of the New York State Bar. I submit this Declaration in further support of Plaintiffs' Motion for Final Approval of Class Action Settlement. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

## I.    Supplemental Data Concerning LCHB's Lodestar

2. As described in my initial Declaration in support of the Motion for Attorneys' Fees, Litigation Costs, and Incentive Awards (Dkt. No. 116-1), as I understand from discussions with Russ August & Kabat attorneys, and the attorneys at Olavi Dunne, and as described in the Declarations submitted on behalf of those firms (Dkt. Nos. 116-2, 116-3), over the course of this litigation, Class Counsel's time has been spent primarily in the following tasks: (1) investigating the claims of the Plaintiffs; (2) preparing four Complaints, (3) conducting legal research regarding and opposing LinkedIn's two motions to dismiss; (4) negotiating the Settlement over many months, including by participating in two full-day mediation sessions; (5) administering the Settlement; (6) moving for preliminary and final approval; and (7) responding to Settlement Class Member inquiries concerning the Class Notice and Settlement.

3. LCHB has maintained contemporaneous time records since the commencement of this action. As of November 29, 2015, LCHB had worked a total of 1,186.4 hours, with a total lodestar of $639,593.00. Since November 29, LCHB has worked an additional 191.3 hours, not accounting for time billed in connection with the Motion for Attorneys' Fees, Litigation Costs, and Incentive Awards.

4. Since November 29, Michael Sobol has worked 3.7 hours, billed at $850 per hour for a total of $3,145; I have worked 38.7 hours, billed at $600 per hour for a total of $23,220; and Melissa Gardner has worked 128.9 hours, billed at $395 per hour for a total of $50,915. Paralegal

Miriam Gordon has worked 20 hours, billed at $270 per hour, for a total of $5,400. The total LCHB lodestar from November 29 to date is $82,680. The total lodestar for Class Counsel in this matter is $2,242,956. LCHB's additional costs incurred since November 30, 2015 are expected to total at least $815 in connection with travel to attend the Fairness Hearing scheduled before the Court on February 11, 2016.

5. LCHB's work since November 29 breaks down into three substantive categories:

a. *Case Management* – Ms. Gordon billed 2.3 hours reviewing case files, deadlines, filing documents and updating calendar entries.

b. *Briefing* – Ms. Gardner billed 81.6 hours, Ms. Gordon billed 3.5 hours, Mr. Sobol billed 1.1 hours, and I billed 18 hours researching, drafting, editing the final approval brief and related declarations together with working closely with co-counsel reviewing their draft declarations, with Gilardi to assess and analyze the claims verification process and with counsel for LinkedIn in the preparation of the supporting declarations from Mr. Weinstein and Mr. Andersen in support of the final approval motion.

c. *Settlement* – Ms. Gardner billed 47.3 hours, Ms. Gordon billed 14.2 hours; Mr. Sobol billed 2.6 hours and I billed 20.7 hours speaking to Gilardi, co-counsel and counsel for LinkedIn about the deficiency cure process, the settlement website and class member correspondence; corresponding with class members; corresponding with Access Now, a potential *cy pres* recipient providing an update on the settlement approval process; and reviewing the objections from class members, including working with Gilardi and LinkedIn to verify objectors.

6. Based upon my prior complex litigation and class action experience, I believe that the amount of time expended by LCHB in connection with this litigation has been reasonable and that the lawyers here contributed to the ultimate result achieved for the Class.

7. Deducting the requested fees of $3,250,000, Incentive Awards of $13,500, and maximum administrative expenses payable by the Class of $750,000, the Settlement entitles each Authorized Claimant to a payment of about $20.37 from a Net Settlement Fund of $8,986,500.

## II.    Review of Objectors' Class Membership

8.    Many of the objectors did not include sufficient information on their objections to determine whether or not they are members of the Class. LCHB asked the Settlement Administrator to review its records to ascertain Claim IDs or unique email addresses for these individuals.

9.    In consultation with LCHB, the Settlement Administrator on January 21, 2016 provided to LinkedIn the names, Claim ID's (if available), and e-mail addresses submitted by each of the 86 individuals who had submitted the 85[1] documents that could be construed as objections.

10.    On February 1, 2016, LinkedIn informed Class Counsel that, of the 86 individuals listed, seven were not class members.

11.    Class Counsel and the Settlement Administrator reviewed LinkedIn's findings and determined that they were incorrect regarding objectors Hannah Tanner and Gary Gill.  Ms. Tanner provided no Claim ID, and the email address submitted to LinkedIn for verification appears to belong to her attorney, Steven Helfand.  Based on LinkedIn's records, that email address is not associated with a Class member, but rather than treat Ms. Tanner as lacking standing to object on that basis, Class Counsel have listed her objection as one for which Class membership cannot be determined to a certainty.  On February 8, Class counsel submitted the personal email address filed with Ms. Tanner's objection for verification, and LinkedIn confirmed that she is a member of the Class.  As discussed in the Supplemental Declaration of Kenneth Jue filed today, it appears that Mr. Gill reversed two letters in the Claim ID on his written objection, and therefore is in fact a member of the Class.

12.    The objectors identified as members of the Class are:

| | | | |
|---|---|---|---|
| 1. | Anderson-Stewart, Jamie | 27. | Kushmer, Diane |
| 2. | Baudoin, Claude | 28. | Lasseter, August E |
| 3. | Berg, Erich J | 29. | Lezon, Timothy R |
| 4. | Berning, G. Paul | 30. | McDonald, Timothy |
| 5. | Blocker, Shataia Denise | 31. | McNamara, William F |

---

[1] Objectors Daniel Brown and Jenny Hill submitted their objection jointly. (Dkt. No. 126-7, Jue. Decl. Ex. 9).

| | |
|---|---|
| 6. Brown, Daniel | 32. Means, Mary |
| 7. Butman, Anne | 33. Pardo, Jorge |
| 8. Coburn, Rustin | 34. Petersen, Robert A |
| 9. Crothers, BC | 35. Polyak, Lyle |
| 10. Finnie, Lindsay | 36. Ray, Donata J |
| 11. Foerster, Stephen H | 37. Reinemann, Philip |
| 12. Gill, Gary W | 38. Rifai, Youssef |
| 13. Gonzala, Julius | 39. Rollinson, John |
| 14. Gordon, Julie H | 40. Smith, Gabriel levine |
| 15. Grell, Kevin | 41. Spencer, Darline S |
| 16. Harris, Kira | 42. Still Knoester, Gessica Jane |
| 17. Hill, Jenny | 43. Stocks, Carol |
| 18. House, Susan | 44. Stucznski, Ken |
| 19. Howard, Mark | 45. Tanner, Hannah |
| 20. Hughes, Michael | 46. Teague, Scott L |
| 21. Jacobs, Dylan | 47. Tojimatova, Nozima |
| 22. Jones, Cassandra | 48. Tomczyk, Carol A |
| 23. Klose, Roland | 49. Wells, Frederick |
| 24. Kollenberg, Shirley A | 50. Valdez, Efrain |
| 25. Kommuru, Chinmay | 51. Wobig, Melanie |
| 26. Kung, Kin Wah | 52. Woodward, Quintena M |

13. The objectors identified as non-Class members are: Boyan Boyanov, Nora Cordero, Johnnie Graham, Keith Miller, and Olen York.

14. The objectors for whom insufficient information was available to determine Class membership are:

| | |
|---|---|
| 1. Barrett, June P | 16. Nelson, Caleb |
| 2. Booker, Antuan | 17. Peters, Christopher H |
| 3. Calderwood, William B | 18. Pratt, Daniel |
| 4. Cornell, Ian B | 19. Reuter, Karrie |
| 5. Denham, Leanna | 20. Robinson, Talita |
| 6. Don, Mary C | 21. Ryan, Christine |
| 7. Entin, Susan | 22. Smith, Doug |
| 8. Ford, Melodie Kate | 23. Thompson, Jeanine |
| 9. Garcia, Elizabeth | 24. Vitanza, Domenic |
| 10. Houston, Ashley | 25. Weeks, K. |
| 11. Krauch, Anthony Lee | 26. White, Steven |
| 12. Larravide, Gloria | 27. Whitinger, Daniel R |
| 13. Lucas, Tom | 28. Wrona, Philip |
| 14. Monge, Gerald | 29. Yusupov, Farage |
| 15. Muldoon, Donald | |

### III.    Further Matters

15.    Objector Dylan Jacobs appears to be a repeat objector, and, as of January 19, 2016, has appealed an order in which his objections were overruled.  Mr. Jacobs' objection in *Brandewei et al. v. Wal-Mart Stores, Inc.*, No. 14-965, Dkt. No. 80 (N.D. Ohio 2016), which, in large part repeats his objection to this Settlement (Dkt. No. 125), is attached hereto as **Exhibit 1** Mr. Jacobs filed a Notice of Appeal after the Court in *Brandewei* overruled his objection, which is attached hereto as **Exhibit 2.**

16.    In the Motion for Final Approval of the Settlement of this action (Dkt. No. 126-1), Class Counsel inadvertently failed to include evidence supporting the claimed percentage of the funds devoted by proposed *Cy Pres* Recipient Access Now to activities within the United States. Potential Class Member Hannah Tanner's objection regarding Access Now's expenditures was based on an excerpt of Schedule F of Access Now's 2014 tax return, which Ms. Tanner pasted into her objection.  (Dkt. No. 126-7, Jue Decl., Ex. 70, at 5).  Schedule F, without Ms. Tanner's editing, reveals that the table is entitled "Statement of Activities Outside the United States." Schedule F thus represents the organization's program expenditures *outside* the US.  It states that Access Now's program expenses in "North America" amounted to only $20,835 of a total $806,801 in non-US expenditures, or roughly 2%.  However, that percentage does not include funds expended within the United States.  Access's tax reporting documents demonstrate total program expenditures for tax year 2014 of $2,892,307.  Deducting the $806,801 spent outside of the US, approximately $2,085,509, or 72% of Access's expenditures appear to have been within the US.  Attached hereto as **Exhibit 3** is a true and correct copy of the Form 990 for Access Now, available at https://www.accessnow.org/cms/assets/uploads/2013/04/2014-IRS-Form-990.pdf.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was signed in New York, New York on February 4, 2016.


_Nicholas Diamand_
Nicholas Diamand

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

2015 NOV 23  PM 2: 35

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 1:14-CV-965 |
| ) | |
| SHAUN BRANDEWIE, et al. ) | Judge James S. Gwin |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| WAL-MART STORES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

## OBJECTION OF DYLAN L JACOBS TO THE CLASS SETTLEMENT

(b) your full name and address

      Dylan Leslie Jacobs
      2828 Old Hickory Blvd Apt 304
      Nashville, TN 37221

(c) an explanation of why you believe the settlement is not in the best interest of the Settlement

Class along with any documents that support your objection

      See below.

(d) legible copies of receipts demonstrating that you are a member of the Settlement Class

I do not have receipts to demonstrate this. This is one of the bases for my objection to the settlement. I am, however, a member of the class. From 2009 to 2013, I attended college in Little Rock, Arkansas. I would return home to Malvern, Arkansas several times per month during this period. I shopped at Wal-Mart in both cities. Little Rock had a lower sales tax than Malvern. I returned several purchases made in Malvern to Wal-Mart stores in Little Rock during my time in college, resulting in many instances of being refunded less than I was due.

(e) a statement of whether or not you intend to appear at the Fairness Hearing.

I do not plan to attend at this time.

## I. Objections to the Terms of the Settlement

### A. The Objection Procedures Are Unfair to Absent Class Members

Absent class members should be given an adequate opportunity to object to the terms of the settlement. Unfortunately, that has not been the case here. The Settlement Agreement contains the following language in the section relating to objection requirements:

> 10.2 To be considered valid, an objection must be in writing, include the objector's name and address, and include the basis for the objection (including why the objector believes the settlement is not in the best interest of the Settlement Class), along with any and all documents that support the objection, **which documents must include legible copies of receipts demonstrating the objector is a member of the Settlement Class as defined herein**. The objection must also indicate whether or not the objector intends to appear at the hearing on the motion for final approval of the Settlement. The objection must be filed with the Court on or before the objection deadline, and a copy must be served on Class Counsel and on Counsel for Wal-Mart.

