Frederic R. Fletcher (SBN 238038)
fletcher@lawca.us)
**Fletcher Law Offices**
417 2nd Street, Ste 204
Eureka, CA 95501
Telephone (707) 502-2642
Facsimile (888) 979-8171

Attorneys for Class Member MARY MEANS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton, Jake Kushner, Natalie Richstone, Nicole Crosby, and Leslie Wall; individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs<br>v.<br><br>LinkedIn Corporation,<br><br>　　　　　　　Defendant | Case No. 13-CV-04303-HRL<br><br>**CLASS ACTION**<br><br><u>NOTICE OF APPEAL BY CLASS MEMBER MARY MEANS</u> |

TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Notice is hereby given that class member Mary Means in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and order approving class settlement and attorney fees award entered in this action on the 16th day of February, 2016 (Docket # 134).

//

1

Notice of Appeal

| | |
|---|---|
| DATED: February 17, 2016 | By  /s/Frederic R. Fletcher<br>Frederic R. Fletcher (SBN 238038)<br>**Fletcher Law Offices**<br>417 2nd Street, Ste 204<br>Eureka, CA 95501<br>Telephone: (707) 502-2642<br>Facsimile: (888) 979-8171<br>Email: fletcher@lawca.us<br>Attorneys for Class Member Mary Means |

2

Notice of Appeal

**PROOF OF SERVICE**

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Fletcher Law Offices 417 2nd Street, Suite 204, Eureka, CA 95501. On February 17, 2016, I served the within document(s): <u>NOTICE OF APPEAL BY CLASS MEMBER MARY MEANS</u>

  X- CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 17, 2016, at Eureka, California.

                   <u>/s/ Frederic R. Fletcher</u>
                   Frederic R. Fletcher