UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>LINKEDIN CORPORATION, et al.,<br><br>      Defendants. | Case No. 13-CV-04303-LHK<br><br>**JUDGMENT** |

The Court hereby enters final judgment in this action as between Plaintiffs and the Class and Defendant LinkedIn Corporation ("Defendant"), as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1. All Released Claims of Plaintiffs and the Releasing Parties are hereby released as against Defendant and all other Released Parties as defined in the Settlement.

2. The Court finds that the Class Members who have exercised their right to exclude themselves from this Action, by submitting timely requests for exclusion pursuant to the notice mailed to the Class, are not included in or bound by this order and final judgment. The excluded Class Members are listed in Exhibit 4 to the Declaration of Daniel Burke submitted with Plaintiffs' Motion for Final Approval. *See* ECF No. 126-4.

3. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

4. The parties and the Settlement Administrator are hereby ordered to comply with the terms of the Settlement.

5. This action is dismissed with prejudice as against the Defendant, each side to bear its own costs and attorney's fees except as provided by the Settlement and the Court's orders.

6. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendant.  Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

8. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated:  February 19, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 13-CV-04303-LHK
JUDGMENT