Alan J. Sherwood
California Bar Number 118330
Law Offices of Alan J. Sherwood
Attorney for Daniel Brown & Jenny Hill
26755 Contessa Street
Hayward, CA 94545
Telephone (510) 409-6199
AlanSherwood@earthlink.net

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, AND LESLIE WALL; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>V.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No.: 13-cv-04303-LHK<br><br>**CLASS ACTION**<br><br>**US District Judge Lucy H. Koh**<br><br>**NOTICE OF APPEAL BY OBJECTORS DANIEL BROWN AND JENNY HILL** |

**NOTICE IS GIVEN** that Objectors, Daniel Brown and Jenny Hill, appeal to the United States Court of Appeals for the Ninth Circuit, Document No. 134 the Order granting motion for final approval of settlement and granting motion for attorney's fees, costs, and representative plaintiff awards, entered on the docket February 16, 2016; Document No. 136 the Judgment,

entered on the docket February 19, 2016; all of which were entered by the Honorable Lucy H. Koh, United States District Court Judge.

Dated: March 4, 2016

                                              Respectfully submitted,

                                              /s/ Alan J. Sherwood
                                              Alan J. Sherwood
                                              California Bar Number 118330
                                              Law Offices of Alan J. Sherwood
                                              Attorney for Daniel Brown & Jenny Hill
                                              26755 Contessa Street
                                              Hayward, CA 94545
                                              Telephone (510) 409-6199
                                              AlanSherwood@earthlink.net

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 4th day of March, 2016, a searchable PDF of the foregoing was filed with the clerk of the Court and that parties will be notified and served by the Courts CM/ECF system and a copy mailed to Kin Wah Kung, 4411 Elasio Common, Fremont, CA 94536-5626 by US Mail postage prepaid.

                                              /s/ Alan J. Sherwood
                                              Alan J. Sherwood