FILED
MAR 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paul Perkins, Pennie Sempell, Ann Brandwein, Erin Eggers, Clare Connaughton, Jake Kushner, Natalie Richstone, Nicole Crosby, and Leslie Wall; individually and on behalf of all others similarly situated,<br><br>               Plaintiffs<br>v.<br><br>LinkedIn Corporation,<br><br>               Defendant | Case No.13-CV-04303-HRL<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL BY CLASS MEMBER OLEN YORK** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that class member Olen York in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and order approving class settlement and attorney fees award entered in this action on the 16th day of February, 2016 (Docket #134) and the final order of dismissal entered on the 19th day of February, 2016 (Docket # 136). York also hereby appeals from any and all orders or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying York or his objection, including any entered or signed subsequent to this notice of appeal.

DATED: March 7, 2016

By: *(signature)*
Olen York
15 Riverview Court
Milton, W.Va. 25541
Tel:   304.633.1178
Email:  olen.york@gmail.com
*Appearing Pro Se*

## PROOF OF SERVICE

I hereby certify that on March 7, 2016, I mailed the foregoing Notice of Appeal to the clerk's office at the following address, with instructions to enter the Notice into the court's docket for the above-captioned case via the CM/ECF system. In so doing, I have caused electronic notice of the filing to be served upon all attorneys of record:

U.S. District Court Clerk
Northern District of California, ☐San Jose Division
Robert F. Peckham Federal Building & United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

Dated: March 7, 2016

_____
Olen York