1  Darrell Palmer (SBN 125147)
   darrell.palmer@palmerlegalteam.com
2  Law Offices of Darrell Palmer
   2244 Faraday Avenue, Suite 121
3  Carlsbad, CA 92008
   Telephone: (858) 215-4064
4  Facsimile: (866) 583-8115

5  Attorney for Objector Susan House

6  Steven F. Helfand
   Email: sh4078@gmail.com
7  Helfand Law Offices
   1400 SW 137th Avenue, Unit F112
8  Hollywood, FL 33027
   Telephone: (415) 596-5611

9
   Attorney for absent class member Hannah Tanner
10

11            UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13               SAN JOSE DIVISION

14  PAUL PERKINS, PENNIE SEMPELL,         )  Case No. 5:13-CV-04303-LHK
    ANN BRANDWEIN, ERIN EGGERS,           )
15                                         )  **CLASS ACTION**
    CLARE CONNAUGHTON, JAKE               )
16  KUSHNER, NATALIE RICHSTONE,           )
    NICOLE CROSBY, and LESLIE WALL;       )  **JOINT NOTICE OF APPEAL OF**
17                                         )  **SUSAN HOUSE AND HANNAH**
    individually and on behalf of all others )  **TANNER**
18  similarly situated,                    )
                                           )
19                                         )
            Plaintiffs,                    )
20                                         )
    v.                                     )
21                                         )
                                           )
22  LINKEDIN CORPORATION,                  )
                                           )
23                                         )
            Defendant.                     )
24  _____   )

25        Notice is hereby given that Susan House and Hannah Tanner, Objectors, hereby

26  jointly appeal to the United States Court of Appeals for the Ninth Circuit from the

27
                                    1
28                                        Case No. 5:13-CV-04303-LHK
                          Joint Notice of Appeal of Susan House and Hannah Tanner

Order Granting Motion For Final Approval Of Settlement And Granting Motion For Attorney's Fees, Costs, And Representative Plaintiff Awards (Doc. 134), entered February 16, 2016, and Judgment (Doc. 136), entered on February 19, 2016.


Dated:  March 14, 2016                        By: Joseph Darrell Palmer
                                                   Joseph Darrell Palmer
                                                   Attorney for Objector Susan House



                                             By: Steven Helfand
                                                   Steven Helfand
                                                   Attorney for absent class member Hannah Tanner

## Signature Certification

        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Steve Helfand, counsel for absent class member Hannah Tanner, and that I have obtained Steve Helfand's authorization to affix his electronic signature to this document.


Dated: March 14, 2016

                                             By: /s/ Joseph Darrell Palmer
                                                   Joseph Darrell Palmer
                                                   Attorney for Objector Susan House

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I further certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

_/s/ Joseph Darrell Palmer____
Joseph Darrell Palmer
Attorney for Objector Susan House

3

Case No. 5:13-CV-04303-LHK
Joint Notice of Appeal of Susan House and Hannah Tanner