UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL PERKINS; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>SUSAN HOUSE; HANNAH TANNER,<br><br>        Objectors - Appellants,<br><br> v.<br><br>LINKEDIN CORPORATION,<br><br>        Defendant - Appellee. | No. 16-15430<br><br>D.C. No. 5:13-cv-04303-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

     A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk