Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Susan House

FILED
JUL 21 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS, PENNIE SEMPELL, ANN BRANDWEIN, ERIN EGGERS, CLARE CONNAUGHTON, JAKE KUSHNER, NATALIE RICHSTONE, NICOLE CROSBY, and LESLIE WALL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:13-CV-04303-LHK<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUSPENSION**<br><br>Judge: Hon. Lucy H. Koh<br><br>Action filed: September 17, 2013<br>Trial date: None Set |

Pursuant to California Rules of Court rule 9.20(a)(4), notice is hereby given that I have been suspended from practicing law in the State of California for a period of 90 days, beginning June 17, 2016 and ending on September 15, 2016.

Notice has been given to opposing counsel (attached are copies of the notice letters).

Dated: July 6, 2016

By: <u>Joseph Darrell Palmer</u>
Joseph Darrell Palmer
Attorney for Objector Susan House

13-cv-4303
Notice of Suspension

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I further certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

      /s/ Joseph Darrell Palmer
      Joseph Darrell Palmer
      Attorney for Objector Susan House

# LAW OFFICE OF DARRELL PALMER PC

2244 FARADAY AVENUE SUITE 121 ♦ CARLSBAD ♦ CALIFORNIA 92008
VOICE 858.215.4064 ♦ FAX 866-583-8115
darrell.palmer@palmerlegalteam.com
Licensed to practice law in California, Arizona & Colorado

7016 0910 0000 0685 5145

June 17, 2016

## SENT VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Michael W. Sobol
Melissa Gardner
LIEFF CABRASER ET AL
275 Battery Street, 29th Floor
San Francisco, CA 94111

Re:   JDP Client Name:   Susan House
       Case Name:         *Perkins v. LinkedIn*
       Case Number:       13-cv-4303

Notice of Suspension per CRC Rule 9.20(a)

Dear Mr. Sobol and Ms. Gardner:

This letter is sent pursuant to California Rules of Court rule 9.20(a)(4) to give you/your firm notice that I have been suspended from practicing law in the State of California for a period of 90 days, beginning June 17, 2016.

During the period of my suspension, my client's interest in the referenced matter will be managed by my co-counsel who can be reached at the following:

Robert W. Clore
Bandas Law Firm
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, TX 78401
Phone: 361-698-5200
Email: rclore@bandaslawfirm.com

If the matter is still pending on September 16, I will look forward to returning to my role in the referenced case. In the meantime, please contact my co-counsel with any questions or concerns.

Sincerely,

Darrell Palmer

DP/mvc

## LAW OFFICE OF DARRELL PALMER PC

2244 FARADAY AVENUE SUITE 121 ♦ CARLSBAD ♦ CALIFORNIA 92008
VOICE 858.215.4064 ♦ FAX 866-583-8115
darrell.palmer@palmerlegalteam.com
Licensed to practice law in California, Arizona & Colorado

---

7016 0910 0000 0685 5138                June 17, 2016

### SENT VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Larry C. Russ
Nathan D. Meyer
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Re:   JDP Client Name:   Susan House
      Case Name:         *Perkins v. LinkedIn*
      Case Number:       13-cv-4303
      ----------------------
      Notice of Suspension per CRC Rule 9.20(a)

Dear Mr. Russ and Mr. Meyer:

This letter is sent pursuant to California Rules of Court rule 9.20(a)(4) to give you/your firm notice that I have been suspended from practicing law in the State of California for a period of 90 days, beginning June 17, 2016.

During the period of my suspension, my client's interest in the referenced matter will be managed by my co-counsel who can be reached at the following:

> Robert W. Clore
> Bandas Law Firm
> 500 N. Shoreline Blvd., Suite 1020
> Corpus Christi, TX 78401
> Phone: 361-698-5200
> Email: rclore@bandaslawfirm.com

If the matter is still pending on September 16, I will look forward to returning to my role in the referenced case. In the meantime, please contact my co-counsel with any questions or concerns.

Sincerely,

Darrell Palmer

DP/mvc

# LAW OFFICE OF DARRELL PALMER PC

2244 FARADAY AVENUE SUITE 121 ♦ CARLSBAD ♦ CALIFORNIA 92008
VOICE 858.215.4064 ♦ FAX 866-583-8115
darrell.palmer@palmerlegalteam.com
Licensed to practice law in California, Arizona & Colorado

---

7016 0910 0000 0685 5121          June 17, 2016

## SENT VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Dorian S. Berger
Daniel P. Hipskind
OLAVI DUNNE LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 90067

Re:   JDP Client Name:   Susan House
      Case Name:         *Perkins v. LinkedIn*
      Case Number:       13-cv-4303
      ----------------------
      Notice of Suspension per CRC Rule 9.20(a)

Dear Mr. Berger and Mr. Hipskind:

This letter is sent pursuant to California Rules of Court rule 9.20(a)(4) to give you/your firm notice that I have been suspended from practicing law in the State of California for a period of 90 days, beginning June 17, 2016.

During the period of my suspension, my client's interest in the referenced matter will be managed by my co-counsel who can be reached at the following:

> Robert W. Clore
> Bandas Law Firm
> 500 N. Shoreline Blvd., Suite 1020
> Corpus Christi, TX 78401
> Phone: 361-698-5200
> Email: rclore@bandaslawfirm.com

If the matter is still pending on September 16, I will look forward to returning to my role in the referenced case. In the meantime, please contact my co-counsel with any questions or concerns.

Sincerely,

Darrell Palmer

DP/mvc

Law Offices of Darrell Palmer
2244 Faraday Ave Ste 121
Carlsbad CA 92008

SAN DIEGO
CA 920
19 JUL '16
PM 3 L

Clerk of Court
USDC CA Northern District
280 S. 1st Street, Rm 2112
San Jose CA 95113



U.S. POSTAGE
$.47
92011
Date of sale
06/27/16
06   2S00
0834243
SSK
A72360628063630

FOLD HERE