**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL PERKINS; et al.,<br><br>        Plaintiffs - Appellees,<br>v.<br>MARY MEANS,<br><br>        Objector - Appellant,<br>v.<br>LINKEDIN CORPORATION,<br><br>        Defendant - Appellee. | No.   16-15251<br><br>D.C. No. 5:13-cv-04303-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 29) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                      FOR THE COURT

                      By: Stephen Liacouras
                      Circuit Mediator

sl/mediation