**FILED**

AUG 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL PERKINS; et al.,<br><br>            Plaintiffs - Appellees,<br><br>  V.<br><br>OLEN YORK,<br><br>            Objector - Appellant,<br><br>  v.<br><br>LINKEDIN CORPORATION,<br><br>            Defendant - Appellee. | No.   16-15414<br><br>D.C. No. 5:13-cv-04303-LHK<br>Northern District of California,<br>San Jose |

Appellant's motion to dismiss this appeal (Docket Entry No. 12) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation