

**FILED**

**AUG 16 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL PERKINS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> SUSAN HOUSE; HANNAH TANNER, <br><br> Objectors - Appellants, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant - Appellee. | No. 16-15430 <br><br> D.C. No. 5:13-cv-04303-LHK <br> Northern District of California, <br> San Jose |

Appellants' motion to dismiss this appeal (Docket Entry No. 19) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation