**FILED**

**AUG 16 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL PERKINS; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>  v.<br><br>SUSAN HOUSE; HANNAH TANNER,<br><br>　　　　Objectors - Appellants,<br><br>  v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　Defendant - Appellee. | No.   16-15430<br><br>D.C. No. 5:13-cv-04303-LHK<br>Northern District of California,<br>San Jose |

Appellants' motion to dismiss this appeal (Docket Entry No. 19) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　　　By: Stephen Liacouras
　　　　　　　　　　　　　　　　　　Circuit Mediator

sl/mediation