**FILED**

AUG 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL PERKINS; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>DANIEL BROWN; JENNY HILL,<br><br>　　　　Objectors - Appellants,<br><br>　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　Defendant - Appellee. | No.　16-15398<br><br>D.C. No. 5:13-cv-04303-LHK<br>Northern District of California,<br>San Jose |

　　　Appellants' motion to dismiss this appeal (Docket Entry No. 14) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

　　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　　By: Stephen Liacouras
　　　　　　　　　　　　　　　　　Circuit Mediator

sl/mediation