| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 16 2016<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PAUL PERKINS; et al.,

    Plaintiffs - Appellees,

v.

DANIEL BROWN; JENNY HILL,

    Objectors - Appellants,

v.

LINKEDIN CORPORATION,

    Defendant - Appellee.

No.   16-15398

D.C. No. 5:13-cv-04303-LHK
Northern District of California,
San Jose

Appellants' motion to dismiss this appeal (Docket Entry No. 14) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation