October 19, 2016

**FILED**

NOV 03 2016

Martin James Monroe
PO Box 1154
Trinidad, CA 95570

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE: Perkins v. LinkedIn (Claim # LNKD1-C-119037607 5)

Judge Koh
System Administrator
US Court House
280 South 1st Street, Rm. 2112
San Jose, CA 95113

Dear Judge Koh,

I received the enclosed settlement check from the attorneys handling the case, for $20.43. I refuse this settlement amount, and I hereby request that the court re-assess the amount, against other members in this action, and instruct the attorneys to re-issue me an equitable share of the total amount of this settlement. As a candidate for elected office the use of my name by others without my knowledge nor consent can, and has damaged me.

I was expecting some form of accounting summary explaining how much the entire settlement was, minus expenses, and how the pay outs were determined etc.... Instead, I get a twenty dollar check that says hurry up and cash or else. And "Don't contact the Judge" my favorite part of the letter!

Thank you for your time on my behalf.

I am,

*Martin J. Monroe* (signature)

Martin James Monroe