Settlement Agreement at 11 (emphasis added). *This unusual provision requires that class members who wish to object provide proof of class membership—proof that is not required in order to recover under the settlement agreement.* This requirement also made its way into the language on the settlement website:

> Your written objection must include: (a) the name and case number of the Action; (b) your full name and address; (c) an explanation of why you believe the settlement is not in the best interest of the Settlement Class along with any documents that support your objection; **(d) legible copies of receipts demonstrating that you are**

**a member of the Settlement Class**; and (e) a statement of whether or not you intend to appear at the Fairness Hearing.

(emphasis added).[1] However, this requirement is not contained in the Plaintiffs' Proposed Order or this Court's Preliminary Approval Order. The requirements for objecting to the settlement are set by the Court—not Class Counsel, Defendants, or the settlement administrator. Because the Court did not include this requirement in its Preliminary Approval Order, absent class members are not bound by it.

It is likely that Class Counsel and Defendants put this language into the settlement agreement (and, in turn, the settlement administration website) as a way to dissuade potential objectors from filing. The parties are aware how unlikely it is that many class members will have copies of receipts evidencing Wal-Mart's under-refunding practice. One need look no further than the distribution mechanism for evidence of this—it requires no documentation from class members for collection. This mechanism recognizes the fact that few people keep store receipts for very long, and when they do, they fade into illegibility over time.

The average class member will probably not think to read the Court's Preliminary Approval Order's provisions for the requirements of objecting to the settlement. Lay class members who wish to object without the assistance of counsel will likely look no further than the settlement administration website's instructions for objecting. Realizing they lack receipts to prove they are members of the class and having every reason to believe that such proof is required, they will abandon their attempt to object. Class Counsel and Defendants should not be allowed to silence objectors in this manner.[2]

---

[1] This language is contained in the "Common Questions" page and the seven-page Notice file.
[2] Indeed, as of November 16, no objections appear on the docket.

The only way to remedy this is to issue another round of notice to class members that does not contain the offending requirement. This is the only way that absent class members will have a chance to have their objections heard. It is important that class members be given a chance to speak about their rights that will be extinguished by this settlement.

**B.    Cy Pres**

The Court should not approve the *cy pres* provision of the Settlement Agreement. My first objection to *cy pres* is that it is generally a bad practice. A number of commentators have noted "the specter of judges and outside entities dealing in the distribution and solicitation of settlement money may create the appearance of impropriety." *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1039 (9th Cir. 2011); see also *SEC v. Bear, Stearns & Co.*, 626 F. Supp.2d 402, 415 (S.D.N.Y. 2009).

Second, it is troubling that no recipient is identified in the settlement agreement. The ALI Principles stress in § 3.07(c) that "the court, when feasible, should require the parties to identify a recipient whose interests reasonably approximate those being pursued by the class." Thus, at the time this Court is to approve the settlement, no one has any idea whether the *cy pres* funds will even indirectly benefit the class.

A better alternative would be to distribute further rounds of payments to class members who cash their checks. This was done by Judge King in the Bank of America Overdraft Class Action settlement.

**II.    Attorney's Fees**

A 35% attorneys' fee award is unreasonable in this case. The case was filed less than a year before a settlement agreement was reached. For a year's worth of work, Class Counsel requests $1.75 million in fees. Class Counsel represents that this would be a multiplier of 3.78

This objection has been sent to the following addresses:

ATTN: Case No. 1:14-CV-00965
United States District Court
Northern District of Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

SPANGENBERG SHIBLEY & LIBER LLP
ATTN: Walmart Settlement Objection
1001 Lakeside Avenue, East
Suite 1700
Cleveland, Ohio 44114

GREENBERG TRAURIG, LLP
1200 17th Street
Suite 2400
Denver, Colorado 80202-5835

Sincerely,

Dylan L Jacobs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

2015 NOV 23  PM 2: 35

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 1:14-CV-965 |
| ) | |
| SHAUN BRANDEWIE, et al. ) | Judge James S. Gwin |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| WAL-MART STORES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

## OBJECTION OF DYLAN L JACOBS TO THE CLASS SETTLEMENT

(b) your full name and address

Dylan Leslie Jacobs
2828 Old Hickory Blvd Apt 304
Nashville, TN 37221

(c) an explanation of why you believe the settlement is not in the best interest of the Settlement

Class along with any documents that support your objection

See below.

(d) legible copies of receipts demonstrating that you are a member of the Settlement Class

I do not have receipts to demonstrate this. This is one of the bases for my objection to the settlement. I am, however, a member of the class. From 2009 to 2013, I attended college in Little Rock, Arkansas. I would return home to Malvern, Arkansas several times per month during this period. I shopped at Wal-Mart in both cities. Little Rock had a lower sales tax than Malvern. I returned several purchases made in Malvern to Wal-Mart stores in Little Rock during my time in college, resulting in many instances of being refunded less than I was due.

(e) a statement of whether or not you intend to appear at the Fairness Hearing.

I do not plan to attend at this time.

## I.    Objections to the Terms of the Settlement

### A.    The Objection Procedures Are Unfair to Absent Class Members

Absent class members should be given an adequate opportunity to object to the terms of the settlement. Unfortunately, that has not been the case here. The Settlement Agreement contains the following language in the section relating to objection requirements:

> 10.2 To be considered valid, an objection must be in writing, include the objector's name and address, and include the basis for the objection (including why the objector believes the settlement is not in the best interest of the Settlement Class), along with any and all documents that support the objection, **which documents must include legible copies of receipts demonstrating the objector is a member of the Settlement Class as defined herein**. The objection must also indicate whether or not the objector intends to appear at the hearing on the motion for final approval of the Settlement. The objection must be filed with the Court on or before the objection deadline, and a copy must be served on Class Counsel and on Counsel for Wal-Mart.

Settlement Agreement at 11 (emphasis added). This unusual provision requires that class members who wish to object provide proof of class membership—proof that is not required in order to recover under the settlement agreement. This requirement also made its way into the language on the settlement website:

> Your written objection must include: (a) the name and case number of the Action; (b) your full name and address; (c) an explanation of why you believe the settlement is not in the best interest of the Settlement Class along with any documents that support your objection; **(d) legible copies of receipts demonstrating that you are**

2

**a member of the Settlement Class**; and (e) a statement of whether or not you intend to appear at the Fairness Hearing.

(emphasis added).[1] However, this requirement is not contained in the Plaintiffs' Proposed Order or this Court's Preliminary Approval Order. The requirements for objecting to the settlement are set by the Court—not Class Counsel, Defendants, or the settlement administrator. Because the Court did not include this requirement in its Preliminary Approval Order, absent class members are not bound by it.

It is likely that Class Counsel and Defendants put this language into the settlement agreement (and, in turn, the settlement administration website) as a way to dissuade potential objectors from filing. The parties are aware how unlikely it is that many class members will have copies of receipts evidencing Wal-Mart's under-refunding practice. One need look no further than the distribution mechanism for evidence of this—it requires no documentation from class members for collection. This mechanism recognizes the fact that few people keep store receipts for very long, and when they do, they fade into illegibility over time.

The average class member will probably not think to read the Court's Preliminary Approval Order's provisions for the requirements of objecting to the settlement. Lay class members who wish to object without the assistance of counsel will likely look no further than the settlement administration website's instructions for objecting. Realizing they lack receipts to prove they are members of the class and having every reason to believe that such proof is required, they will abandon their attempt to object. Class Counsel and Defendants should not be allowed to silence objectors in this manner.[2]

---

[1] This language is contained in the "Common Questions" page and the seven-page Notice file.
[2] Indeed, as of November 16, no objections appear on the docket.

3

The only way to remedy this is to issue another round of notice to class members that does not contain the offending requirement. This is the only way that absent class members will have a chance to have their objections heard. It is important that class members be given a chance to speak about their rights that will be extinguished by this settlement.

**B.    Cy Pres**

The Court should not approve the *cy pres* provision of the Settlement Agreement. My first objection to *cy pres* is that it is generally a bad practice. A number of commentators have noted "the specter of judges and outside entities dealing in the distribution and solicitation of settlement money may create the appearance of impropriety." *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1039 (9th Cir. 2011); see also *SEC v. Bear, Stearns & Co.*, 626 F. Supp.2d 402, 415 (S.D.N.Y. 2009).

Second, it is troubling that no recipient is identified in the settlement agreement. The ALI Principles stress in § 3.07(c) that "the court, when feasible, should require the parties to identify a recipient whose interests reasonably approximate those being pursued by the class." Thus, at the time this Court is to approve the settlement, no one has any idea whether the *cy pres* funds will even indirectly benefit the class.

A better alternative would be to distribute further rounds of payments to class members who cash their checks. This was done by Judge King in the Bank of America Overdraft Class Action settlement.

**II.    Attorney's Fees**

A 35% attorneys' fee award is unreasonable in this case. The case was filed less than a year before a settlement agreement was reached. For a year's worth of work, Class Counsel requests $1.75 million in fees. Class Counsel represents that this would be a multiplier of 3.78

times their lodestar of $439,000. In support of this exceedingly generous multiplier, they cite to only one case in the Sixth Circuit, *In re Cardinal Health Inc. Sec. Litig.*, 528 F.Supp.2d 752 (S.D. Ohio 2007), which was a securities case that lasted for three years and ended with a $600 million settlement. Even with the multiplier of six used in that case, the award still only represented 18% of the settlement fund, a far cry from the 35% requested here. *Id.* at 754. Of the other nine cases cited by Class Counsel, six were securities class actions, one was a bankruptcy suit, one was an employment discrimination suit, and one was a complicated suit against the Department of Health and Human Services. Notably missing from their string citation is any consumer class action where Class Counsel was awarded a multiplier anywhere close to what is being asked for here. A much lower lodestar, or none at all, would more than fairly compensate counsel for their year of work on this case.

### Conclusion

For the reasons above, I respectfully request that the Court reject this settlement.

This objection has been sent to the following addresses:

ATTN: Case No. 1:14-CV-00965
United States District Court
Northern District of Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

SPANGENBERG SHIBLEY & LIBER LLP
ATTN: Walmart Settlement Objection
1001 Lakeside Avenue, East
Suite 1700
Cleveland, Ohio 44114

GREENBERG TRAURIG, LLP
1200 17th Street
Suite 2400
Denver, Colorado 80202-5835

Sincerely,

Dylan L Jacobs

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Case No. 1:14-CV-965 |
| | ) |
| SHAUN BRANDEWIE, et al. | ) Judge James S. Gwin |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| WAL-MART STORES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Dylan Jacobs, timely objector and member of the Plaintiff class in the above named case, appeals to the United States Court of Appeals for the Sixth Circuit from the Order approving the proposed settlement agreement as fair and reasonable (Doc. #86) entered on December 21, 2015.

Date:  1/19/2016

Dylan Jacobs
*Pro Se*
2828 Old Hickory Blvd Apt 304
Nashville, TN 37221
Dylan.jacobs@vanderbilt.edu
501-304-5527

# EXHIBIT 3

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public.

► Information about Form 990 and its instructions is at *www.irs.gov/form990.*

OMB No. 1545-0047

**2014**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A  For the 2014 calendar year, or tax year beginning** _____ **, 2014, and ending** _____ **,** _____

| B Check if applicable: | C | | D Employer identification number |
|---|---|---|---|
| [X] Address change | ACCESS NOW, INC. | | 27-0597430 |
| ☐ Name change | PO BOX 20429  4 E. 27TH ST | | E Telephone number |
| ☐ Initial return | NEW YORK, NY 10001-9998 | | 262-385-5295 |
| ☐ Final return/terminated | | | |
| ☐ Amended return | | | G Gross receipts $ 2,030,386. |
| ☐ Application pending | F Name and address of principal officer: BRETT SOLOMON | H(a) Is this a group return for subordinates? ☐ Yes [X] No | |
| | SAME AS C ABOVE | H(b) Are all subordinates included? ☐ Yes ☐ No | |
| | | If 'No,' attach a list. (see instructions) | |

**I** Tax-exempt status  [X] 501(c)(3)  ☐ 501(c) ( )◄ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ► WWW.ACCESSNOW.ORG

H(c) Group exemption number ►

**K** Form of organization: [X] Corporation  ☐ Trust  ☐ Association  ☐ Other►  **L** Year of formation: 2009  **M** State of legal domicile: CA

### Part I  Summary

| | | | |
|---|---|---|---|
| Activities & Governance | 1 Briefly describe the organization's mission or most significant activities: ACCESS DEFENDS AND EXTENDS THE DIGITAL RIGHTS OF USERS AT RISK AROUND THE WORLD. BY COMBINING INNOVATIVE POLICY, USER ENGAGEMENT, AND DIRECT TECHNICAL SUPPORT, WE WORK FOR OPEN AND SECURE COMMUNICATIONS FOR ALL. | | |
| | 2 Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 Number of voting members of the governing body (Part VI, line 1a) | 3 | 5 |
| | 4 Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 4 |
| | 5 Total number of individuals employed in calendar year 2014 (Part V, line 2a) | 5 | 22 |
| | 6 Total number of volunteers (estimate if necessary) | 6 | 5 |
| | 7a Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0. |
| | b Net unrelated business taxable income from Form 990-T, line 34 | 7b | 0. |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | 8 Contributions and grants (Part VIII, line 1h) | 2,774,920. | 1,957,517. |
| | 9 Program service revenue (Part VIII, line 2g) | | 100,817. |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 6,547. | -27,948. |
| | 12 Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,781,467. | 2,030,386. |
| Expenses | 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 1,900. | 60,881. |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 800,892. | 1,265,916. |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b Total fundraising expenses (Part IX, column (D), line 25) ► 139,642. | | |
| | 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 758,366. | 1,565,510. |
| | 18 Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 1,561,158. | 2,892,307. |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | 1,220,309. | -861,921. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets of Fund Balances | 20 Total assets (Part X, line 16) | 1,484,451. | 681,172. |
| | 21 Total liabilities (Part X, line 26) | 135,363. | 194,005. |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 1,349,088. | 487,167. |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ► Signature of officer | Date |
|---|---|---|
| | ► BRETT SOLOMON | EXECUTIVE DIRECTOR |
| | Type or print name and title. | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | KENNETH J LEDERER | *[signature]* | 11/10/15 | | P00396373 |
| | Firm's name ► LEDERER, LEVINE & ASSOCIATES LLC | | | Firm's EIN ► 22-3778048 | |
| | Firm's address ► 1099 WALL ST WEST SUITE 280 | | | | |
| | LYNDHURST, NJ 07071 | | Phone no. 201-933-3780 | | |

May the IRS discuss this return with the preparer shown above? (see instructions) ............ [X] Yes  ☐ No

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**     TEEA0113L  05/28/14     Form **990** (2014)

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ................................................. [X]

**1** Briefly describe the organization's mission:

ACCESS DEFENDS AND EXTENDS THE DIGITAL RIGHTS OF USERS AT RISK AROUND THE WORLD. BY
COMBINING INNOVATIVE POLICY, USER ENGAGEMENT, AND DIRECT TECHNICAL SUPPORT, WE WORK
FOR OPEN AND SECURE COMMUNICATIONS FOR ALL.

**2** Did the organization undertake any significant program services during the year which were not listed on the prior

Form 990 or 990-EZ? ...................................................................................................... ☐ **Yes** ☒ **No**

If 'Yes,' describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services?.... ☐ **Yes** ☒ **No**

If 'Yes,' describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses,
and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $  873,715.  including grants of $  881. ) (Revenue $  100,817. )

ACCESS' DIGITAL SECURITY PROJECT, IMPLEMENTED WITH THE SUPPORT OF THE SWEDISH
INTERNATIONAL DEVELOPMENT AGENCY, PROVIDES TECHNOLOGICAL SERVICES AND INSTRUCTION
DIRECTLY TO AT-RISK USERS TO ENSURE THEY CAN EXERCISE THEIR FUNDAMENTAL RIGHTS.

**4b** (Code: _____ ) (Expenses $  715,650.  including grants of $ _____ ) (Revenue $ _____ )

ACCESS HAS CONDUCTED PUBLIC AWARENESS PROJECTS AROUND DIGITAL RIGHTS AND INTERNET
FREEDOM. ACCESS HELD AN EDUCATIONAL CONFERENCE, RIGHTSCON SILICON VALLEY (SV) ON
MARCH 3, 4 & 5 IN SAN FRANCISCO, USA. RIGHTSCON SV BROUGHT TOGETHER ACTIVISTS, CIVIL
SOCIETY ORGANIZATIONS, CORPORATIONS AND GOVERNMENTS TO DISCUSS HUMAN RIGHTS AND
TECHNOLOGY.

**4c** (Code: _____ ) (Expenses $  512,397.  including grants of $ _____ ) (Revenue $ _____ )

ACCESS' EDUCATIONAL WORK HAS INVOLVED THE DEVELOPMENT OF EXTENSIVELY RESEARCHED
REPORTS ASSESSING THE CHALLENGES TO THE HUMAN RIGHTS, HIGH-TECH AND GOVERNMENT
SECTORS IN PLANNING AND MANAGING THE HUMAN RIGHTS IMPLICATIONS OF TECHNOLOGY. ACCESS'
EDUCATIONAL REPORTS IN THIS AREA WERE ALSO MADE AVAILABLE TO THE GENERAL PUBLIC.

**4d** Other program services. (Describe in Schedule O.)       SEE SCHEDULE O

(Expenses $  144,048.  including grants of $  60,000. ) (Revenue $ _____ )

**4e** Total program service expenses ▶  2,245,810.

| Part IV | Checklist of Required Schedules |

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If 'Yes,' complete Schedule A* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . . . . . . . . . . . . . . . . | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If 'Yes,' complete Schedule C, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If 'Yes,' complete Schedule C, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | X | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If 'Yes,' complete Schedule C, Part III* . . . . . . | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If 'Yes,' complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If 'Yes,' complete Schedule D, Part II* . . . . . . . . . . . . . . . . . . . . . | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If 'Yes,' complete Schedule D, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If 'Yes,' complete Schedule D, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If 'Yes,' complete Schedule D, Part V* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | X |
| 11 | If the organization's answer to any of the following questions is 'Yes', then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings and equipment in Part X, line 10? *If 'Yes,' complete Schedule D, Part VI* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | X | |
| **b** | Did the organization report an amount for investments – other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VII* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11b** | | X |
| **c** | Did the organization report an amount for investments – program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VIII* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part IX* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If 'Yes,' complete Schedule D, Part X* . . . . . . | **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If 'Yes,' complete Schedule D, Part X* . . . . | **11f** | X | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If 'Yes,' complete Schedule D, Parts XI, and XII* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | X | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If 'Yes,' and if the organization answered 'No' to line 12a, then completing Schedule D, Parts XI and XII is optional* . . . . . . . . . . . . . . . . . | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If 'Yes,' complete Schedule E* . . . . . . . . . . . . . . . . . . . . . | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . . . . . . . . . . . . . . . . . . . | **14a** | X | |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If 'Yes,' complete Schedule F, Parts I and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If 'Yes,' complete Schedule F, Parts II and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If 'Yes,' complete Schedule F, Parts III and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If 'Yes,' complete Schedule G, Part I* (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If 'Yes,' complete Schedule G, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If 'Yes,' complete Schedule G, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? *If 'Yes,' complete Schedule H* . . . . . . . . . . . . . . . . . . . . . . . . | **20** | | X |
| **b** | If 'Yes' to line 20a, did the organization attach a copy of its audited financial statements to this return? . . . . . . . . . . . . . . . | **20b** | | |

| Part IV | Checklist of Required Schedules *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If 'Yes,' complete Schedule I, Parts I and II.* | 21 | X | |
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If 'Yes,' complete Schedule I, Parts I and III.* | 22 | | X |
| 23 | Did the organization answer 'Yes' to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If 'Yes,' complete Schedule J.* | 23 | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If 'Yes,' answer lines 24b through 24d and complete Schedule K. If 'No,' go to line 25a* | 24a | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c | | |
| d | Did the organization act as an 'on behalf of' issuer for bonds outstanding at any time during the year? | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If 'Yes,' complete Schedule L, Part I* | 25a | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If 'Yes,' complete Schedule L, Part I* | 25b | | X |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If 'Yes,' complete Schedule L, Part II.* | 26 | | X |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If 'Yes,' complete Schedule L, Part III.* | 27 | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, or key employee? *If 'Yes,' complete Schedule L, Part IV* | 28a | | X |
| b | A family member of a current or former officer, director, trustee, or key employee? *If 'Yes,' complete Schedule L, Part IV.* | 28b | | X |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If 'Yes,' complete Schedule L, Part IV.* | 28c | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If 'Yes,' complete Schedule M.* | 29 | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If 'Yes,' complete Schedule M.* | 30 | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If 'Yes,' complete Schedule N, Part I* | 31 | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If 'Yes,' complete Schedule N, Part II* | 32 | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If 'Yes,' complete Schedule R, Part I* | 33 | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If 'Yes,' complete Schedule R, Part II, III, or IV, and Part V, line 1.* | 34 | | X |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a | | X |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If 'Yes,' complete Schedule R, Part V, line 2* | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If 'Yes,' complete Schedule R, Part V, line 2.* | 36 | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If 'Yes,' complete Schedule R, Part VI* | 37 | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. | 38 | X | |

TEEA0104L  05/28/14

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** |

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

|  |  | Yes | No |
|---|---|---|---|
| **1a** Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . . . . . . . . . . . . | **1a** | 21 | | |
| **b** Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . . . . . . . . . . . | **1b** | 0 | | |
| **c** Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | X | |
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . | **2a** | 22 | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? . . . . . . . . . . . . | **2b** | X | |
| **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . . . . . . . . . . . . . . . . . . | **3a** | | X |
| **b** If 'Yes' has it filed a Form 990-T for this year? *If 'No' to line 3b, provide an explanation in Schedule O.* . . . . . . . . . . . . . . . . | **3b** | | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . | **4a** | X | |
| **b** If 'Yes,' enter the name of the foreign country: ►     TUNISIA | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts. (FBAR) | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . . . . . . . . . . . . . . . . | **5a** | | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? . . . . . . . . . . . . | **5b** | | X |
| **c** If 'Yes,' to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6a** | | X |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6b** | | |
| **7**   **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | | X |
| **b** If 'Yes,' did the organization notify the donor of the value of the goods or services provided? . . . . . . . . . . . . . . . . . . . . . | **7b** | | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | | X |
| **d** If 'Yes,' indicate the number of Forms 8282 filed during the year . . . . . . . . . . | **7d** | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . | **7e** | | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . . . . . . . | **7f** | | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7g** | | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7h** | | |
| **8**   **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | |
| **9**   **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9a** | | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . . . . . . . . . . . . . . . . | **9b** | | |
| **10**  **Section 501(c)(7) organizations.** Enter: | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 . . . . . . . . . . . . . . . . . . . . | **10a** | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities . . . . . | **10b** | | | |
| **11**  **Section 501(c)(12) organizations.** Enter: | | | |
| **a** Gross income from members or shareholders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11b** | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? . . . . . . . . . . . | **12a** | | |
| **b** If 'Yes,' enter the amount of tax-exempt interest received or accrued during the year . . . . . . . | **12b** | | | |
| **13**  **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13a** | | |
| **Note.** See the instructions for additional information the organization must report on Schedule O. | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . . . . . . . . . . . . . . . . . . . . . | **13b** | | | |
| **c** Enter the amount of reserves on hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13c** | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? . . . . . . . . . . . . . . . . . . . . . . . . | **14a** | | X |
| **b** If 'Yes,' has it filed a Form 720 to report these payments? *If 'No,' provide an explanation in Schedule O* . . . . . . . . . . . . . | **14b** | | |

| **Part VI** | **Governance, Management, and Disclosure** *For each 'Yes' response to lines 2 through 7b below, and for a 'No' response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X

**Section A. Governing Body and Management**

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1 a** Enter the number of voting members of the governing body at the end of the tax year . . . . . . | **1 a** | 5 | | |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** Enter the number of voting members included in line 1a, above, who are independent . . . . . | **1 b** | 4 | | |
| **2** Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | | X |
| **3** Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? . . . . . . . . . . . . . . . . . . | | **3** | | X |
| **4** Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | | X |
| **5** Did the organization become aware during the year of a significant diversion of the organization's assets? . . . . . . . . . . . . | | **5** | | X |
| **6** Did the organization have members or stockholders? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **6** | | X |
| **7 a** Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7 a** | | X |
| **b** Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7 b** | | X |
| **8** Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** The governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8 a** | X | |
| **b** Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8 b** | | X |
| **9** Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If 'Yes,' provide the names and addresses in Schedule O* . . . . . . . . . . . . . . . . . . . . . . | | **9** | | X |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | Yes | No |
|---|---|---|---|
| **10 a** Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10 a** | | X |
| **b** If 'Yes,' did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10 b** | | |
| **11 a** Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . | **11 a** | X | |
| **b** Describe in Schedule O the process, if any, used by the organization to review this Form 990.   SEE SCHEDULE O | | | |
| **12 a** Did the organization have a written conflict of interest policy? *If 'No,' go to line 13* . . . . . . . . . . . . . . . . . . . . . . . | **12 a** | X | |
| **b** Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12 b** | X | |
| **c** Did the organization regularly and consistently monitor and enforce compliance with the policy? *If 'Yes,' describe in Schedule O how this was done* . . . SEE SCHEDULE O . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12 c** | X | |
| **13** Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | X | |
| **14** Did the organization have a written document retention and destruction policy? . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | X | |
| **15** Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** The organization's CEO, Executive Director, or top management official . SEE SCHEDULE O . . . . . . . . . . . . . . . . . . . . | **15 a** | X | |
| **b** Other officers or key employees of the organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15 b** | | X |
| If 'Yes' to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16 a** Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16 a** | | X |
| **b** If 'Yes,' did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16 b** | | |

**Section C. Disclosure**

**17** List the states with which a copy of this Form 990 is required to be filed ► ___NY CA_____

**18** Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

  X  Own website      X  Another's website      X  Upon request      ☐ Other *(explain in Schedule O)*

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.   SEE SCHEDULE O

**20** State the name, address, and telephone number of the person who possesses the organization's books and records: ►

  JOSEPH STEELE PO BOX  20429  4 E. 27TH  ST  NEW YORK NY 10001-9998 262-385-5295

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1 a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of 'key employee.'

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

□ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and Title | (B) Average hours per week (list any hours for related organiza- tions below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| _(1)_ BRETT SOLOMON _____ EXECUTIVE DIREC | 40 0 | X | | X | | | | 145,000. | 0. | 6,518. |
| _(2)_ YVETTE ALBERDINGK-THIJM ___ TREASURER | 4 0 | X | | X | | | | 0. | 0. | 0. |
| _(3)_ ANDREW MCLAUGHLIN _____ PRESIDENT | 4 0 | X | | X | | | | 0. | 0. | 0. |
| _(4)_ RONALDO LEMOS _____ DIRECTOR | 4 0 | X | | | | | | 0. | 0. | 0. |
| _(5)_ ANDREW COHEN _____ DIRECTOR | 4 0 | X | | | | | | 0. | 0. | 0. |
| _(6)_ _____ | | | | | | | | | | |
| _(7)_ _____ | | | | | | | | | | |
| _(8)_ _____ | | | | | | | | | | |
| _(9)_ _____ | | | | | | | | | | |
| _(10)_ _____ | | | | | | | | | | |
| _(11)_ _____ | | | | | | | | | | |
| _(12)_ _____ | | | | | | | | | | |
| _(13)_ _____ | | | | | | | | | | |
| _(14)_ _____ | | | | | | | | | | |

**BAA**                                        TEEA0107L   02/27/14                                    Form **990** (2014)

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organiza- tions below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) | | | | | | | | | | |
| (16) | | | | | | | | | | |
| (17) | | | | | | | | | | |
| (18) | | | | | | | | | | |
| (19) | | | | | | | | | | |
| (20) | | | | | | | | | | |
| (21) | | | | | | | | | | |
| (22) | | | | | | | | | | |
| (23) | | | | | | | | | | |
| (24) | | | | | | | | | | |
| (25) | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **1 b Sub-total**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 145,000. | 0. | 6,518. |
| **c Total from continuation sheets to Part VII, Section A**. . . . . . . . . . . . . . . . . . . . . ▶ | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 145,000. | 0. | 6,518. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶    1

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If 'Yes,' complete Schedule J for such individual*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If 'Yes' complete Schedule J for such individual*. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | X | |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If 'Yes,' complete Schedule J for such person*. . . . . . . . . . . . . . . . . . . . . . . . | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶   0

**Part VIII** | **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1 a** Federated campaigns . . . . . . . . . | **1 a** | | | | |
| | **b** Membership dues. . . . . . . . . . . . | **1 b** | | | | |
| | **c** Fundraising events. . . . . . . . . . . | **1 c** | | | | |
| | **d** Related organizations . . . . . . . . . | **1 d** | | | | |
| | **e** Government grants (contributions) . . . . | **1 e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above . . . | **1 f** | 1,957,517. | | | |
| | **g** Noncash contributions included in lines 1a-1f: $ | ▶ | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | 1,957,517. | | | |
| **Program Service Revenue** | | **Business Code** | | | | |
| | **2 a** REGISTRATION FEES | 900099 | 100,817. | 100,817. | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue . . . . | | | | | |
| | **g Total.** Add lines 2a-2f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | 100,817. | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest and other similar amounts) . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | | | | |
| | **4** Income from investment of tax-exempt bond proceeds. . | ▶ | | | | |
| | **5** Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | | | | |
| | | (i) Real | (ii) Personal | | | | |
| | **6 a** Gross rents. . . . . . . . . . | | | | | | |
| | **b** Less: rental expenses | | | | | | |
| | **c** Rental income or (loss) . . . | | | | | | |
| | **d** Net rental income or (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | | | | |
| | **7 a** Gross amount from sales of assets other than inventory | (i) Securities | (ii) Other | | | | |
| | **b** Less: cost or other basis and sales expenses . . . . . . | | | | | | |
| | **c** Gain or (loss). . . . . . . . | | | | | | |
| | **d** Net gain or (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | | | | |
| | **8 a** Gross income from fundraising events (not including. . $ of contributions reported on line 1c). See Part IV, line 18. . . . . . . . . . . . . . . **a** | | | | | |
| | **b** Less: direct expenses . . . . . . . . . . . . . . **b** | | | | | |
| | **c** Net income or (loss) from fundraising events . . . . . . . . . | ▶ | | | | |
| | **9 a** Gross income from gaming activities. See Part IV, line 19. . . . . . . . . . . . . . . **a** | | | | | |
| | **b** Less: direct expenses . . . . . . . . . . . . . . **b** | | | | | |
| | **c** Net income or (loss) from gaming activities. . . . . . . . . . . | ▶ | | | | |
| | **10a** Gross sales of inventory, less returns and allowances. . . . . . . . . . . . . . . . . . . . **a** | | | | | |
| | **b** Less: cost of goods sold. . . . . . . . . . . **b** | | | | | |
| | **c** Net income or (loss) from sales of inventory . . . . . . . . . . | ▶ | | | | |
| | | Miscellaneous Revenue | **Business Code** | | | | |
| | **11a** OTHER INCOME | 900099 | 977. | | | 977. |
| | **b** LOSS ON FOREIGN CURRENCY | 900099 | -28,925. | | | -28,925. |
| | **c** | | | | | |
| | **d** All other revenue . . . . . . . . . . . . . . . . | | | | | |
| | **e Total.** Add lines 11a-11d . . . . . . . . . . . . . . . . . . . . . . . . . . | ▶ | -27,948. | | | |
| | **12** **Total revenue.** See instructions . . . . . . . . . . . . . . . . . . . . . . | ▶ | 2,030,386. | 100,817. | 0. | -27,948. |

**Part IX** | **Statement of Functional Expenses**

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX................................................

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21.................... | 21,257. | 21,257. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22............ | 881. | 881. | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and for-eign individuals. See Part IV, lines 15 and 16 | 38,743. | 38,743. | | |
| **4** Benefits paid to or for members............ | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees.............. | 151,518. | 92,661. | 19,347. | 39,510. |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)................... | 0. | 0. | 0. | 0. |
| **7** Other salaries and wages................. | 951,177. | 743,393. | 147,214. | 60,570. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions)............... | | | | |
| **9** Other employee benefits................. | 70,817. | 54,864. | 10,753. | 5,200. |
| **10** Payroll taxes........................ | 92,404. | 70,227. | 13,860. | 8,317. |
| **11** Fees for services (non-employees): | | | | |
| **a** Management............................ | | | | |
| **b** Legal................................ | 22,674. | 3,164. | 19,510. | |
| **c** Accounting........................... | 66,745. | 2,220. | 64,525. | |
| **d** Lobbying............................. | | | | |
| **e** Professional fundraising services. See Part IV, line 17.... | | | | |
| **f** Investment management fees.............. | | | | |
| **g** Other. (If line 11g amt exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O).... | 36,224. | 32,192. | 4,032. | |
| **12** Advertising and promotion................. | | | | |
| **13** Office expenses........................ | 26,294. | 7,731. | 18,416. | 147. |
| **14** Information technology.................. | | | | |
| **15** Royalties............................ | | | | |
| **16** Occupancy............................ | 125,652. | 50,946. | 74,706. | |
| **17** Travel............................... | 260,490. | 224,407. | 25,281. | 10,802. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials......................... | | | | |
| **19** Conferences, conventions, and meetings.... | 2,140. | 2,140. | | |
| **20** Interest............................. | | | | |
| **21** Payments to affiliates.................. | | | | |
| **22** Depreciation, depletion, and amortization... | 18,792. | | 18,792. | |
| **23** Insurance............................ | 6,122. | | 6,122. | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.)................. | | | | |
| **a** INTERNATIONAL STAFF EXPENSES | 383,209. | 375,590. | 6,935. | 684. |
| **b** SPECIAL PROJECTS EXPENSES | 381,722. | 367,778. | 923. | 13,021. |
| **c** COMPUTER AND WEBSITE | 57,460. | 54,248. | 3,212. | |
| **d** WEBSITE DEVELOPMENT | 45,921. | 39,388. | 6,353. | 180. |
| **e** All other expenses..................... | 132,065. | 63,980. | 66,874. | 1,211. |
| **25** Total functional expenses. Add lines 1 through 24e.... | 2,892,307. | 2,245,810. | 506,855. | 139,642. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ► ☐ if following SOP 98-2 (ASC 958-720)................. | | | | |

| Part X | Balance Sheet |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

| | | | **(A)** Beginning of year | | **(B)** End of year |
| --- | --- | --- | ---: | --- | ---: |
| **Assets** | **1** | Cash — non-interest-bearing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 732,594. | **1** | 342,096. |
| | **2** | Savings and temporary cash investments. . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | |
| | **3** | Pledges and grants receivable, net. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 647,282. | **3** | 258,590. |
| | **4** | Accounts receivable, net. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | |
| | **5** | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **5** | |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions). Complete Part II of Schedule L . . . . . | | **6** | |
| | **7** | Notes and loans receivable, net. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7** | |
| | **8** | Inventories for sale or use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8** | |
| | **9** | Prepaid expenses and deferred charges. . . . . . . . . . . . . . . . . . . . . . . . . . | 60,557. | **9** | 13,280. |
| | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D. . . . . . . . . . . . . . . . . **10a** 117,809. | | | |
| | **b** | Less: accumulated depreciation. . . . . . . . . . . . . . . . . **10b** 62,736. | 23,755. | **10c** | 55,073. |
| | **11** | Investments — publicly traded securities. . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | |
| | **12** | Investments — other securities. See Part IV, line 11. . . . . . . . . . . . . . . . | | **12** | |
| | **13** | Investments — program-related. See Part IV, line 11. . . . . . . . . . . . . . . | | **13** | |
| | **14** | Intangible assets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **14** | |
| | **15** | Other assets. See Part IV, line 11. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,263. | **15** | 12,133. |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 34). . . . . . . . . . . . . . . | 1,484,451. | **16** | 681,172. |
| **Liabilities** | **17** | Accounts payable and accrued expenses. . . . . . . . . . . . . . . . . . . . . . . . . | 114,459. | **17** | 187,612. |
| | **18** | Grants payable. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** | Deferred revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,904. | **19** | 6,393. |
| | **20** | Tax-exempt bond liabilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **20** | |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D. . . . . . . . . | | **21** | |
| | **22** | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **22** | |
| | **23** | Secured mortgages and notes payable to unrelated third parties . . . . . . . . . . . . | | **23** | |
| | **24** | Unsecured notes and loans payable to unrelated third parties. . . . . . . . . . . . . . | | **24** | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D. | | **25** | |
| | **26** | **Total liabilities.** Add lines 17 through 25. . . . . . . . . . . . . . . . . . . . . . . . . . | 135,363. | **26** | 194,005. |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117 (ASC 958), check here ▸ ☒ **and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | **27** | Unrestricted net assets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 149,161. | **27** | -282,864. |
| | **28** | Temporarily restricted net assets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,199,927. | **28** | 770,031. |
| | **29** | Permanently restricted net assets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **29** | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▸** ☐ **and complete lines 30 through 34.** | | | |
| | **30** | Capital stock or trust principal, or current funds. . . . . . . . . . . . . . . . . . . . | | **30** | |
| | **31** | Paid-in or capital surplus, or land, building, or equipment fund. . . . . . . . . . . . | | **31** | |
| | **32** | Retained earnings, endowment, accumulated income, or other funds. . . . . . . . . | | **32** | |
| | **33** | Total net assets or fund balances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,349,088. | **33** | 487,167. |
| | **34** | Total liabilities and net assets/fund balances. . . . . . . . . . . . . . . . . . . . . . | 1,484,451. | **34** | 681,172. |

| Part XI | Reconciliation of Net Assets | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI............................................. ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12)............................................. | **1** | 2,030,386. |
| 2 | Total expenses (must equal Part IX, column (A), line 25)............................................. | **2** | 2,892,307. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ..................................................... | **3** | -861,921. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)).................. | **4** | 1,349,088. |
| 5 | Net unrealized gains (losses) on investments........................................................... | **5** | |
| 6 | Donated services and use of facilities.................................................................. | **6** | |
| 7 | Investment expenses.................................................................................... | **7** | |
| 8 | Prior period adjustments............................................................................... | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O)................................... | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B))................................................................................................ | **10** | 487,167. |

| Part XII | Financial Statements and Reporting | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XII............................................. ☐

| | | Yes | No |
|---|---|---|---|
| 1 Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other _____ | | | |
| If the organization changed its method of accounting from a prior year or checked 'Other,' explain in Schedule O. | | | |
| **2a** Were the organization's financial statements compiled or reviewed by an independent accountant?.................... | **2a** | | X |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both:   ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **b** Were the organization's financial statements audited by an independent accountant?.................................. | **2b** | X | |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both:   ☒ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| **c** If 'Yes' to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant?.......................... | **2c** | X | |
| If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| **3a** As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133?....................................................................................... | **3a** | | X |
| **b** If 'Yes,' did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits............................ | **3b** | | |

BAA                                                                                                     Form **990** (2014)

# Public Charity Status and Public Support

OMB No. 1545-0047

## 2014

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.

► **Attach to Form 990 or Form 990-EZ.**

► **Information about Schedule A (Form 990 or 990-EZ) and its instructions is at www.irs.gov/form990.**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

| **Part I** | **Reason for Public Charity Status** (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is: (For lines 1 through 11, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E.)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An organization that normally receives: (1) more than 33-1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions — subject to certain exceptions, and (2) no more than 33-1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

10 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

11 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 11a through 11d that describes the type of supporting organization and complete lines 11e, 11f, and 11g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-9 above or IRC section (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**

| Part II | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |
|---|---|

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ► | (a) 2010 | (b) 2011 | (c) 2012 | (d) 2013 | (e) 2014 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') . . . . . . . . | 466,141. | 1,120,307. | 1,251,433. | 2,774,920. | 1,957,517. | 7,570,318. |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . . . . . . . . . . . . . . . | | | | | | 0. |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge . . . | | | | | | 0. |
| **4** **Total.** Add lines 1 through 3 . . . | 466,141. | 1,120,307. | 1,251,433. | 2,774,920. | 1,957,517. | 7,570,318. |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | 2,569,945. |
| **6** **Public support.** Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . | | | | | | 5,000,373. |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ► | (a) 2010 | (b) 2011 | (c) 2012 | (d) 2013 | (e) 2014 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 . . . . . . . . . | 466,141. | 1,120,307. | 1,251,433. | 2,774,920. | 1,957,517. | 7,570,318. |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources . . . . . . . . . . . . . . . | | | | | | 0. |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . . . . . . . . . . . . . | | | | | | 0. |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . SEE PART VI . . . | | 5,509. | 1,910. | 6,547. | 977. | 14,943. |
| **11** **Total support.** Add lines 7 through 10 . . . . . . . . . . . . . . . . . | | | | | | 7,585,261. |
| **12** Gross receipts from related activities, etc (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | **12** | 0. |

**13 First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

## Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2014 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . . . . . . . . . . . . . . . | **14** | 65.92 % |
| **15** Public support percentage from 2013 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 51.55 % |

**16a 33-1/3% support test — 2014.** If the organization did not check the box on line 13, and the line 14 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☒

**b 33-1/3% support test — 2013.** If the organization did not check a box on line 13 or 16a, and line 15 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**17a 10%-facts-and-circumstances test — 2014.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization . . . . . . . . . ► ☐

**b 10%-facts-and-circumstances test — 2013.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . ► ☐

**18 Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . ► ☐

| **Part III** | **Support Schedule for Organizations Described in Section 509(a)(2)** |
|---|---|

(Complete only if you checked the box on line 9 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal yr beginning in) ► | **(a)** 2010 | **(b)** 2011 | **(c)** 2012 | **(d)** 2013 | **(e)** 2014 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions and membership fees received. (Do not include any 'unusual grants.') . . . . . . . . . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose . . . . . . . . . | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513. | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . . . . . . . . . . . . . . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge . . . | | | | | | |
| **6** **Total.** Add lines 1 through 5 . . . | | | | | | |
| **7 a** Amounts included on lines 1, 2, and 3 received from disqualified persons . . . . . . . . . . . | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year . . . . . . . . . . . . . . . . . | | | | | | |
| **c** Add lines 7a and 7b . . . . . . . . . . | | | | | | |
| **8** **Public support** (Subtract line 7c from line 6.) . . . . . . . . . . . . . . . | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal yr beginning in) ► | **(a)** 2010 | **(b)** 2011 | **(c)** 2012 | **(d)** 2013 | **(e)** 2014 | **(f)** Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 . . . . . . . . . . | | | | | | |
| **10 a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources . . . . . . . . . . . . . . . . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 . . | | | | | | |
| **c** Add lines 10a and 10b . . . . . . . . | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on . . . . . . . . . . . . . . . | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . . . . . . . . . . . . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11 and 12.) . . . . . . . . . . . . . . | | | | | | |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for **2014** (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | % |
| **16** Public support percentage from 2013 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | % |

### Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2014** (line 10c, column (f) divided by line 13, column (f)) . . . . . . . . . . . . . . . . . . | **17** | | % |
| **18** Investment income percentage from **2013** Schedule A, Part III, line 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | | % |

**19 a 33-1/3% support tests — 2014.** If the organization did not check the box on line 14, and line 15 is more than 33-1/3%, and line 17 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . ► ☐

**b 33-1/3% support tests — 2013.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33-1/3%, and line 18 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . ► ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . . . . . . . . ► ☐

| Part IV | Supporting Organizations |
|---|---|

(Complete only if you checked a box on line 11 of Part I. If you checked 11a of Part I, complete Sections A and B. If you checked 11b of Part I, complete Sections A and C. If you checked 11c of Part I, complete Sections A, D, and E. If you checked 11d of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If 'No,' describe in Part VI how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* ......1 | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If 'Yes,' explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2)* ......2 | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If 'Yes,' answer (b) and (c) below.* ......3a | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If 'Yes,' describe in Part VI when and how the organization made the determination.* ......3b | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If 'Yes,' explain in Part VI what controls the organization put in place to ensure such use* ......3c | | |
| 4a | Was any supported organization not organized in the United States ('foreign supported organization')? *If 'Yes' and if you checked 11a or 11b in Part I, answer (b) and (c) below.* ......4a | | |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If 'Yes,' describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations* ......4b | | |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If 'Yes,' explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes* ......4c | | |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? *If 'Yes,' answer (b) and (c) below (if applicable). Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document)* ......5a | | |
| b | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? ......5b | | |
| c | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? ......5c | | |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (a) its supported organizations; (b) individuals that are part of the charitable class benefited by one or more of its supported organizations; or (c) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If 'Yes,' provide detail in Part VI* ......6 | | |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in IRC 4958(c)(3)(C)), a family member of a substantial contributor, or a 35-percent controlled entity with regard to a substantial contributor? *If 'Yes,' complete Part I of Schedule L (Form 990)* ......7 | | |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If 'Yes,' complete Part I of Schedule L (Form 990).* ......8 | | |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If 'Yes,' provide detail in Part VI* ......9a | | |
| b | Did one or more disqualified persons (as defined in line 9(a)) hold a controlling interest in any entity in which the supporting organization had an interest? *If 'Yes,' provide detail in Part VI* ......9b | | |
| c | Did a disqualified person (as defined in line 9(a)) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If 'Yes,' provide detail in Part VI.* ......9c | | |
| 10a | Was the organization subject to the excess business holdings rules of IRC 4943 because of IRC 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If 'Yes,' answer (b) below.* ......10a | | |
| b | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* ......10b | | |

| **Part IV** | **Supporting Organizations** *(continued)* |
|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | |
| **b** | A family member of a person described in (a) above? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11b** | | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If 'Yes' to a, b, or c, provide detail in **Part VI** . . . . . . . .* | **11c** | | |

## Section B. Type I Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If 'No,' describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If 'Yes,' explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |

## Section C. Type II Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If 'No,' describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)* . . . . . | **1** | | |

## Section D. All Type III Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (1) a written notice describing the type and amount of support provided during the prior tax year, (2) a copy of the Form 990 that was most recently filed as of the date of notification, and (3) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? . . . . . . . . . | **1** | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If 'No,' explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s)* . . . . . . . . . . . | **2** | | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If 'Yes,' describe in **Part VI** the role the organization's supported organizations played in this regard* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |

## Section E. Type III Functionally-Integrated Supporting Organizations

| | |
|---|---|
| 1 | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions):*** |
| **a** | ☐ The organization satisfied the Activities Test. *Complete **line 2** below.* |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete **line 3** below.* |
| **c** | ☐ The organization supported a governmental entity. *Describe in Part VI how you supported a government entity (see instructions).* |

| | | | Yes | No |
|---|---|---|---|---|
| 2 | Activities Test. ***Answer (a) and (b) below.*** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If 'Yes,' then in **Part VI** identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If 'Yes,' explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** | | |
| 3 | Parent of Supported Organizations. ***Answer (a) and (b) below.*** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in **Part VI**.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If 'Yes,' describe in **Part VI** the role played by the organization in this regard* . . . . . . . . . . . . . . . . . | **3b** | | |

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations |
|---|---|

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on November 20, 1970. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

### Section A — Adjusted Net Income

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3 | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |

### Section B — Minimum Asset Amount

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| | **a** Average monthly value of securities | 1a | | |
| | **b** Average monthly cash balances | 1b | | |
| | **c** Fair market value of other non-exempt-use assets | 1c | | |
| | **d Total** (add lines 1a, 1b, and 1c) | 1d | | |
| | **e Discount** claimed for blockage or other factors (explain in detail in **Part VI**): | | | |
| 2 | Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| 3 | Subtract line 2 from line 1d | 3 | | |
| 4 | Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions) | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by .035 | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

### Section C — Distributable Amount

| | | | Current Year |
|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | |
| 2 | Enter 85% of line 1 | 2 | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | |
| 4 | Enter greater of line 2 or line 3 | 4 | |
| 5 | Income tax imposed in prior year | 5 | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | |

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions).

| **Part V** | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)* | | | |
|---|---|---|---|---|

| **Section D − Distributions** | | | | **Current Year** |
|---|---|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes.................................... | | | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity................................................................... | | | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations...................... | | | |
| 4 | Amounts paid to acquire exempt-use assets.............................................................. | | | |
| 5 | Qualified set-aside amounts (prior IRS approval required)................................................. | | | |
| 6 | Other distributions (describe in **Part VI**). See instructions.................................................. | | | |
| 7 | **Total annual distributions.** Add lines 1 through 6........................................................ | | | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions...................................................................... | | | |
| 9 | Distributable amount for 2014 from Section C, line 6...................................................... | | | |
| 10 | Line 8 amount divided by Line 9 amount................................................................. | | | |

| **Section E − Distribution Allocations (see instructions)** | **(i) Excess Distributions** | **(ii) Underdistributions Pre-2014** | **(iii) Distributable Amount for 2014** |
|---|---|---|---|
| 1 Distributable amount for 2014 from Section C, line 6............. | | | |
| 2 Underdistributions, if any, for years prior to 2014 (reasonable cause required − see instructions).............................. | | | |
| 3 Excess distributions carryover, if any, to 2014: | | | |
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** From 2013........................ | | | |
| **f Total** of lines 3a through e....................................... | | | |
| **g** Applied to underdistributions of prior years...................... | | | |
| **h** Applied to 2014 distributable amount............................ | | | |
| **i** Carryover from 2009 not applied (see instructions)................ | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from 3f................. | | | |
| 4 Distributions for 2014 from Section D, line 7:        $ | | | |
| **a** Applied to underdistributions of prior years...................... | | | |
| **b** Applied to 2014 distributable amount............................ | | | |
| **c** Remainder. Subtract lines 4a and 4b from 4..................... | | | |
| 5 Remaining underdistributions for years prior to 2014, if any. Subtract lines 3g and 4a from line 2 (if amount greater than zero, see instructions)............................................ | | | |
| 6 Remaining underdistributions for 2014. Subtract lines 3h and 4b from line 1 (if amount greater than zero, see instructions)........ | | | |
| 7 **Excess distributions carryover to 2015.** Add lines 3j and 4c...... | | | |
| 8 Breakdown of line 7: | | | |
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** Excess from 2013................... | | | |
| **e** Excess from 2014................... | | | |

**BAA**

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; and Part III, line 12. Also complete this part for any additional information. (See instructions). |

## PART II, LINE 10 - OTHER INCOME

| NATURE AND SOURCE | 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|---|
| | $       977. | $     6,547. | $     1,910. | $     5,670. | |
| TOTAL | $       977. | $     6,547. | $     1,910. | $     5,670. | $           0. |

OMB No. 1545-0047

# Schedule of Contributors

► **Attach to Form 990, Form 990-EZ, or Form 990-PF**
► **Information about Schedule B (Form 990, 990-EZ, 990-PF) and its instructions is at** *www.irs.gov/form990.*

**2014**

| Name of the organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Organization type** (check one):

**Filers of:**                    **Section:**

Form 990 or 990-EZ          [X] 501(c)( 3 ) (enter number) organization

                               [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

                               [ ] 527 political organization

Form 990-PF                  [ ] 501(c)(3) exempt private foundation

                               [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

                               [ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule**

**Note.** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[ ] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[X] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h, or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Do not complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . . . . . . ► $ _____

**Caution:** An organization that is not covered by the General Rule and/or the Special Rules does not file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it does not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990, 990EZ, or 990-PF.**          Schedule **B** (Form 990, 990-EZ, or 990-PF) (2014)

| Name of organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | GOOGLE INC. <br> PO BOX 2050 <br> MOUNTAINVIEW, CA 94042-2050 | $ 102,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 2 | OXFAM NOVIB <br> P.O. BOX 30919 <br> HAGUE , EUROPE 2500 GX D HAAG NETHERLANDS | $ 125,910. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 3 | FACEBOOK, INC. <br> 1601 WILLOW ROAD <br> MENLO PARK, CA 94025 | $ 50,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 4 | MICROSOFT CORPORATION <br> ONE MICROSOFT WAY <br> REDMOND , WA 98052 | $ 65,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 5 | VOQAL <br> P.O. BOX 6060 <br> BOULDER, CO 80306 | $ 130,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 6 | SWEDISH INT'L DEV CO-OP AGENCY <br> VALHALLAVAGEN 199 <br> STOCKHOLM, EUROPE SE-105 25 SWEDEN | $ 1,169,755. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

| Name of organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 7 | SCHMIDT FAMILY FOUNDATION/11TH HOUR<br>555 BRYANT STREET<br>PALO ALTO, CA 94301 | $ 75,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 8 | TWITTER<br>1355 MARKET STREET<br>SAN FRANCISCO, CA 94103 | $ 40,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 9 | HIVOS<br>2508 CG HAGUE<br>NETHERLANDS, EUROPE 2508 CG HAGUE NETHERLANDS | $ 39,467. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

| Name of organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Part II**　**Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| _ _ _ _ | N/A | $ | |
| _ _ _ _ | | $ | |
| _ _ _ _ | | $ | |
| _ _ _ _ | | $ | |
| _ _ _ _ | | $ | |
| _ _ _ _ | | $ | |

TEEA0703L  07/14/14

| Name of organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Part III** *Exclusively* **religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8) or (10) that total more than $1,000 for the year from any one contributor.** Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.) . . . . . . . . . . . ► $ _ _ _ _ _ _ _ N/A
Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

**BAA**

# Political Campaign and Lobbying Activities

### For Organizations Exempt From Income Tax Under section 501(c) and section 527

► Complete if the organization is described below. ► Attach to Form 990 or Form 990-EZ.
► Information about Schedule C (Form 990 or 990-EZ) and it instructions
is at *www.irs.gov/form990.*

OMB No. 1545-0047

**2014**

**Open to Public Inspection**

**If the organization answered 'Yes,' to Form 990, Part IV, line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**

- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered 'Yes,' to Form 990, Part IV, line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**

- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered 'Yes,' to Form 990, Part IV, line 5 (Proxy Tax) (see instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see instructions), then**

- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** |
|---|---|

| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV. | |
|---|---|---|
| 2 | Political expenditures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ | |
| 3 | Volunteer hours . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** |
|---|---|

| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 . . . . . . . . . . . . . . . . . . . . . . ► $ | | 0. |
|---|---|---|---|
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 . . . . . . . . . . . . . . . . . ► $ | | 0. |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| 4a | Was a correction made? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| b | If 'Yes,' describe in Part IV. | | |

| **Part I-C** | **Complete if the organization is exempt under section 501(c) , except section 501(c)(3).** |
|---|---|

| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities . . . . . . . ► $ | |
|---|---|---|
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ | |
| 3 | Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ | |
| 4 | Did the filing organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No |

5 Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter-0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** Schedule C (Form 990 or 990-EZ) 2014

**Part II-A** | Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).

**A** Check ► ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B** Check ► ☐ if the filing organization checked box A and 'limited control' provisions apply.

| Limits on Lobbying Expenditures<br>(The term 'expenditures' means amounts paid or incurred.) | (a) Filing<br>organization's totals | (b) Affiliated<br>group totals |
|---|---|---|
| **1 a** Total lobbying expenditures to influence public opinion (grass roots lobbying). . . . . . . . . . . . . . | 28,252. | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying). . . . . . . . . . . . . . | 36,934. | |
| **c** Total lobbying expenditures (add lines 1a and 1b). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 65,186. | 0. |
| **d** Other exempt purpose expenditures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,828,533. | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,893,719. | 0. |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 294,686. | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | (a) | (b) |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 73,672. | 0. |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0-. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 0. |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0-. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 0. |

**j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year (or fiscal year beginning in) | (a) 2011 | (b) 2012 | (c) 2013 | (d) 2014 | (e) Total |
|---|---|---|---|---|---|
| **2 a** Lobbying non-taxable amount . . . . . . . . . . . . . | | | 228,058. | 294,686. | 522,744. |
| **b** Lobbying ceiling amount (150% of line 2a, column (e)). . . . . . | | | | | 784,116. |
| **c** Total lobbying expenditures . . . . . . . . | | | 36,781. | 65,186. | 101,967. |
| **d** Grassroots nontaxable amount . . . . . . . . . . . . . | | | 57,015. | 73,672. | 130,687. |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)). . . . . . | | | | | 196,031. |
| **f** Grassroots lobbying expenditures . . . . . . . . | | | 14,138. | 28,252. | 42,390. |

**BAA**

| **Part II-B** | **Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).** |
|---|---|

|  |  | (a) | | (b) |
|---|---|---|---|---|
| *For each 'Yes' response to lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.* | | Yes | No | Amount |
| **1** | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| **a** | Volunteers? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? . . . . . . | | | |
| **c** | Media advertisements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **d** | Mailings to members, legislators, or the public? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **e** | Publications, or published or broadcast statements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **f** | Grants to other organizations for lobbying purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **g** | Direct contact with legislators, their staffs, government officials, or a legislative body? . . . . . . . . . . . . . | | | |
| **h** | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? . . . . . . . . . . | | | |
| **i** | Other activities? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **j** | Total. Add lines 1c through 1i. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **2 a** | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? . . . . . . . . . . . | | | |
| **b** | If 'Yes,' enter the amount of any tax incurred under section 4912 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | If 'Yes,' enter the amount of any tax incurred by organization managers under section 4912 . . . . . . . . . . | | | |
| **d** | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? . . . . . . . . . . . . . | | | |

| **Part III-A** | **Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).** |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Were substantially all (90% or more) dues received nondeductible by members? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| **3** | Did the organization agree to carry over lobbying and political expenditures from the prior year? . . . . . . . . . . . . . . . . . . . . . | **3** | | |

| **Part III-B** | **Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered 'No,' OR (b) Part III-A, line 3, is answered 'Yes.'** |
|---|---|

| **1** | Dues, assessments and similar amounts from members. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
|---|---|---|---|
| **2** | Section 162(e) nondeductible lobbying and political expenditures **(do not include amounts of political expenses for which the section 527(f) tax was paid).** | | |
| **a** | Current year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Carryover from last year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** | |
| **c** | Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2c** | |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues . . . . . . . . . | **3** | |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Taxable amount of lobbying and political expenditures (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| **Part IV** | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions); and Part II-B, line 1. Also, complete this part for any additional information.

TEEA3203L  10/29/14

# Supplemental Financial Statements

► **Complete if the organization answered 'Yes,' to Form 990,**
**Part IV, lines 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
► **Attach to Form 990.**
► **Information about Schedule D (Form 990) and its instructions is at www.irs.gov/form990.**

OMB No. 1545-0047

**2014**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered 'Yes' to Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year. . . . . . . . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year). . . . . . | | |
| 3 | Aggregate value of grants from (during year) . . . . . . . . | | |
| 4 | Aggregate value at end of year. . . . . . . . . . . . | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds
  are the organization's property, subject to the organization's exclusive legal control?. . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only
  for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring
  impermissible private benefit?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**Part II** | **Conservation Easements.**
Complete if the organization answered 'Yes' to Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education) | ☐ Preservation of a historically important land area
☐ Protection of natural habitat | ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the
  last day of the tax year.

| | | **Held at the End of the Tax Year** |
|---|---|---|
| **a** Total number of conservation easements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** Total acreage restricted by conservation easements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** | |
| **c** Number of conservation easements on a certified historic structure included in (a) . . . . . . . . . . . . | **2c** | |
| **d** Number of conservation easements included in (c) acquired after 8/17/06, and not on a historic structure listed in the National Register. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2d** | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
  tax year ► _____

4 Number of states where property subject to conservation easement is located ► _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations,
  and enforcement of the conservation easements it holds?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6 Staff and volunteer hours devoted to monitoring, inspecting, and enforcing conservation easements during the year
  ► _____

7 Amount of expenses incurred in monitoring, inspecting, and enforcing conservation easements during the year
  ► $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
  and section 170(h)(4)(B)(ii)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and
  include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for
  conservation easements.

**Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered 'Yes' to Form 990, Part IV, line 8.

1 **a** If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of
   art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide,
   in Part XIII, the text of the footnote to its financial statements that describes these items.

  **b** If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art,
   historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the
   following amounts relating to these items:

   **(i)** Revenue included in Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

   **(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following
  amounts required to be reported under SFAS 116 (ASC 958) relating to these items:

 **a** Revenue included in Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

 **b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |
|---|---|

**3**  Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition                          **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research                         **e** ☐ Other _____

**c** ☐ Preservation for future generations

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**  During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?..................... ☐ Yes  ☐ No

| Part IV | **Escrow and Custodial Arrangements.** Complete if the organization answered 'Yes' to Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21. |
|---|---|

**1 a** Is the organization an agent, trustee, custodian, or other intermediary for contributions or other assets not included on Form 990, Part X?.................................................................................... ☐ Yes  ☐ No

**b** If 'Yes,' explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance............................................. | **1 c** |  |
| **d** Additions during the year...................................... | **1 d** |  |
| **e** Distributions during the year.................................. | **1 e** |  |
| **f** Ending balance.............................................. | **1 f** |  |

**2 a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?..... ☐ Yes  ☐ No

**b** If 'Yes,' explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII.................... ☐

| Part V | **Endowment Funds.** Complete if the organization answered 'Yes' to Form 990, Part IV, line 10. |
|---|---|

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1 a** Beginning of year balance...... |  |  |  |  |  |
| **b** Contributions................. |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses................... |  |  |  |  |  |
| **d** Grants or scholarships......... |  |  |  |  |  |
| **e** Other expenditures for facilities and programs................. |  |  |  |  |  |
| **f** Administrative expenses....... |  |  |  |  |  |
| **g** End of year balance.......... |  |  |  |  |  |

**2**  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ► _____ %

**b** Permanent endowment ► _____ %

**c** Temporarily restricted endowment ► _____ %

The percentages in lines 2a, 2b, and 2c should equal 100%.

**3 a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations................................................................. | **3a(i)** |  |  |
| **(ii)** related organizations................................................................. | **3a(ii)** |  |  |
| **b** If 'Yes' to 3a(ii), are the related organizations listed as required on Schedule R?............................ | **3b** |  |  |

**4**  Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | **Land, Buildings, and Equipment.** |
|---|---|

Complete if the organization answered 'Yes' to Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1 a** Land............................ |  |  |  |  |
| **b** Buildings......................... |  |  |  |  |
| **c** Leasehold improvements............ |  |  |  |  |
| **d** Equipment........................ |  | 74,120. | 57,173. | 16,947. |
| **e** Other............................ |  | 43,689. | 5,563. | 38,126. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)*..................... ► |  |  |  | 55,073. |

| **Part VII** | **Investments — Other Securities.** N/A | | |
|---|---|---|---|

Complete if the organization answered 'Yes' to Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| **(a)** Description of security or category (including name of security) | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value | |
|---|---|---|---|
| (1) Financial derivatives................................... | | | |
| (2) Closely-held equity interests.......................... | | | |
| (3) Other | | | |
| (A) | | | |
| (B) | | | |
| (C) | | | |
| (D) | | | |
| (E) | | | |
| (F) | | | |
| (G) | | | |
| (H) | | | |
| (I) | | | |
| **Total.** *(Column (b) must equal Form 990, Part X, column (B) line 12.)*... ▶ | | | |

| **Part VIII** | **Investments — Program Related.** N/A | | |
|---|---|---|---|

Complete if the organization answered 'Yes' to Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| **(a)** Description of investment type | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, column (B) line 13.)* ▶ | | |

| **Part IX** | **Other Assets.** N/A |
|---|---|

Complete if the organization answered 'Yes' to Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| **(a)** Description | **(b)** Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** *(Column (b) must equal Form 990, Part X, column (B), line 15.)*............................................. ▶ | |

| **Part X** | **Other Liabilities.** |
|---|---|

Complete if the organization answered 'Yes' to Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25

| **(a)** Description of liability | **(b)** Book value | |
|---|---|---|
| (1) Federal income taxes | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| (11) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, column (B) line 25.)*...... ▶ | | |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII..................................... SEE PART XIII. [X]

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered 'Yes' to Form 990, Part IV, line 12a. | | | | |
| **1** | Total revenue, gains, and other support per audited financial statements.................................. | | | **1** | 2,049,382. |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| **a** | Net unrealized gains (losses) on investments................................... | **2a** | | | |
| **b** | Donated services and use of facilities....................................... | **2b** | 18,996. | | |
| **c** | Recoveries of prior year grants............................................ | **2c** | | | |
| **d** | Other (Describe in Part XIII.)............................................. | **2d** | | | |
| **e** | Add lines **2a** through **2d**............................................................... | | | **2e** | 18,996. |
| **3** | Subtract line **2e** from line **1**....................................................... | | | **3** | 2,030,386. |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b............. | **4a** | | | |
| **b** | Other (Describe in Part XIII.)............................................. | **4b** | | | |
| **c** | Add lines **4a** and **4b**.............................................................. | | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c**. *(This must equal Form 990, Part I, line 12.)*........................... | | | **5** | 2,030,386. |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered 'Yes' to Form 990, Part IV, line 12a. | | | | |
| **1** | Total expenses and losses per audited financial statements................................................ | | | **1** | 2,911,303. |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| **a** | Donated services and use of facilities....................................... | **2a** | 18,996. | | |
| **b** | Prior year adjustments.................................................... | **2b** | | | |
| **c** | Other losses............................................................. | **2c** | | | |
| **d** | Other (Describe in Part XIII.)............................................. | **2d** | | | |
| **e** | Add lines **2a** through **2d**............................................................... | | | **2e** | 18,996. |
| **3** | Subtract line **2e** from line **1**....................................................... | | | **3** | 2,892,307. |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b............. | **4a** | | | |
| **b** | Other (Describe in Part XIII.)............................................. | **4b** | | | |
| **c** | Add lines **4a** and **4b**.............................................................. | | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c**. *(This must equal Form 990, Part I, line 18.)*........................... | | | **5** | 2,892,307. |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V,
line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

### PART X - FIN 48 FOOTNOTE

ACCESS NOW'S ACCOUNTING POLICY IS TO RECORD LIABILITIES FOR UNCERTAIN TAX POSITIONS

WHEN A LIABILITY IS PROBABLE AND ESTIMABLE. MANAGEMENT IS NOT AWARE OF ANY VIOLATION

OF ITS TAX STATUS AS AN ORGANIZATION EXEMPT FROM INCOME TAXES, NOR OF ANY EXPOSURE

TO UNRELATED BUSINESS INCOME TAX. THE ORGANIZATION IS NO LONGER SUBJECT TO

EXAMINATION BY FEDERAL TAX AUTHORITIES FOR FISCAL YEARS PRIOR TO 2011.

TEEA3304L  10/28/14

**Schedule F**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2014**

**Open to Public Inspection**

# Statement of Activities Outside the United States

► **Complete if the organization answered 'Yes' on Form 990, Part IV, line 14b, 15, or 16.**
► **Attach to Form 990.**
► **Information about Schedule F (Form 990) and its instructions is at** *www.irs.gov/form990.*

| Name of the organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**Part I** | **General Information on Activities Outside the United States.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 14b.

**1** **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . ☒ **Yes** ☐ **No**

**2** **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States. **PART V**

**3** Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| **(a)** Region | **(b)** Number of offices in the region | **(c)** Number of employees, agents, and independent contractors in region | **(d)** Activities conducted in region (by type) (e.g., fundraising, program services, investments, grants to recipients located in the region) | **(e)** If activity listed in (d) is a program service, describe specific type of service(s) in region | **(f)** Total expenditures for and investments in region |
|---|---|---|---|---|---|
| **(1)** EUROPE | 1 | 4 | PROGRAM SERVICES | ED. & PUB AWARENESS | 335,755. |
| **(2)** SOUTH AMERICA | 1 | 1 | PROGRAM SERVICES | ED. & PUB AWARENESS | 127,270. |
| **(3)** EAST ASIA & THE PACIFIC | 1 | 2 | PROGRAM SERVICES | ED. & PUB AWARENESS | 108,726. |
| **(4)** NORTH AMERICA | | | PROGRAM SERVICES | ED. & PUB AWARENESS | 20,835. |
| **(5)** RUSSIA | | | PROGRAM SERVICES | ED. & PUB AWARENESS | 1,707. |
| **(6)** MIDDLE EAST & NORTH AFRICA | 1 | 10 | PROGRAM SERVICES | TECH, ED & PUBL AWARENESS | 212,508. |
| **(7)** | | | | | |
| **(8)** | | | | | |
| **(9)** | | | | | |
| **(10)** | | | | | |
| **(11)** | | | | | |
| **(12)** | | | | | |
| **(13)** | | | | | |
| **(14)** | | | | | |
| **(15)** | | | | | |
| **(16)** | | | | | |
| **(17)** | | | | | |
| **3 a** Sub-total . . . . . . . . . . . . . . . | 4 | 17 | | | 806,801. |
| **b** Total from continuation sheets to Part I . . . . . . . . . . | | | | | |
| **c** Totals (add lines 3a and 3b) . . . | 4 | 17 | | | 806,801. |

**BAA** **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Part II**   **Grants and Other Assistance to Organizations or Entities Outside the United States.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 15, for any recipient who received more than $5,000.  Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of non-cash assistance | (h) Description of non-cash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | | EUROPE | INNOVATION PRIZE | 38,743. | WIRE | | | |
| (2) | | | | | | | | | |
| (3) | | | | | | | | | |
| (4) | | | | | | | | | |
| (5) | | | | | | | | | |
| (6) | | | | | | | | | |
| (7) | | | | | | | | | |
| (8) | | | | | | | | | |
| (9) | | | | | | | | | |
| (10) | | | | | | | | | |
| (11) | | | | | | | | | |
| (12) | | | | | | | | | |
| (13) | | | | | | | | | |
| (14) | | | | | | | | | |
| (15) | | | | | | | | | |
| (16) | | | | | | | | | |

**2** Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 1

**3** Enter total number of other organizations or entities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 0

**BAA**                                                                                     Schedule **F** (Form 990) 2014

| **Part III** | **Grants and Other Assistance to Individuals Outside the United States.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 16. Part III can be duplicated if additional space is needed. |

| **(a)** Type of grant or assistance | **(b)** Region | **(c)** Number of recipients | **(d)** Amount of cash grant | **(e)** Manner of cash disbursement | **(f)** Amount of non-cash assistance | **(g)** Description of non-cash assistance | **(h)** Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |
| (13) | | | | | | | |
| (14) | | | | | | | |
| (15) | | | | | | | |
| (16) | | | | | | | |
| (17) | | | | | | | |
| (18) | | | | | | | |

TEEA3503L  06/13/14

| Part IV | Foreign Forms |
|---|---|

**1**   Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If 'Yes,' the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign Corporation (see instructions for Form 926)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**2**   Did the organization have an interest in a foreign trust during the tax year? *If 'Yes,' the organization may be required to file Form 3520, Annual Return To Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts, and/or Form 3520-A Annual Information Return of Foreign Trust With a U.S. Owner (see Instructions for Forms 3520 and 3520-A; do not file with Form 990)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**3**   Did the organization have an ownership interest in a foreign corporation during the tax year? *If 'Yes,' the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations (see Instructions for Form 5471)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**4**   Was the organization a direct or indirect shareholder of a passive foreign investment company or a qualified electing fund during the tax year? *If 'Yes,' the organization may be required to file Form 8621, Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund (see Instructions for Form 8621)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**5**   Did the organization have an ownership interest in a foreign partnership during the tax year? *If 'Yes,' the organization may be required to file Form 8865, Return of U.S. Persons With Respect To Certain Foreign Partnerships (see Instructions for Form 8865)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**6**   Did the organization have any operations in or related to any boycotting countries during the tax year? *If 'Yes,' the organization may be required to file Form 5713, International Boycott Report (see instructions for Form 5713; do not file with Form 990)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| Part V | Supplemental Information |
|---|---|

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information (see instructions).

**PART I, LINE 2 - GRANTMAKERS EXPLANATION FOR MONITORING USE OF FUNDS OUTSIDE US**

ACCESS NOW REQUESTS PERIODIC NARRATIVE AND FINANCIAL REPORTING OF GRANT-FUNDED

ACTIVITIES FROM GRANTEES. GRANT EXPENDITURES ARE ACCOUNTED FOR UNDER THE ACCRUAL

METHOD.

**SCHEDULE I**
(Form 990)

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2014**

Open to Public Inspection

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

**Complete if the organization answered 'Yes' to Form 990, Part IV, line 21 or 22.**
► Attach to Form 990.

► **Information about Schedule I (Form 990) and its instructions is at** *www.irs.gov/form990.*

Name of the organization: ACCESS NOW, INC.

Employer identification number: 27-0597430

| Part I | General Information on Grants and Assistance |

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?................................................................ ☒ Yes ☐ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.     SEE PART IV

| Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered 'Yes' to Form 990, Part IV, line 21 for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed. |

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) IVR JUNCTION 5200 UNIVERSITY WAY SEATTLE, WA 98105 | 76-3555652 | 501 (C) (3) | 10,000. | 0. | FMV | | ED. & PUB AWARENESS |
| (2) RISE UP LABS PO BOX 4282 SEATTLE, WA 98194 | 20-4204809 | 501 (C) (3) | 11,257. | 0. | FMV | | ED. & PUB AWARENESS |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table ................................................. ► 2

3 Enter total number of other organizations listed in the line 1 table .......................................................... ► 0

**Part III** | **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered 'Yes' to Form 990, Part IV, line 22. Part III can be duplicated if additional space is needed.

| **(a)** Type of grant or assistance | **(b)** Number of recipients | **(c)** Amount of cash grant | **(d)** Amount of non-cash assistance | **(e)** Method of valuation (book, FMV, appraisal, other) | **(f)** Description of non-cash assistance |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5** | | | | | |
| **6** | | | | | |
| **7** | | | | | |

**Part IV** | **Supplemental Information.** Provide the information required in Part I, line 2, Part III, column (b), and any other additional information.

**PART I, LINE 2 - PROCEDURES FOR MONITORING USE OF GRANTS FUNDS IN U.S.**

ACCESS NOW REQUESTS PERIODIC NARRATIVE AND FINANCIAL REPORTING OF GRANT FUNDED

ACTIVITIES FROM GRANTEES. GRANT  EXPENDITURES ARE ACCOUNTED FOR UNDER THE ACCRUAL

METHOD.

# Compensation Information

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
► Complete if the organization answered 'Yes' on Form 990, Part IV, line 23.
► Attach to Form 990.
► Information about Schedule J (Form 990) and its instructions is at www.irs.gov/form990.

OMB No. 1545-0047

**2014**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

## Part I Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| **1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed in Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

☐ First-class or charter travel      ☐ Housing allowance or residence for personal use
☐ Travel for companions      ☐ Payments for business use of personal residence
☐ Tax indemnification and gross-up payments      ☐ Health or social club dues or initiation fees
☐ Discretionary spending account      ☐ Personal services (e.g., maid, chauffeur, chef)

|  |  | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If 'No,' complete Part III to explain................ | **1b** | | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked in line 1a?.................. | **2** | | |
| **3** Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☐ Compensation committee      ☒ Written employment contract
☐ Independent compensation consultant      ☐ Compensation survey or study
☐ Form 990 of other organizations      ☒ Approval by the board or compensation committee

|  |  | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed in Form 990, Part VII, Section A, line 1a with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? ........................................................... | **4a** | | X |
| **b** Participate in, or receive payment from, a supplemental nonqualified retirement plan? .............................. | **4b** | | X |
| **c** Participate in, or receive payment from, an equity-based compensation arrangement?................................ | **4c** | | X |
| If 'Yes' to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| **Only section 501(c)(3) 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization?.................................................................................................... | **5a** | | X |
| **b** Any related organization? ........................................................................................... | **5b** | | X |
| If 'Yes' to line 5a or 5b, describe in Part III. | | | |
| **6** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization?.................................................................................................... | **6a** | | X |
| **b** Any related organization? ........................................................................................... | **6b** | | X |
| If 'Yes' to line 6a or 6b, describe in Part III. | | | |
| **7** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization provide any non-fixed payments not described in lines 5 and 6? If 'Yes,' describe in Part III ............................................ | **7** | | X |
| **8** Were any amounts reported in Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If 'Yes,' describe in Part III ................................................................................................ | **8** | | X |
| **9** If 'Yes' to line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? ..................................................................................... | **9** | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule J (Form 990) 2014

| **Part II** | **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed. |

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| **(A)** Name and Title | | **(B)** Breakdown of W-2 and/or 1099-MISC compensation | | | **(C)** Retirement and other deferred compensation | **(D)** Nontaxable benefits | **(E)** Total of columns(B)(i)-(D) | **(F)** Compensation in column (B) reported as deferred in prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | **(i)** Base compensation | **(ii)** Bonus and incentive compensation | **(iii)** Other reportable compensation | | | | |
| BRETT SOLOMON | (i) | 145,000. | 0. | 0. | 0. | 6,518. | 151,518. | 0. |
| **1** EXECUTIVE DIREC | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| **2** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **3** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **4** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **5** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **6** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **7** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **8** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **9** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **10** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **11** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **12** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **13** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **14** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **15** | (i) | | | | | | | |
| | (ii) | | | | | | | |
| **16** | (i) | | | | | | | |
| | (ii) | | | | | | | |

| Part III | Supplemental Information |

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II.  Also
complete this part for any additional information.

TEEA4103L   10/17/14

**SCHEDULE O**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
► Attach to Form 990 or 990-EZ.
► Information about Schedule O (Form 990 or 990-EZ) and its instructions is
at *www.irs.gov/form990*.

OMB No. 1545-0047

**2014**

Open to Public
Inspection

Name of the organization

ACCESS NOW, INC.

Employer identification number

27-0597430

## FORM 990, PART III, LINE 4D - OTHER PROGRAM SERVICES DESCRIPTION

ACCESS TECH, THE TECHNOLOGY ARM OF ACCESS WORKED DURING 2014 TO RESEARCH AND DEVELOP
TOOLS AND MATERIALS THAT WOULD PROVIDE ACCESS AND UNDERSTANDING FOR CITIZENS AROUND
THE WORLD LIVING IN OPPRESSED AND MONITORED DIGITAL ENVIRONMENTS. THIS WORK RESULTED
IN MORE ROBUST TOOLS AS WELL AS GUIDES TO USING AND UNDERSTANDING TOOLS THAT EXIST
TO HELP USE THE INTERNET MORE SECURELY.      $101,732


AND OTHER PROGRAMS THAT FURTHER THE MISSION OF THE ORGANIZATION.  $42,316


## FORM 990, PART VI, LINE 11B - FORM 990 REVIEW PROCESS

THE 990 TAX FORMS ARE SENT ELECTRONICALLY TO ALL BOARD MEMBERS FOR REVIEW AND
APPROVAL BEFORE THE FILING OF THE 990.

## FORM 990, PART VI, LINE 12C - EXPLANATION OF MONITORING AND ENFORCEMENT OF CONFLICTS

THE PURPOSE OF THIS POLICY IS TO AVOID POTENTIAL CONFLICTS ARISING BETWEEN THE
PRIVATE INTERESTS OF BOARD MEMBERS/KEY STAFF AND THEIR RESPONSIBILITIES TO THE
AGENCY. ON AN ANNUAL BASIS EACH BOARD MEMBER/KEY EMPLOYEE REVIEWS THE POLICY AND
SIGNS A CONFLICT DISCLOSURE FORM. IF ANY CONFLICTS ARE DISCLOSED, THE BOARD
EXECUTIVE COMMITTEE MEETS TO REVIEW THEM TO DETERMINE APPROPRIATE ACTION. IF
CIRCUMSTANCES ARE UNDISCLOSED AND ONLY LATER COME TO THE ATTENTION OF THE EXECUTIVE
DIRECTOR OR PRESIDENT, THEY SHALL TAKE IMMEDIATE ACTION TO REMEDY THE SITUATION.
APPROPRIATE ACTIONS SHALL INCLUDE DISMISSAL WITH CAUSE, SUSPENSION, OR OTHER SUCH
REMEDIES AS SHALL BE DETERMINED BY THE BOARD PRESIDENT.

## FORM 990, PART VI, LINE 15A - COMPENSATION REVIEW & APPROVAL PROCESS - CEO & TOP MANAGEMENT

THE EXECUTIVE DIRECTOR'S AND OTHER DIRECTOR SALARIES WERE DETERMINED THROUGH
CONSULTATION WITH PARTNER ORGANIZATIONS WITH COMPARABLE GOALS, BUDGETS AND
POSITIONS. THESE SALARIES WERE THEN CLEARED WITH THE BOARD OF DIRECTORS.

| Name of the organization | Employer identification number |
|---|---|
| ACCESS NOW, INC. | 27-0597430 |

**FORM 990, PART VI, LINE 19 - OTHER ORGANIZATION DOCUMENTS PUBLICLY AVAILABLE**

THESE DOCUMENTS ARE AVAILABLE UPON REQUEST. THE 990 IS ALSO AVAILABLE ON

WWW.GUIDESTAR.ORG.

Form **8868**
(Rev January 2014)

Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File an Exempt Organization Return

▶File a separate application for each return.
▶ Information about Form 8868 and its instructions is at *www.irs.gov/form8868.*

OMB No. 1545-1709

- If you are filing for an **Automatic 3-Month Extension**, complete only Part I and check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒
- If you are filing for an **Additional (Not Automatic) 3-Month Extension**, complete only Part II (on page 2 of this form).

*Do not complete Part II unless* you have already been granted an automatic 3-month extension on a previously filed Form 8868.

**Electronic filing *(e-file).*** You can electronically file Form 8868 if you need a 3-month automatic extension of time to file (6 months for a corporation required to file Form 990-T), or an additional (not automatic) 3-month extension of time. You can electronically file Form 8868 to request an extension of time to file any of the forms listed in Part I or Part II with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, which must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/efile* and click on *e-file for Charities & Nonprofits.*

| Part I | Automatic 3-Month Extension of Time. Only submit original (no copies needed). |

A corporation required to file Form 990-T and requesting an automatic 6-month extension – check this box and complete Part I only . . . . ▶ ☐

*All other corporations (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.*

Enter filer's identifying number, see instructions

| Type or print | Name of exempt organization or other filer, see instructions. | Employer identification number (EIN) or |
|---|---|---|
| File by the due date for filing your return. See instructions. | ACCESS NOW, INC. | 27-0597430 |
| | Number, street, and room or suite number. If a P.O. box, see instructions. | Social security number (SSN) |
| | P O BOX 115 | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | NEW YORK, NY 10113 | |

Enter the Return code for the return that this application is for (file a separate application for each return) . . . . . . . . . . . . . . . . . . . . . . . ▶ |0 1|

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 990-T (corporation) | 07 |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (section 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

- The books are in the care of ▶ JOSEPH STEELE _____

  Telephone No. ▶ 262-385-5295 _____ . Fax No. ▶ _____
- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box . . . . . ▶ ☐ . If it is for part of the group, check this box . . . ▶ ☐ and attach a list with the names and EINs of all members the extension is for.

**1** I request an automatic 3-month (6 months for a corporation required to file Form 990-T) extension of time

until 8/15 ___ , 20 15 , to file the exempt organization return for the organization named above.
The extension is for the organization's return for:

▶ ☒ calendar year 20 14  or
▶ ☐ tax year beginning _____ , 20 ___ , and ending _____ , 20 ___ .

**2** If the tax year entered in line 1 is for less than 12 months, check reason: ☐ Initial return  ☐ Final return
☐ Change in accounting period

| **3 a** If this application is for Forms 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3 a** $ | 0. |
|---|---|---|
| **b** If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit . . . . . . . . . . . . . . . . . | **3 b** $ | 0. |
| **c Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions . . . . . . . . . . . . . . . . . . . . . . . | **3 c** $ | 0. |

**Caution.** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

FIFZ0501L  12/31/13

Form **8868** (Rev 1-2014)

Form 8868 (Rev 1-2014)                                                                                    Page **2**

- If you are filing for an **Additional (Not Automatic) 3-Month Extension**, complete only Part II and check this box.................... ▶ ☒
- **Note.** Only complete Part II if you have already been granted an automatic 3-month extension on a previously filed Form 8868.
- If you are filing for an **Automatic 3-Month Extension**, complete only Part I (on page 1).

| Part II | **Additional (Not Automatic) 3-Month Extension of Time.** Only file the original (no copies needed). |
|---|---|

Enter filer's identifying number, see instructions

| Type or print | Name of exempt organization or other filer, see instructions. | Employer identification number (EIN) or |
|---|---|---|
| | ACCESS NOW, INC. | 27-0597430 |
| File by the due date for filing your return. See instructions. | Number, street, and room or suite number. If a P.O. box, see instructions. | Social security number (SSN) |
| | LEDERER, LEVINE & ASSOCIATES LLC<br>1099 WALL ST WEST SUITE 280 | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | LYNDHURST, NJ 07071 | |

Enter the Return code for the return that this application is for (file a separate application for each return)......................... `01`

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | | |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (section 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

**STOP! Do not complete Part II if you were not already granted an automatic 3-month extension on a previously filed Form 8868.**

- The books are in the care of ▶ JOSEPH STEELE _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
  Telephone No. ▶ 262-385-5295 _ _ _ _ _ _ _ _       Fax No. ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .
- If the organization does not have an office or place of business in the United States, check this box............................... ▶ ☐
- If this is for a Group Return, the organization's four digit Group Exemption Number (GEN).... _ _ _ _ _ _ _ _ . If this is for the whole group, check this box... ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension is for.

4   I request an additional 3-month extension of time until 11/15 _ _ _ _ _ , 20 15 .
5   For calendar year 2014 , or other tax year beginning _ _ _ _ _ _ _ _ , 20 _ _ , and ending _ _ _ _ _ _ _ _ , 20 _ _ .
6   If the tax year entered in line 5 is for less than 12 months, check reason: ☐ Initial return      ☐ Final return
    ☐ Change in accounting period
7   State in detail why you need the extension... _ TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO _ _ _ _ _
    GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN. _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| **8 a** If this application is for Forms 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | **8 a** | $ |
| **b** If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit and any amount paid previously with Form 8868 .................................................. | **8 b** | $ |
| **c Balance due.** Subtract line 8b from line 8a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions.................................................. | **8 c** | $ |

**Signature and Verification must be completed for Part II only.**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶                               Title ▶                                              Date ▶ 8/9/15

BAA                                                                                      Form 8868 (Rev 1-2014)